UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>        Defendants. | Civil Action No. 1:25-cv-03891 |

## NOTICE OF ENTRY OF APPEARANCE

        PLEASE TAKE NOTICE that Sheila C. Ramesh of Cahill Gordon & Reindel LLP hereby enters her appearance as counsel for Defendant Benjamin Chow in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: May 9, 2025

        Respectfully submitted,

/s/ Sheila C. Ramesh
Sheila C. Ramesh
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
(212) 701-3833
sramesh@cahill.com