UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, And BENJAMIN CHOW,<br><br>                    Defendants. | Case No. 25-cv-03891 (JLR)<br><br>**NOTICE OF APPEARANCE**<br><br>**ECF CASE** |

PLEASE TAKE NOTICE that TIMOTHY J. TREANOR, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of Plaintiff Omar Hurlock, on behalf of himself and all others similarly situated, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

        Timothy J. Treanor
        TREANOR LAW PLLC
        666 Third Avenue, 21st Floor
        New York, New York 10017
        (212) 858-9080
        ttreanor@treanor-law.com

<table>
<tr><td>Dated: New York, New York<br>May 20, 2025</td><td>Respectfully submitted,<br><br>TREANOR LAW PLLC<br><br><br>By:   <u>/s/ Timothy J. Treanor</u><br>        Timothy J. Treanor<br><br>666 Third Avenue, 21st Floor<br>New York, New York 10017<br>(212) 858-9080<br>ttreanor@treanor-law.com<br><br>*Attorney for Plaintiff Omar Hurlock*</td></tr>
</table>