UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, And BENJAMIN CHOW,<br><br>      Defendants. | Case No. 25-cv-03891 (JLR)<br><br>**NOTICE OF APPEARANCE**<br><br>ECF CASE |

    PLEASE TAKE NOTICE that MAX L. BURWICK, an attorney duly admitted to practice before this Court, hereby appears as counsel on behalf of Plaintiff Omar Hurlock, on behalf of himself and all others similarly situated, in the above-captioned action and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the following address:

    MAX L. BURWICK
    BURWICK LAW PLLC
    43 W 43rd St Suite 114,
    New York, New York 10036
    (646) 762-1080
    max@burwick.law

Dated:
New York, New York
May 27, 2025

Respectfully submitted,

BURWICK LAW PLLC


By: <u>/s/ Max L. Burwick</u>

Max L. Burwick

43 W 43rd St Suite 114
New York, New York 10036
(646) 762-1080 max@burwick.law

*Attorney for Plaintiff Omar Hurlock*