UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>    Defendants. | Case No.: 1:25-cv-03891 |

**CERTIFICATE OF SERVICE**

I, Max L. Burwick, hereby certify that on May 28, 2025 I served the following documents: a copy of the Motion and accompanying documents upon which the order was based upon Circle Internet Financial, Inc., and all named defendants in accordance with the signed order.


DATED:   May 29, 2025                        BURWICK LAW, PLLC
         New York, NY                        By:  /s/ Max L. Burwick
                                                  Max L. Burwick

                                             43 W 43rd St Suite 114,
                                             New York, NY 10036
                                             Max@burwick.law
                                             (646) 762-1080