## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>　　　　Defendants. | Case No.: 1:25-cv-03891-JLR<br><br>Hon. Jennifer L. Rochon |

### <u>NOTICE OF ENTRY OF APPEARANCE</u>

PLEASE TAKE NOTICE that Margaret B. Hoppin, an attorney admitted to practice in this Court, hereby enters her appearance as counsel in the above-captioned proceeding for Plaintiff Omar Hurlock, proceeding on behalf of himself and all others similarly situated, and respectfully respects that all pleadings, notices, orders, and other correspondence in this action be served upon her at:

> Margaret B. Hoppin
> HOPPIN GRINSELL LLP
> 11 Hanover Square, Ste. 1405
> New York, NY 10005
> Tel.: 646.457.3550
> margot@hoppingrinsell.com

Dated: June 2, 2025

Respectfully submitted,

_/s/ Margaret B. Hoppin_____
Margaret B. Hoppin