**VIA ECF**  June 3, 2025

Hon. Jennifer L. Rochon
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

RE: <u>Hurlock v. *Kelsier Ventures et al.*</u>, **1:25-cv-03891 (S.D.N.Y.)**

Dear Judge Rochon,

    Plaintiff Omar Hurlock and Defendant Benjamin Chow write jointly in response to the Court's Order dated May 30, 2025 (ECF No. 21 (the "Order")). The Order set a June 27, 2025 deadline for opposition to the Temporary Restraining Order dated May 27, 2025 (ECF No. 19 (the "TRO")) and instructed the parties to "file a joint letter with the Court no later than June 3, 2025, with proposed dates for a reply and TRO/PI hearing." (ECF No. 21).

    The undersigned counsel for Mr. Chow and Plaintiff have conferred and respectfully request that Your Honor adopt the schedule set forth below:

- The deadline to oppose the TRO and issuance of a preliminary injunction shall remain June 27, 2025;
- Plaintiff's deadline to reply shall be July 11, 2025;
- The TRO/PI hearing shall be held on any of the following dates: July 15, July 16, July 17, 2025.

Respectfully submitted,

*/s/ Sheila C. Ramesh*
Sheila C. Ramesh
Cahill Gordon & Reindel LLP

*Counsel for Defendant Benjamin Chow*

*/s/ Margaret B. Hoppin*
Margaret B. Hoppin
Hoppin Grinsell LLP

*Counsel for Plaintiff Omar Hurlock*

cc: All attorneys via ECF

Request GRANTED. Oppositions to the TRO/PI shall be due no later than **June 27, 2025**, Plaintiffs' reply shall be due no later than **July 11, 2025**, and the TRO/PI hearing shall be held on **July 21, 2025, at 3:00 p.m.**, in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated: June 4, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**