UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>   *Plaintiff,*<br><br>vs.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>   *Defendants.* | Case No. 1:25-cv-03891 (JLR) |

## NOTICE OF DEFENDANT HAYDEN DAVIS' MOTION FOR AN ORDER DISSOLVING THE TEMPORARY RESTRAINING ORDER ENTERED ON MAY 27, 2025

PLEASE TAKE NOTICE that Defendant Hayden Davis, by and through his undersigned counsel, will move this Court, at a date and time to be determined by the Court, for an Order dissolving the Temporary Restraining Order entered on May 27, 2025.  This Motion is based on the accompanying Memorandum of Law in Support of Defendant's Motion for an Order Dissolving the Temporary Restraining Order Entered on May 27, 2025, and the Declarations of Hayden Davis and M. Cris Armenta dated June 23, 2025, and June 24, 2025, respectively, and the exhibits attached thereto.

Dated: June 24, 2025    **SBAITI & COMPANY PLLC**

*/s/ Mazin A. Sbaiti*
**Mazin A. Sbaiti**
New York Bar No. 4339057
2200 Ross Avenue – Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com

**M. CRIS ARMENTA, P.C.**
M. Cris Armenta
*Pro Hav Vice forthcoming*
217 Clancy Way
Bozeman, Montana 59718
T: (310) 488-2080
F: (310) 421-1021
E: cris@crisarmenta.com

***COUNSEL FOR HAYDEN DAVIS***