Treanor Law PLLC
666 Third Avenue, 21st Floor
New York, NY 10017
www.treanor-law.com
(212) 858-9080

FOR IMMEDIATE RELEASE

# The Treanor Law Firm Obtains Emergency Freeze of As Much As $280 Million in $LIBRA Cryptocurrency Scam

*The Order also Directs Circle to Freeze $58 Million in USDC on the Solana Blockchain*

New York, NY – May 30, 2025 – The Treanor Law Firm, a boutique law firm founded by a former federal prosecutor and specializing in cutting edge civil litigation against the perpetrators of crypto fraud schemes, announces that it has obtained a temporary restraining order freezing as much as $280 million in proceeds of the sale of the cryptocurrency known as $LIBRA.  As alleged in Court filings in *Hurlock* v. *Kelsier*, the defendants falsely promoted $LIBRA as an investment opportunity in the Argentine economy, going so far as to convince Argentina's President to promote the token, and defrauding an estimated 75,000 investors. The order represents a crucial victory for victims of the $LIBRA cryptocurrency fraud and helps to ensure that funds will be available for victims of the scam if the litigation is successful.

The ruling, made public yesterday evening by the Honorable Jennifer L. Rochon of the U.S. District Court for the Southern District of New York, also directed Circle Internet Group to freeze approximately $58 million in USD Coin (USDC) on the Solana blockchain held in cryptocurrency wallets traced directly to the alleged fraud—an order Circle has already executed.

"This is a critical first step toward securing justice for those who purchased $LIBRA based on fraudulent claims that it would support Argentina's economy," said Timothy J. Treanor, managing principal of Treanor Law PLLC and a former federal prosecutor. "The Court's order helps ensure that there will be actual funds available to compensate the victims of this scam as this litigation proceeds."

Treanor Law PLLC, alongside co-counsel Burwick Law, is pursuing a proposed class action against those responsible for the $LIBRA scheme.

The Court's $58 million freeze order directed at Circle is believed to be the largest ever obtained by a private party that applies to the issuer of a stablecoin, effectively preventing defendants from accessing these funds while the case proceeds. The Court has scheduled a preliminary injunction hearing for June 9, 2025, should defendants seek to challenge the restraining order.

**Victims of the $LIBRA token scam who wish to understand the impact of this order or join the potential class action should contact Treanor Law PLLC immediately:**

- **Email:** info@treanor-law.com
- **Phone:** (212) 858-9080
- **Website:** www.treanor-law.com

**IF YOU ARE AN INVESTOR WHO LOST MONEY INVESTING IN THE $LIBRA CRYPTOCURRENCY, CLICK HERE TO INQUIRE ABOUT POTENTIALLY PURSUING CLAIMS TO RECOVER FOR YOUR LOSS**

**About Treanor Law LLP:** The Treanor Law Firm is a trial and litigation boutique that focuses on innovative civil litigation, victim advocacy, white collar criminal and regulatory enforcement defense, and trial engagements. The firm is led by Timothy J. Treanor, a former supervising prosecutor in the U.S. Attorney's Office for the Southern District of New York and a former global law firm practice group leader. Clients of the firm consist of individuals and public and private institutions. The firm advises and represents them in all phases of civil, criminal, and regulatory proceedings and in internal and government investigations.

For more information, please visit the firm's website at www.treanor-law.com or contact the Treanor Law Firm at (212) 858-9080 or info@treanor-law.com. This is attorney advertising.

**Contact:**
Timothy J. Treanor
Managing Principal
Treanor Law PLLC
info@treanor-law.com
(212) 858-9080



EXHIBIT B