

**Bitget App**
Trade smarter

Open



Log in     Sign up

Bitget  >  News  >  Argentine Anti-Corruption O…

# Argentine Anti-Corruption Office Clears President Milei in LIBRA Memecoin Scandal

DeFi Planet    2025/06/09 13:00

By: DeFi Planet

SOL +0.42%     MEME +3.57%

Argentina's Anti-Corruption Office (OA) has officially cleared President Javier Milei of any ethics violations related to his controversial social media post endorsing the Solana-based LIBRA memecoin.

*Argentina's Anti-Corruption Office (OA) has officially cleared President Javier Milei of any ethics violations related to his controversial social media post endorsing the Solana-based LIBRA memecoin.*

> NEW: Argentina's anti-corruption office clears President Javier Milei over LIBRA crypto scam pic.twitter.com/2pPWI8Nzi7
>
> — Cryptopolitan (@CPOfficialtx) June 8, 2025

The OA's decision, published on Friday, concluded that Milei's actions constituted a personal statement rather than an official government endorsement and, therefore, did not breach any public ethics rules. On February 14, President Milei promoted the LIBRA token on his X account, linking it

Cookies are used to optimize and personalize your website experience. You can manage your cookie preferences and view the Cookies Policy.

Accept all cookies

Reject all

Cookies settings

**EXHIBIT C**