UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **OMAR HURLOCK, on behalf of himself and all others similarly situated,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,**<br><br>*Defendants.* | Case No. 1:25-cv-03891 (JLR) |

## ORDER

The Court, having considering Defendant Hayden Davis' Motion for an Order Dissolving the Temporary Restraining Order Entered on May 27, 2025 (the "Motion"), is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Temporary Restraining Order (Dkt. 19) (the "Order") shall be and is hereby dissolved, vacated and of no further effect as to Hayden Davis and any agents, servants, employees, attorneys, and other persons who are in active concert or participating with such persons, regarding Mr. Davis and any property or funds held or controlled by Mr. Davis; further, the Order directed to Circle Internet Group, Inc. and its subsidiary, Circle Internet Financial, LLC and the wallet addresses noted in the Order is likewise vacated, dissolved and of no further effect.

IT IS FURTHER ORDERED that Defendants, or their attorneys, show cause before this Court in Courtroom 20B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on _____, 2025, at _____ .m., or as soon thereafter as counsel

1

may be heard, why a preliminary injunction should not be issued. Circle or its attorneys may appear at this proceeding if Circle so chooses but is not required to do so if it has implemented the actions described above and does not intend to challenge its issuance or extension through the course of this action.

SO ORDERED this _____ day of _____, 2025.

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE