UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN CLARKE and RODRIGO FERREIRA DA CRUZ VOGT, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>BENJAMIN CHOW, METEORA, HAYDEN DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, and KELSIER LABS, LLC d/b/a KELSIER VENTURES,<br><br>  Defendants. | Case No.: 1:25-cv-03268<br>[rel. 1:25-cv-03891-JLR]<br><br>Hon. Jennifer L. Rochon |

### ~~[PROPOSED]~~ ORDER FOR ADMISSION
### *PRO HAC VICE*

The motion of Joshua S. Molder, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

Applicant's Name: Joshua S. Molder

Firm Name: HOPPIN GRINSELL LLP

Address: 11 Hanover Square, Ste. 1405

City/ State/ Zip: New York, NY 10005

Telephone: 646.475.9495

Email: josh@hoppingrinsell.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel

for Plaintiffs Rodrigo Ferreira da Cruz Vogt and Jonathan Clarke, proceeding on behalf of themselves and all others similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 25, 2025
New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge