UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: 1:25-cv-03891-JLR<br>[rel. 1:25-cv-03268-JLR]<br><br>Hon. Jennifer L. Rochon |

## ~~[PROPOSED]~~ ORDER FOR ADMISSION
### *PRO HAC VICE*

The motion of Joshua S. Molder, for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New York; and that his contact information is as follows:

Applicant's Name: Joshua S. Molder

Firm Name: HOPPIN GRINSELL LLP

Address: 11 Hanover Square, Ste. 1405

City/ State/ Zip: New York, NY 10005

Telephone: 646.475.9495

Email: josh@hoppingrinsell.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel to Plaintiff Omar Hurlock, proceeding on behalf of himself and all others similarly situated, in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 26, 2025
       New York, New York

_____
Hon. Jennifer L. Rochon
United States District Judge