UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, *on behalf of himself and all others similarly situated*,<br><br>                      Plaintiffs,<br><br>-against-<br><br>KELSIER VENTURES, *et al.*,<br><br>                      Defendants. | Case No. 1:25-cv-03891 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On July 1, 2025, counsel for Plaintiff Omar Hurlock, Defendant Benjamin Chow, and Defendant Hayden Davis appeared for a remote videoconference before the Court "to discuss whether a more expedited [TRO/PI] briefing schedule and hearing date is necessary." Dkt. 52. As discussed on the record at the conference and with the consent of all appearing parties, in order to permit additional briefing and accommodate counsel's schedules, it is hereby ORDERED as follows:

- Defendant Davis's Rule 12(b)(2) motion shall be due no later than **July 9, 2025**, and shall not constitute a waiver of any other Rule 12(b) defenses that Davis may be asserting at a later time;

- Defendant Davis's opposition to Plaintiff's TRO/PI motion shall be due no later than **July 16, 2025**;

- Plaintiff's opposition to Defendant Davis's Rule 12(b)(2) motion shall be due no later than **July 23, 2025**;

- Plaintiff's consolidated reply to Defendant Davis's and Defendant Chow's oppositions to Plaintiff's TRO/PI motion shall be due no later than **July 28, 2025**, and shall be subject to an enlarged word limit of 6000 words;

- Defendant Davis's reply in further support of his Rule 12(b)(2) motion shall be due no later than **July 30, 2025**; and

- The TRO/PI hearing currently scheduled for July 21, 2025, shall be adjourned to **August 19, 2025, at 1:00 p.m.,** at which time the Court will hold a preliminary injunction hearing and hear oral argument on both the Rule 12(b)(2) and TRO/PI motions, and through which date the TRO shall be extended. The parties have represented that the Court may decide the motion for injunctive relief on the papers without the presentation of witnesses.

Dated: July 1, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge