UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>　　*Plaintiff,*<br><br>vs.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>　　*Defendants.* | Case No. 1:25-cv-03891 (JLR) |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 1.3 of the United States Court for the Southern District of New York, George M. Padis hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Hayden Davis in the above-captioned action.

I am in good standing of the bar of the state of Texas, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 1, 2025

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ George M. Padis*
　　　　　　　　　　　　　　　　　　　　　　　George M. Padis
　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24088173
　　　　　　　　　　　　　　　　　　　　　　　Sbaiti & Company PLLC
　　　　　　　　　　　　　　　　　　　　　　　2200 Ross Avenue, Suite 4900W
　　　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201
　　　　　　　　　　　　　　　　　　　　　　　T: (214) 432-2899
　　　　　　　　　　　　　　　　　　　　　　　F: (214) 853-4367
　　　　　　　　　　　　　　　　　　　　　　　E: george.padis@sbaitilaw.com