# HOPPIN GRINSELL

11 Hanover Square, Ste. 1405<br>
New York, NY 10005<br>
www.hoppingrinsell.com<br>
646.475.3550

Margaret B. Hoppin (Margot)
margot@hoppingrinsell.com
646.475.9549

July 11, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street New York, NY 10007

      Re:    *Hurlock* v. *Kelsier Ventures, et al.*, No. 25-cv-03891

Dear Judge Rochon:

      Pursuant to Part II.E of this Court's Individual Rules of Practice in Civil Cases, I write to inform the Court that Plaintiff Omar Hurlock intends to respond to the letter motion filed yesterday at ECF No. 92 by Defendant Hayden Davis to unseal or access the docket entries at ECF Nos. 34, 35, 36, 37, 39, 40, and 41.  Unless otherwise directed, Plaintiff will file its response within the time period set forth in Part II.E.

                                    Very truly yours,

                                    **HOPPIN GRINSELL LLP**

                                By:    */s/Margaret B. Hoppin*
                                              Margaret B. Hoppin