

July 14, 2025

<u>**Via E-File**</u>

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

  Under Rule 2.E of the Court's Individual Rules of Practice in Civil Cases and Local Civil Rule 37.2, Defendant Hayden Davis informs the Court that a letter responding to Plaintiff's Letter-Request for Wallet-Specific Carve-Out Consistent with July 1, 2025 Conference (*Follow-up to July 1, 2025 status conf., ECF No. 45, Tr. 16:12-22, 17:11-17*) filed July 11, 2025 [Dkt. #93] is forthcoming and will be filed within three business days.

           Very truly yours,

           <u>*/s/ George M. Padis*</u>
           George M. Padis