UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>　　　　　Defendants. | Civil Action No. 1:25-cv-03891 |

## NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Miles C. Wiley of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Defendant Benjamin Chow in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: July 15, 2025　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Miles C. Wiley
　　　　　　　　　　　　　　　　　　　Miles C. Wiley
　　　　　　　　　　　　　　　　　　　**CAHILL GORDON & REINDEL LLP**
　　　　　　　　　　　　　　　　　　　32 Old Slip
　　　　　　　　　　　　　　　　　　　New York, New York 10005
　　　　　　　　　　　　　　　　　　　(212) 701-3395
　　　　　　　　　　　　　　　　　　　mwiley@cahill.com