UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OMAR HURLOCK, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS SAVIS, JULIAN PEH, and BENJAMIN CHOW,

    Defendants.

Case No. 1:25-cv-03891
[rel: 1:25-cv-03268-JLR]

Hon. Jennifer L. Rochon

---

### DECLARATION OF MARGARET B. HOPPIN

Pursuant to 28 U.S.C. § 1746, I, Margaret B. Hoppin, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1. I am a partner at Hoppin Grinsell LLP, co-counsel to Plaintiff Omar Hurlock in this action. I submit this Declaration in further support of Plaintiff's motion for a temporary restraining order and preliminary injunction (Dkt. 13, the "Motion").

2. Attached hereto as **Exhibit A** is a true and correct copy of a screenshot taken on July 7, 2025 of a statement posted by Ben Chow (@hellowchow) to X (formerly Twitter) on February 16, 2025, publicly available at: https://x.com/hellochow/status/1891341548115149190.

3. Attached hereto as **Exhibit B** is a true and correct copy of a screenshot taken on July 7, 2025 of a statement posted by Meow (@weremeow) to X (formerly Twitter) on February 17, 2025, publicly available at: https://x.com/weremeow/status/1891664435321647186.

4. Attached hereto as **Exhibit C** is a true and correct copy of a screenshot taken on July 28, 2025 of a job posting posted by Meteora.ag to LinkedIn in June of 2025, publicly available at: https://www.linkedin.com/jobs/view/4255070121/. .

5. Attached hereto as **Exhibit D** is a true and correct copy of a screenshot taken on July 24, 2025 of an archived copy of a page from the Meteora Website, publicly available on the Internet Wayback Machine, at:

https://web.archive.org/web/20250126115854/https://docs.meteora.ag/dlmm/dynamic-fees.

6. Attached hereto as **Exhibit E** is a true and correct copy of a screenshot taken on July 24, 2025 of an archived copy of a page from the Meteora Website, publicly available on the Internet Wayback Machine, at:

https://web.archive.org/web/20250126101405/https://docs.meteora.ag/for-memecoins/pool-and-fee-config-for-memecoin-pools.

7. Attached hereto as **Exhibit F** is a true and correct copy of a screenshot taken on July 24, 2025 of an archived copy of a page from the Meteora Website, publicly available on the Internet Wayback Machine, at:

https://web.archive.org/web/20241202170425/https://docs.meteora.ag/for-memecoins/dynamic-memecoin-pools.

8. Attached hereto as **Exhibit G** is a true and correct copy of the Certificate of Incorporation and Stamped List of Directors for Dynamic Labs Limited Incorporation dated July 22, 2025.

9. Attached hereto as **Exhibit H** is a true and correct copy of the Franchise Tax Account Status of Kelsier Labs Limited Liability Company as of July 6, 2025.

10. Attached hereto as **Exhibit I** is a true and correct copy of the corporate

certificates for Raccoon Labs PTE. LTD. as of June 4, 2025.

11. Attached hereto as **Exhibit J** is a true and correct copy of the Certificate of Legal Entity for Block Raccoon S.A. Joint Stock Company dated July 21, 2025.

12. Attached hereto as **Exhibit K** is a true and correct copy of a screenshot taken on July 28, 2025 of an archived copy of a page from the Meteora Website, publicly available on the Internet Wayback Machine, at:

https://web.archive.org/web/20250126135322/https://docs.meteora.ag/resources/meteora-brand-assets.

13. Attached hereto as **Exhibit L** is a true and correct copy of a screenshot taken on July 24, 2025 of an archived copy of a page from the Meteora Website, publicly available on the Internet Wayback Machine, at:

https://web.archive.org/web/20250125175222/https://docs.meteora.ag/affiliate-program/become-an-affiliate-partner-dynamic-vaults.

14. Attached hereto as **Exhibit M** is a true and correct copy of a screenshot taken on July 28, 2025 of a statement posted by Ben Chow (@hellowchow) publicly available at:

https://proposals.meteora.ag/t/add-protocol-fees-to-dynamic-and-dlmm-meteora-pools-draft/894.

                                              Respectfully submitted,

DATED: July 28, 2025
          New York, NY                      */s/ Margaret B. Hoppin*
                                              Margaret B. Hoppin

                                              **HOPPIN GRINSELL LLP**
                                              11 Hanover Square, Ste. 1405
                                              New York, NY 10005
                                              Tel:  646.475.3550
                                              margot@hoppingrinsell.com

4928-7883-2981, v. 6