# EXHIBIT B

7/7/25, 11:30 AM meow on X: "Hi, I'm meow from Jupiter, and I also cofounded Meteora. Firstly, I'd like to reiterate my confidence that no one at Jupiter or Me…

Case 1:25-cv-03891-JLR    Document 111-2    Filed 07/29/25    Page 2 of 5






**meow** ✓ 🔔    Follow

@weremeow

Hi, I'm meow from Jupiter, and I also cofounded Meteora.

Firstly, I'd like to reiterate my confidence that no one at Jupiter or Meteora committed any insider trading or financial wrongdoing, or received any tokens inappropriately.

Secondly, we are hiring an independent 3rd party (Fenwick & West, one of the most reputable law firms in the world) to investigate and issue an report which they will publish independently.

Thirdly, I stand by Ben and his statement. I believe him when he says there was no financial inappropriateness in dealing with partners.

Meteora has been operating as a separate entity from Jupiter for over a year now and Ben has been running it without my significant involvement. He has done a great job building up the team, the most innovative DEX in the past year and the most active LP community in the world.

While I am 100% confident about Ben's character, as a project lead he has also shown a lack of judgement and care about some of the core aspects of the project (given its current size and reputation) over the past couple of months.

And this is unfortunately unacceptable. Ben understands this, and has chosen to resign. Going forward, we will be looking for new leadership for Meteora.

Ben has been an extremely helpful and kind participant in the ecosystem for a while now, as many people can attest. I ask everyone not jump to conclusions and be as kind to him as possible as he seeks to clear his name.

> JUP, Jupiter, Me

7/7/25, 11:30 AM                weremeow on X: "I broke down from Jupiter, and I also co-founded Meteora. Firstly, I'd like to reiterate my confidence that no one at Jupiter or Me…

Case 1:25-cv-03891-JLR    Document 11-2    Filed 07/29/25    Page 3 of 5






JUP has been the gold standard when it comes to token transparency. We are the only major protocol to ever account for every token over the course of 3 audits. We have never sold tokens OTC and every single major token use is carefully documented and planned in our audits. Token integrity is key to us since the very first day.

Secondly, Jupiter is one of the most non-extractive players in the ecosystem. We have allowed users to swap tens of billions for free and our partners to make hundreds of millions of dollars in fees with minimal take on our end.

Over the last year our perpetuals fees are transparently documented, reported along with the two best audit partners in the space. Even our recent Ultra Mode is the first time we are charging users for swaps, and at 0.05%-0.1%, it's 10x-20x lower than other main platforms.

Vast majority of fees are kept on Solana and invested in jupSOL/JLP and stay within the ecosystem, other than amounts used to fund talent acquisition and operating expenses.

On my end, I have not sold a single JUP, nor do I regularly trade memecoins. I have been offered free tokens many times for marketing, and I've always rejected every single one. I diamond hand most of the tokens that I received from investment / advisory in the past prior to Jupiter.

> Watershed Moment For Crypto

I would like to apologize for the recent stress caused to the team, the community & the ecosystem as a whole.

Even though we hold very high standards for ourselves for token integrity at Jupiter, I want to apologize that we haven't held other projects in the space to the same standard.

This is a watershed moment for our industry and it's very very obvious to me now that the way to grow the industry is not simply via more tokens but to have projects that have the same level of token certainty, long-term alignment, and extreme transparency like we practice with JUP.

7/7/25, 11:30 AM @aeyakovenko: "@weremeow, as X CMT, I withdrew from Jupiter, and I also co-founded Meteora. Firstly, I'd like to reiterate my confidence that no one at Jupiter or Me…

Case 1:25-cv-03891-JLR    Document 111-2    Filed 07/29/25    Page 4 of 5

One of my main goals will be to create permissionless products, operating systems, and ethical standards that I believe can form the new foundation of crypto moving forward.

1. Making jup.ag the best decentralized platform
2. Building Jupnet as the network to connect everything
3. Driving the certainty, alignment and transparency standards for our industry

I'm not perfect and I've learnt a lot of crucial lesson. I hope to take the lessons from this and the robust systems we have built for JUP to define the next major phase of our industry - growing up.

🐱

8:42 PM · Feb 17, 2025 · **1.8M** Views

Post your reply                                                                 Reply

**meow** ✓ @weremeow · Feb 17
Thanks for comments re: fenwick, we will re-evaluate, getting more recommendations.

💬 89          🔁 29          ♥ 651          📊 154K

**Lord TradfiDrake** ✓ @Lord_Ashdrake · Feb 17
You literally symphoned off MILLIONS of dollars by selling your tokens at 7bn valuation

You literally made $15m-$20m off the meteora pool when jup launched because you set the fees too high and pocketed the money

You literally paid yourself 100m jup tokens because you launched

Show more

💬 71          🔁 67          ♥ 1.1K          📊 111K

**meow** ✓ @weremeow · Feb 17
You are still clowning here?

1. Tokens were sold transparently in a launch pool and lp kept in pool for 7 days to 3 months
2. 15M- 20M yes, this is called a launch pool, and usdc fees mostly went to

7/7/25, 11:30 AM

Case 1:25-cv-03891-JLR    Document 11-2    Filed 07/29/25    Page 5 of 5

(1) meow on X: "Mr, I did slow down Jupiter, and I also co-founded Meteora. Frisky, I'd like to reiterate my confidence that no one at Jupiter or Me…

the DAO
3. Yes, the JUP went into the community via ASR

💬 30      🔁 5      ♡ 391      📊 51K      🔖 ⬆️

Show replies

**Nom** ✓ @TheOnlyNom · Feb 17                                  ⊘ ⋯

Glad to see the changes have been made and looking forward to seeing the further results as you move forward with the PPP ideology.

Think this is a good moment for all teams in the space to reexamine and work on transparency/processes

💬 17      🔁 10      ♡ 369      📊 45K      🔖 ⬆️

**meow** ✓ @weremeow · Feb 17                                   ⊘ ⋯

Yes. Thanks dawg

💬 5       🔁 1       ♡ 87       📊 34K      🔖 ⬆️

Show replies

**Evanss6** ✓ @Evan_ss6 · Feb 17                                ⊘ ⋯

do you / your team still run a hedge fund?

💬 7       🔁        ♡ 119      📊 26K      🔖 ⬆️

**meow** ✓ @weremeow · Feb 17                                   ⊘ ⋯

We never ran one

💬 6       🔁        ♡ 60       📊 24K      🔖 ⬆️

Show replies

**Yogi** ✓ @HouseofYogiX · Feb 17                               ⊘ ⋯

This whole situation makes it obvious that crypto desperately needs a real 'gold standard'—not just in words, but in enforceable practice.

There should be a clear baseline: minimum guidelines on token distribution, audits, and transparency, backed by an independent watchdog to
Show more

💬 7       🔁 3      ♡ 87       📊 34K      🔖 ⬆️