# EXHIBIT C

  🔍 Developer Relations in New York, NY



### Developer Relations

Meteora.ag · United States

1 month ago  ·  Be among the first 25 applicants

 See who Meteora.ag has hired for this role

**No longer accepting applications**

🔶 **PREMIUM**

### Use AI to assess how you fit

Get AI-powered advice on this job and more exclusive features.

   Am I a good fit for this job?    Tailor my resume

## Meteora.ag provided pay range

This range is provided by Meteora.ag. Your actual pay will be based on your skills and experience — talk with your recruiter to learn more.

## Base pay range

$180,000.00/yr - $240,000.00/yr

---

Direct message the job poster from Meteora.ag

 **Daryl Tan**
Fractional HR in Web3 | Talent Acquisition



**About the Company**
MeteoraAG's mission is the original mission of DeFi — build a world where liquidity is provided by retail, profitably, on-chain. Meteora achieves this purpose by building dynamic

AMM technology, AMMs that bring tools and profitability back to the retail users. The flagship DLMM product today is the backbone of many token launches, or retail liquidity providers. Today, MeteoraAG's LP Army is the strongest retail community of Liquidity Providers in all of crypto. Together, they provide liquidity in excess of hundreds of millions and regular capture tons of volume on Solana. Meteora shares an office and parent company with the Jupiter team, and together we are a team who loves to build cool products, be on the cutting edge of DeFi innovation, and drive the adoption of crypto via awesome products on crypto rails. We are super well-capitalized, allowing us to take big, high conviction bets as a company on various products.

**About the Role**
We're looking for a Devrel hire in Eastern Timezone to lead our efforts in supporting our partners with Meteora's technology. Today's Meteora's product-suite is one of the most advanced and strongest on Solana, and frequently relies on DevRel engineers to support our partners on implementation and day-to-day reliance on Meteora's technology.

**Responsibilities**

- Refactor and maintain repositories that interacts with Meteora's core programs
- Replying and supporting our partners through your working hours
- Work with the rest of the team in Asia to solve difficult problems or handing over at the end of the day
- Writing functions and features that simplify or ease the load for our partners.

**Qualifications**

- Earnest, hardworking folks who enjoy talking to people and solving their problems.
- Ability to thrive in a fast-paced, ever-changing environment
- Preferably based in Eastern Timezone, with comfort working with teams in Asia.

**Pay range and compensation package**

- Attractive market compensation in USDC + $MET alignment (Pre-TGE)
- Highlight the tangible benefits, like salary, tokens, ESOPs, and also emphasise the less obvious aspects, such as career growth, company culture, and the chance to make a real impact.



Seniority level                                                                                      Employment type

Executive

Full-time

Job function
Business Development, Information Technology, and Public Relations

Industries
Software Development

 Referrals increase your chances of interviewing at Meteora.ag by 2x

See who you know

 Get notified when a new job is posted.      Set alert

# Similar jobs

### Software Engineer (L4) - Member, Commerce & Games Engineering
Netflix
United States
1 week ago

### Full Stack Software Engineer (L5) - Game Lifecycle Engineering
Netflix
United States
$270,000 - $720,000
5 days ago

### Software Engineer, Frontend
Wealthfront
Palo Alto, CA
$140,000 - $185,000
1 week ago

### Web UI Engineer (L5) - Netflix Game Controller - Games Player Experiences
Netflix
United States
$100,000 - $720,000
9 hours ago

### Junior Web Developer
Rosemont Media, LLC
California, United States
$50,000 – $55,000
2 weeks ago

### Software Engineer - Frontend
Ever
San Francisco, CA
1 year ago

Show more jobs like this

## People also viewed

### Software Engineer L4/L5, Model Serving Systems, Machine Learning Platform
Netflix
United States
$100,000 – $720,000
1 week ago

### Software Engineer
SpiderOak Mission Systems
Austin, TX
1 month ago

### Remote Full Stack Developer
FreeUp
St. Petersburg, FL
7 months ago

### Software Engineer, HTML - AI Training (Freelance, Remote)
Alignerr
San Francisco, CA
1 month ago

### Sr. Software Engineer, Backend
Tinder
Palo Alto, CA
$195,000 – $215,000
4 days ago

### Software Engineer (L5) - Ads Identity & Privacy

Netflix

United States

$100,000 - $720,000

1 week ago

### JavaScript Developer - Remote

The Dignify Solutions, LLC

New York, NY

1 month ago

### Software Developer

maxRTE

United States

2 months ago

### Software Engineer - GenAI

Samsara

United States

1 week ago

### Full Stack Developer - React / Node.js

Hello Innovation

Detroit, MI

1 year ago

## Similar Searches

### Information Technology Developer jobs

2,905 open jobs

### Javascript Developer jobs

35,575 open jobs

### Frontend Developer jobs

17,238 open jobs

### Unity Developer jobs

1,540 open jobs

### Web Developer jobs

39,398 open jobs

### Game Programmer jobs

958 open jobs

### Web Development Specialist jobs
227,596 open jobs

### Junior Developer jobs
11,766 open jobs

### PHP Developer jobs
14,437 open jobs

### Full Stack Engineer jobs
38,546 open jobs

### Junior Web Developer jobs
8,869 open jobs

### Developer Internship jobs
362 open jobs

Show more



## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

More searches

© 2025

Accessibility

Privacy Policy

Cookie Policy

Brand Policy

Community Guidelines

About

User Agreement

Your California Privacy Choices

Copyright Policy

Guest Controls

Language