# EXHIBIT E

 

FOR MEMECOINS

# Pool and Fee Config for Memecoin Pools

## Current Default Fee System for Memecoin Pools

- **Dynamic Fee:** For Memecoin Pools, Dynamic Fee is the % fee charged per swap. This fee is dynamic and set by the protocol, based on memecoin creator requests or market conditions.
- **Protocol Fee:** Protocol Fee represents the amount of fees charged per swap that goes to the protocol or integrations that drive volume to the pool. Protocol Fee is a % of the Dynamic Fee.

The default global Fee Config for Memecoin Pools on Meteora is currently (may change over time):

- 15% - when pool trading starts
- 7% - 10 min after pool trading starts (10 min after 15% starts)
- 5% - 130 min after pool trading starts (120 min after 7% starts)
- 2% - 250 min after pool trading starts (120 min after 5% starts)
- 1% - 370 min after pool trading starts (120 min after 2% starts)
- 0.5% - 490 min after pool trading starts (120 min after 1% starts)
- 0.25% - 24 hours after pool trading starts (950 min after 0.5% starts)

## Important Notes

- Only the Meteora team is able to change the default Dynamic Fee and Protocol Fee; projects have no backend access.
- New config keys can only be created by Meteora. Highest fee % is 15% at the moment.
- All newly created config will not have a dynamic fee schedule applied to it, unless Meteora manually specifies it.

## How to choose a suitable Pool Config from the list?

What fee parameters to choose depends on your project's needs. You will need to look at the pool config list and choose a suitable `pool_config_key` with your preferred fee parameters.

If you want to create an Alpha Vault along with your new pool, you also need to find a `pool_config_key` that is mapped to a `vault_config_key` that meets your requirements.

## Public Pool Config List

- Pool config list: https://amm-v2.meteora.ag/swagger-ui/#/pools/get_all_pool_configs
- Devnet API: https://devnet-amm-v2.meteora.ag/pool-configs You can also get the list of config keys from devnet API
- API endpoint to return the associated fee curve for each existing config: https://amm-v2.meteora.ag/swagger-ui/#/fee_config/get_config_associated_fee_configs
    - Using this endpoint, integrators can input the config pubkey, and it will return an array of fee update timings for the config, if there's any.
    - Integrators may choose a `pool_config_key` with a fee curve that suits your integration.
- If there is no existing config in the list that fits your project's requirement, a new config needs to be created.
- Only the Meteora team can create a new config to add it to the preset pool config list.

## Default Pool Config used by Meteora Frontend

- By default, Meteora's frontend is currently using this pool config key for Memecoin Pool creation: `FiENCCbPi3rFh5pW2AJ59HC53yM32eLaCjMKxRqanKFJ`
- For the `FiENCCbPi3rFh5pW2AJ59HC53yM32eLaCjMKxRqanKFJ` pool config, it doesn't allow creation of any Alpha Vault, therefore it's field `vault_config_key` is `1111111...`

## New Custom Pool Config and Fee Curve for Integrators / Launchpads

- **Custom Pool Config Key:** Integrators such as launchpads or other partners may want to use their own unique custom pool config key, if they want `custom pool_creator_authority` to prevent front-running of the token launch pool.
  - Note: New dedicated config keys can only be created by Meteora. Please reach out to us if this is required.
- **Custom Fee Curve:** If you are an integrator, Meteora can also apply a custom fee curve/schedule for your pools, but we will need to create a dedicated config key for your team, where `pool_creator_authority` is linked to your signer wallet for pool creation. You would need to send us your signer wallet that would be used to deploy the pools.
  - Note: Even with a dedicated config key for your team, Meteora would need to customize the fee curve/schedule for you. You can't do it on your own.
- Custom Pool Config and Fee Curve is used by integrators such as Moonshot by DEX Screener.

## Custom Fee Curve for a Specific Pool

- If required, Meteora can set a custom fee curve for a single, specific pool. This would override the fee curve used by the pool's config key, doesn't matter which config key is used.

## API to track associated Fee Curve for each Config

Meteora has an API endpoint to return the associated fee curve for each existing config: https://amm-v2.meteora.ag/swagger-ui/#/fee_config/get_config_associated_fee_configs

Using this endpoint, integrators can input the config pubkey, and it will return an array of fee update timings for the config, if there's any. Integrators may then choose a config with a fee curve that suits their integration.

### Steps:

1. Go to https://amm-v2.meteora.ag/swagger-ui/#/pools/get_all_pool_configs
2. Press "Execute" and find and select the config you want to view
3. Check https://amm-v2.meteora.ag/swagger-ui/#/fee_config/get_config_associated_fee_configs for any Dynamic Fee curve for that specific config

### Example: Moonshot Integration - Custom Config Key and Fee Curve



- After 14400 seconds since pool start trading, the fee rate will be 2.5%
- After 86400 seconds since pool start trading, the fee rate will be 1%

## How do you view the starting fee for the config?

You can check the content of the config account itself, or input you config key account address in https://amm-v2.meteora.ag/swagger-ui/#/pools/get_all_pool_configs

