# EXHIBIT G

# TERRITORY OF THE BRITISH VIRGIN ISLANDS
## BVI BUSINESS COMPANIES ACT, 2004



C126DE3440

## CERTIFICATE OF INCORPORATION
### (SECTION 7)

The REGISTRAR of CORPORATE AFFAIRS, of the British Virgin Islands HEREBY CERTIFIES, that pursuant to the BVI Business Companies Act, 2004, all the requirements of the Act in respect of incorporation having been complied with,

**ASTRAL JADE LIMITED**

BVI COMPANY NUMBER: **2056594**

is incorporated in the BRITISH VIRGIN ISLANDS as a BVI BUSINESS COMPANY, this 8th day of March, 2021.

SGD
*for* **REGISTRAR OF CORPORATE AFFAIRS**
8th day of March, 2021

**CERTIFIED A TRUE COPY** BY THE REGISTRAR OF CORPORATE AFFAIRS

*for* **REGISTRAR OF CORPORATE AFFAIRS**
22nd day of July, 2025

**BVI FINANCIAL SERVICES COMMISSION**  **LIST OF DIRECTORS**

| Company No. | : | 2056594 |
|---|---|---|
| Company Name | : | Dynamic Labs Limited |

Filing Date : 23/03/2021

INDIVIDUAL DIRECTORS

| S/No. | Name | Director Type |
|---|---|---|
| 1 | Teng Siong ONG | Director |
| 2 | Ming Yeow NG | Director |



Date : 22/07/2025

Page 1 of 1