# EXHIBIT H

# FRANCHISE TAX ACCOUNT STATUS

This record as of July 6, 2025 at 19:41:10

## KELSIER LABS LLC

| | |
|---|---|
| **Texas Taxpayer Number:** | 32089056439 |
| **Mailing Address:** | 627 BROOKSTONE DR IRVING, TX 75039 - 3649 |
| **Right to Transact Business in Texas:** | FRANCHISE TAX INVOLUNTARILY ENDED |
| **State of Formation:** | TX |
| **SOS Registration Status (SOS status updated each business day):** | INACTIVE |
| **Effective SOS Registration Date:** | 03/24/2023 |
| **Texas SOS File Number:** | 0804986841 |
| **Registered Agent Name:** | GIDEON DAVIS |
| **Registered Office Street Address:** | 627 BROOKSTONE DRIVE. IRVING, TX 75039 |

## Public Information Report

| Title | Name and Address |
|---|---|
| | |

| Report not on File | |