# EXHIBIT I

ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of RACCOON LABS PTE. LTD. (202113738G)

Date: 04 Jun 2025

| | | |
|---|---|---|
| Name of Company | : | RACCOON LABS PTE. LTD. |
| Former Name if any | : | WOW CATS LABS PTE. LTD. |
| Date of Change of Name | : | 11 FEB 2022 |
| UEN | : | 202113738G |
| Incorporation Date | : | 19 APR 2021 |
| Company Type | : | EXEMPT PRIVATE COMPANY LIMITED BY SHARES |
| Status of Company | : | LIVE COMPANY |
| Status Date | : | 19 APR 2021 |
| Registered Office Address | : | 45 NORTH CANAL ROAD, #01-01, LEW BUILDING, SINGAPORE 059301 |
| Date of Address | : | 29 APR 2024 |
| Date of Last AGM | : | 31 MAR 2024 |
| Date of Last AR | : | 09 APR 2024 |
| FYE As At Date of Last AR | : | 30 SEP 2023 |

## Business Activities

| | | |
|---|---|---|
| Primary Activity | : | INFORMATION TECHNOLOGY CONSULTANCY (EXCEPT CYBERSECURITY) (62021) |
| Secondary Activity | : | |

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/5-9WRmACEF



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of RACCOON LABS PTE. LTD. (202113738G)

Date: 04 Jun 2025

### Issued Share Capital

| Amount | Number of Shares [1] | Currency | Share Type |
|---|---|---|---|
| 5,000 | 50,000 | UNITED STATES OF AMERICA DOLLAR | ORDINARY |

[1] Number of Shares includes number of Treasury Shares

### Paid-Up Capital

| Amount | Number of Shares | Currency | Share Type |
|---|---|---|---|
| 5,000 | 50,000 | UNITED STATES OF AMERICA DOLLAR | ORDINARY |

### Company has the following Ordinary Shares held as Treasury Shares

| Number of Shares | Currency |
|---|---|

### Audit Firm(s)

| Name |
|---|

### Charge(s)

| Charge Number | Date Registered | Currency | Amount Secured | Chargee(s) |
|---|---|---|---|---|

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/5-9WRmACEF



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA) 

Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of RACCOON LABS PTE. LTD. (202113738G)

Date: 04 Jun 2025

| Officer(s) | | | | |
|---|---|---|---|---|
| Name<br><br>Address | Identification Number | Nationality/<br>Citizenship | Position | Date of Appointment |
| TENG BOON KIA, ISABELLA<br><br>45 NORTH CANAL ROAD, #01-01, LEW BUILDING, SINGAPORE 059301 | S8034206C | SINGAPORE CITIZEN | SECRETARY | 19 APR 2021 |
| YONG ZHEN HOE (YANG ZHENHE)<br><br>7A KOVAN ROAD, #10-32, KOVAN RESIDENCES, SINGAPORE 544897 | S8120746A | SINGAPORE CITIZEN | DIRECTOR | 19 APR 2021 |

| Shareholder(s) | | | | |
|---|---|---|---|---|
| Name<br><br>Address | Identification Number | Nationality [2]/<br>Place of origin [3] | Number of Shares<br><br>Currency | Address Changed |
| YONG ZHEN HOE (YANG ZHENHE)<br><br>7A KOVAN ROAD, #10-32, KOVAN RESIDENCES, SINGAPORE 544897 | S8120746A | SINGAPORE CITIZEN | 50,000 (ORDINARY)<br><br>UNITED STATES OF AMERICA DOLLAR | |

[2] Includes nationality and citizenship
[3] Includes place of incorporation, place of origin and place of registration

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/5-9WRmACEF



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)



Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of RACCOON LABS PTE. LTD. (202113738G)

Date: 04 Jun 2025

## Abbreviation

| | | |
|---|---|---|
| UL | : | Local Entity not registered with ACRA |
| UF | : | Foreign Entity not registered with ACRA |
| AR | : | Annual Return |
| AGM | : | Annual General Meeting |
| FS | : | Financial Statements |
| FYE | : | Financial Year End |

## Notes

1. All the information provided above are extracted from lodgements filed with ACRA and/or from other government sources.

2. Please check to ensure that this document is issued by ACRA by:
   (a) scanning the verification QR code at the bottom of the page, or
   (b) visiting the verification URL at the bottom of the page, or
   (c) uploading the verifiable OpenAttestation file (e.g. Business_Profile.oa) on www.acratrustbar.gov.sg.

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/5-9WRmACEF



ACCOUNTING AND CORPORATE REGULATORY AUTHORITY
(ACRA)



Whilst every endeavor is made to ensure that information provided is updated and correct, ACRA disclaims any liability for any damage or loss that may be caused as a result of any error of omission.

# Business Profile (Company) of RACCOON LABS PTE. LTD. (202113738G)

Date: 04 Jun 2025




TAN YONG TAT

ASST REGISTRAR OF COMPANIES & BUSINESS NAMES
ACCOUNTING AND CORPORATE REGULATORY AUTHORITY (ACRA)
SINGAPORE

RECEIPT NO.    :    ACRA250604000110

DATE           :    04 JUN 2025

**Verify Document Instantly**

Check if this document is issued by ACRA.

https://www.acratrustbar.gov.sg/verify/5-9WRmACEF

