# EXHIBIT J



# Registro Público de Panamá

ESTE CERTIFICADO ES VÁLIDO PARA UN SOLO USO

FIRMADO POR: GLADYS EVELIA JONES CASTILLO
FECHA: 2025.07.21 10:19:17 -05:00
MOTIVO: SOLICITUD DE PUBLICIDAD
LOCALIZACION: PANAMA, PANAMA

## CERTIFICADO DE PERSONA JURÍDICA

CON VISTA A LA SOLICITUD

300395/2025 (0) DE FECHA 21/jul/2025

QUE LA PERSONA JURÍDICA

BLOCK RACCOON S.A.
TIPO DE PERSONA JURÍDICA: SOCIEDAD ANONIMA
SE ENCUENTRA REGISTRADA EN (MERCANTIL) FOLIO Nº 155745397 DESDE EL MIÉRCOLES, 6 DE DICIEMBRE DE 2023
- QUE LA PERSONA JURÍDICA SE ENCUENTRA VIGENTE

- QUE SUS CARGOS SON:

SUSCRIPTOR:  CRISTINO GUEVARA SALAZAR
SUSCRIPTOR:  CARLOS ALBERTO WEAND ORTIZ

DIRECTOR / PRESIDENTE:  NG MING YEOW
DIRECTOR / SECRETARIO:  ONG TENG SIONG
DIRECTOR / TESORERO:  CARLOS ALBERTO WEAND ORTIZ

AGENTE RESIDENTE:  CL REGISTERED AGENTS

- QUE LA REPRESENTACIÓN LEGAL LA EJERCERÁ:
EL PRESIDENTE SERÁ EL REPRESENTANTE LEGAL DE LA SOCIEDAD Y SERÁ REEMPLAZADO EN SUS AUSENCIAS TEMPORALES O DEFINITIVAS POR EL SECRETARIO Y EN AUSENCIAS DE AMBOS, SEAN TEMPORALES O DEFINITIVAS, POR QUIEN DESIGNE LA JUNTA DIRECTIVA O LA JUNTA DE ACCIONISTAS.

- QUE SU CAPITAL ES DE 10,000.00 DÓLARES AMERICANOS
EL CAPITAL SOCIAL AUTORIZADO DE LA SOCIEDAD SERÁ DE DIEZ MIL DOLARES (US$10,000.00), MONEDA DE CURSO LEGAL EN LOS ESTADOS UNIDOS DE NORTEAMÉRICA, DIVIDIDO EN CIEN (100) ACCIONES NOMINATIVAS, CON UN VALOR DE CIEN DOLARES (US$100.00), MONEDA DE CURSO LEGAL EN LOS ESTADOS UNIDOS DE NORTEAMÉRICA, CADA UNA. LAS ACCIONES SERÁN EMITIDAS SOLAMENTE DE FORMA NOMINATIVA Y SE PROHIBE LA EMISIÓN DE ACCIONES AL PORTADOR.   ACCIONES: NOMINATIVAS

- QUE SU DURACIÓN ES PERPETUA
- QUE SU DOMICILIO ES PANAMÁ , CORREGIMIENTO CIUDAD DE PANAMÁ, DISTRITO PANAMÁ, PROVINCIA PANAMÁ

### ENTRADAS PRESENTADAS QUE SE ENCUENTRAN EN PROCESO

NO HAY ENTRADAS PENDIENTES .

**EXPEDIDO EN LA PROVINCIA DE PANAMÁ EL LUNES, 21 DE JULIO DE 2025 A LAS 10:11 A. M..**

**NOTA: ESTA CERTIFICACIÓN PAGÓ DERECHOS POR UN VALOR DE 30.00 BALBOAS CON EL NÚMERO DE LIQUIDACIÓN 1405268186**



Validado a través del CÓDIGO DE VALIDACIÓN: 4379182-300395-2025
Valide su documento electrónico a través del CÓDIGO QR impreso en el pie de página
o a través del Identificador Electrónico: F4D51970-F7E6-42C0-A2B8-97DD20794908
Registro Público de Panamá - Vía España, frente al Hospital San Fernando
Apartado Postal 0830 - 1596 Panamá, República de Panamá - (507)501-6000

1/1