# EXHIBIT K

  

RESOURCES

# Meteora Brand Assets

## Meteora brand assets



**5MB** | Meteora brand assets.zip
archive

## Meteora LP and Chill video



**15MB** | Meteora - LP & Chill.mp4

---

Previous
**Community Data Dashboards & Tools**

---

Next
**Supported Wallets**

Last updated 7 months ago