# EXHIBIT L

 Meteora 

AFFILIATE PROGRAM

# Become an Affiliate Partner (Dynamic Vaults)

NOTE: Our affiliate program is currently on hold until further notice.

## 1. Get in touch with the Meteora Team

Just drop us a note in our discord channel or telegram to let us know your interest in our affiliate partner program! We would be happy to discuss and help set things up.

**Discord**: https://discord.com/channels/841152225564950528/864859354335412224

## 2. Set up the Partner Account

Before you can activate the affiliate partner program, we would have to set up a partner account for you. For the setup, we require a partner wallet address. Any fees generated will be sent to this address.

Once the account is set up, you can track the total amount of fees accumulated from the affiliate program.

Note that all fees will be transferred off-chain.

## 3. Integrate with our Vaults using our vault SDK

Once the affiliate partner account is set up, you can proceed to integrate your protocol with our vaults.

You can refer to the following resources and links to get started:

**Rust-Client:** https://github.com/mercurial-finance/vault-periphery/tree/main/affiliate/rust-client

**Typescript-Client:** https://github.com/mercurial-finance/vault-sdk/tree/main/ts-client

Note: To activate the affiliate program, you are required to pass in the partner address (affiliateId) when you initialize the vault. For example:

```typescript
// Getting a Vault Implementation instance (SOL)
const vaultImpl: VaultImpl = await VaultImpl.create(
    devnetConnection,
    SOL_TOKEN_INFO,
    {
        cluster: 'devnet',
        affiliateId: new PublicKey('7236FoaWTXJyzbfFPZcrzg3tBpPhGiTgXsGWvjwrYfiF
    }
);
```

The partner address must be the same as the address used for the account set up in step 2.

---

Previous
Overview

---

Next
Meteora Program IDs

---

Last updated 10 months ago