# EXHIBIT M


# Add Protocol Fees to Dynamic and DLMM Meteora Pools [Draft]

**ben**                                                                               **Oct 2024**

Currently almost all Meteora Pools charge 0% protocol fees. The only protocol fees that Meteora is charging has been 20% for Dynamic Memecoin Pools and 15% for DLMM Bootstrapping pools. Both of these pools are variants of our AMM pools that have been designed to support token launches.

Originally the motivation for zero protocol fees was to drive growth of the protocol. After all this time, it's clear that zero protocol fees have not been the major driver of growth for Meteora. Instead, improving our tech platform, adding product value, and the growth of our LP army have formed the core pillars for Meteora.

We are proposing to turn on protocol fees on Meteora for Dynamic and DLMM pools for several reasons:

1. If zero protocol fees does not drive growth and product, tech, and community are the main foundations for growth then Meteora will need to funnel more funds to grow each of these areas and so will need to build up its revenue streams to funnel this growth. We also imagine investing in community-driven content, education, and marketing efforts.
2. Meteora development and operating costs are currently being funded by the team. Adding fees will start down the path of making Meteora sustainable in the long run and better position the protocol for its long term goals of bringing LPing and DeFi to the masses.
3. Lastly this brings Meteora with parity to other DEX fees and curbs some abuses happening on the platform.

We are proposing a protocol fee structure of 15% of LP fees for any pools that charge 0.25% in LP fees and above. Pools

**Skip to main content**

with fees less than 0.25% will continue with 0% protocol fees. Dynamic Memecoin pools and DLMM Bootstrapping pools will charge 20% of LP fees. These special class of pools need a higher level of investment to tackle the problems around token launches…

Protocol fees will flow into the Meteora team treasury and from there will fund the LP Army multi-sig. We intend to immediately kick off new LP army growth initiatives with this new revenue source. For example all fees collected on memecoin tokens can be used for new LP Jam, Bootcamp, or community collaborations with their respective projects. And with additional revenue we can start to grow out our LP army initiatives from working groups, to forming international LP army groups (Korea, China, Japan, etc…)

As always, we work on all major decisions together, so let us know what you think of the proposal and how we can make it better.

Ben

**moritz.sol**                                    **Oct 2024**

Interesting approach.

I want meteora to have a long sustainable runway. Protocol fee it is!

**loccy7**                                        **Oct 2024**

Definitely something to discuss in the office hours. Think a lot would not agree on the 15% structure even if it only applies to >0.25% pool fees. Then again, I all for it for the long term and sustainable environment.

**jatubio**                                       **Oct 2024**

I support Meteora growth , so LFG!

Skip to main content

- Topics
- More
- CATEGORIES
  - General
  - Proposals
- All categories