# EXHIBIT N

Home | Meteora



Fast      Connect

# Disclaimer

Meteora is a decentralized peer-to-peer protocol that people can use to create liquidity and trade SPL tokens. The protocol is made up of free, public, open-source or source-available software including a set of smart contracts that are deployed on the Solana Blockchain. Your use of Meteora involves various risks, including, but not limited to, losses while digital assets are being supplied to Meteora and losses due to the fluctuation of prices of tokens in a trading pair or liquidity pool. Before using Meteora, you should review the relevant documentation to make sure you understand how Meteora works. Additionally, just as you can access email protocols such as SMTP through multiple email clients, you can access Meteora through dozens of web or mobile interfaces. You are responsible for doing your own diligence on those interfaces to understand the fees and risks they present.

METEORA IS PROVIDED "AS IS", AT YOUR OWN RISK, AND WITHOUT WARRANTIES OF ANY KIND. Although Dynamic Labs Inc. developed much of the initial code for Meteora, it does not provide, own, or control Meteora, which is run by smart contracts deployed on the Solana blockchain. No developer or entity involved in creating Meteora will be liable for any claims or damages whatsoever associated with your use, inability to use, or your interaction with other users of, Meteora, including any direct, indirect, incidental, special, exemplary, punitive or consequential damages, or loss of profits, cryptocurrencies, tokens, or anything else of value.

  

Disclaimer