**Example: Moonshot Integration - Fee Curve starting fee**

Pool Dynamic Fee starts at 500 bps (5%), and protocol fee is 20%

```
        "activation_type": 0
    },
    {
        "config_address": "Z1PjsfQVgrn56jSypUT5qXwwSjwKNvuoBCKbVZrgTLz4",
        "trade_fee_bps": 500,
        "protocol_fee_bps": 2000,
        "activation_duration": 0,
        "vault_config_key": "11111111111111111111111111111111",
        "pool_creator_authority": "CGsqR7CTqTwbmAUTPnfg9Bj9GLJgkrUD9rhjh3vHEYvh",
        "activation_type": 0
    },
```

**Combining the above two example parameters, the Moonshot Fee Curve is:**

- Pool Dynamic Fee starts at 5%
- After 14400 seconds from start of pool trading, the fee rate will be 2.5%
- After 86400 seconds from start of pool trading, the fee rate will be 1%

# What does each field in the Fee Config mean?

- config_address = the pool config key
- trade_fee_bps = pool trading fee
- protocol_fee_bps = protocol fee charged from pool trading fee
- activation_duration = used to determine when exactly the pool will start trading.
- start trade time = current_time + activation_duration Or current_slot + activation_duration, depends on the activation_type
- vault_config_key = alpha vault config key. If it is `11111111111111111111111111111111`, means no alpha vault. If not, the pool can create an alpha vault. Note: This is NOT the same as the vault address.
- pool_creator_authority = address which can use the pool config key to create a pool. If it is `11111111111111111111111111111111`, it's public and available for everyone to use
- activation_type = pool activation type. 0 = slot, 1 = time

# Pool Config Example

- Sample: https://amm-v2.meteora.ag/pool-configs

- Sample fields:

```
{
"config_address": "FiENCCbPi3rFh5pW2AJ59HC53yM32eLaCjMKxRqanKFJ",
"trade_fee_bps": 1500,
"protocol_fee_bps": 2000,
"activation_duration": 0,
"vault_config_key": "11111111111111111111111111111111",
"pool_creator_authority": "11111111111111111111111111111111",
"activation_type": 0
},
```

# User Flow Example

A pool config may or may not have an associated vault config. There's no vault config associated when the `vault_config_key` is `11111111111111111111111111111111`

When the pool config has a vault config, user can create the pool + Alpha Vault that is binded (auto-whitelisted) by the pool. The Alpha Vault created will inherit the parameters (Pro Rata / FCFS + buying_cap, vesting duration, etc.) from the vault config.

Let's say a user wants to create the pool ABC/SOL with an Alpha Vault, the user will need to:

1. Check for pool config that have `vault_config_key` not = `1111...`, and `pool_creator_authority` is the user or `1111...` (accessible by the public)
2. Based on the vault requirement the user wants, the user will need to:

   a) Check all the pool configs from step 1, which are each mapped to a `vault_config_key`, as well as

   b) Check for vault config and look for one that fits the requirement

3. If the user finds a requirement that suits their needs, they can use that `pool_config_key` to create the pool, then use the pool config-mapped `vault_config_key` to create the vault. As long as `vault_config_key` is used, the vault is automatically whitelisted upon pool creation.

All the settings are already predefined by `pool_config` + its mapped `vault_config_key`

The permutations for pool config + Alpha vault are created by the Meteora team.

7/24/25, 10:42 AM                                  Pool and Fee Config for Memecoin Pools | Meteora

## Pool Config Example

```
{
"config_address": "8aPHoLN8ke6PhWeYA7ELi19fppptVYUCQvqKWR5yP1sn",
"trade_fee_bps": 150,
"protocol_fee_bps": 2000,
"activation_duration": 1512000,
"vault_config_key": "7ixojP8Zuu4csfTycHi8ywQymHm9zxAhu1TjnFuJaq2R",
"pool_creator_authority": "5unTfT2kssBuNvHPY6LbJfJpLqEcdMxGYLWHwShaeTLi",
"activation_type": 0
},
```

## Alpha Vault Config Example

```
{
  "address": "7ixojP8Zuu4csfTycHi8ywQymHm9zxAhu1TjnFuJaq2R",
  "max_depositing_cap": 10,
  "start_vesting_duration": 1,
  "end_vesting_duration": 24107,
  "depositing_duration_until_last_join_point": 24107,
  "individual_depositing_cap": 1,
  "escrow_fee": 0,
  "activation_type": 0
},
```

In this example above, only the `pool_creator_authority` `(5unTfT2kssBuNvHPY6LbJfJpLqEcdMxGYLWHwShaeTLi)` can use the pool config `8aPHoLN8ke6PhWeYA7ELi19fppptVYUCQvqKWR5yP1sn` to create a pool with the below settings:

1. 1.5% fee
2. 20% protocol fee
3. pool start trade after 1512000 slot upon creation
4. slot based activation

and can create a binded Alpha Vault with FCFS config as shown below:

1. max deposit cap = 10 token
2. vested over 24106 slot after pool activate
3. deposit opens at 24107 slot before vault crank

7/24/25, 10:42 AM                                  Pool and Fee Config for Memecoin Pools | Meteora

4. every escrow maximum can only deposit 1 token

## Full Pool and Vault Config List

- Pool config list: https://amm-v2.meteora.ag/swagger-ui/#/pools/get_all_pool_configs
- Vault config list: https://amm-v2.meteora.ag/swagger-ui/#/alpha_vault_config/get_all

If your preferred configs are not available in the pre-defined config lists above, please contact the Meteora team. You will need your own unique config key specific to your integration.

Previous
Memecoin Pool Integration

Next
Permanently Locking Liquidity

Last updated 1 month ago