## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

OMAR HURLOCK, on behalf of himself and all
others similarly situated,

        Plaintiff,

-against-

        Case No. 25 CV 03891 (JLR)

KELSIER VENTURES, KIP PROTOCOL,
HAYDEN DAVIS, GIDEON DAVIS,
METEORA, THOMAS DAVIS, JULIAN PEH,
And BENJAMIN CHOW,

        Defendants.

_____/

## DECLARATION OF JUSTIN EHRENHOFER

Pursuant to 28 U.S.C. § 1746, I, JUSTIN EHRENHOFER, declare under penalty of perjury that the following is true and correct:

1.      My name is Justin Ehrenhofer. As set forth in detail in my report dated May 20, 2025,[1] I am a Senior Director of NAXO Labs LLC ("NAXO"), where I specialize in investigating and analyzing cryptocurrency activity, including tracing crypto assets, in connection with civil disputes and criminal investigations. At NAXO, I regularly help legal teams, law enforcement, and companies analyze transactions involving crypto assets.

---

[1] *See Hurlock v. Kelsier Ventures et al.,* Case No. 25-cv-03891, ECF No. 17 (S.D.N.Y. May 29, 2025) ("First Ehrenhofer Declaration") (incorporated herein by reference). My CV is attached as Exhibit 1 to the First Ehrenhofer Declaration.

2.      I have been retained by counsel for Plaintiff in this action as an independent expert to provide an analysis of certain blockchain activity following the February 14, 2025, launch of the $LIBRA token. Specifically, I was asked to do the following analyses:[2]

a.  <u>Token Distribution Chart Analysis</u>: provide an analysis of the flow of $LIBRA funds from the blockchain address which first issued (or "minted") the "$LIBRA" token ("LIBRA Wallet 1")[3] and to compare my observations of $LIBRA token blockchain activity to a chart on the token creator's website entitled, "Token Distribution."[4]

b.  <u>SOL Tracing Analysis</u>: provide an analysis and opinions about the flow of funds from LIBRA Wallet 1 to three wallets identified as "SOL Wallet 1,"[5] "SOL Wallet 2,"[6] and "SOL Wallet 3."[7] I was also asked to determine the amount of SOL currently held by these wallets.

c.  <u>Meteora Liquidity Pool Analysis</u>: compile and analyze patterns in transactions between eight $LIBRA wallets, identified as LIBRA Wallet 1, "Intermediary Wallet 1,"[8] "Intermediary Wallet 2,"[9] "Intermediary Wallet 3,"[10] "Intermediary

---

[2] A table of relevant cryptocurrency addresses is attached as Exhibit 1. Generally addresses involving the asset SOL are labeled with an "S" (e.g. Intermediary Wallet S1).

[3] LIBRA Wallet 1 is located at Solana address DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z.

[4] The "Viva La Libertad Project" website claims to have "launch[ed] the $LIBRA token, designed to strengthen the Argentine economy from the ground up by supporting entrepreneurship and innovation." The website further claims, "with this token, we aim to channel funding efficiently and in a decentralized manner, allowing investors and citizens to take part in Argentina's growth." https://www.vivalalibertadproject.com (accessed July 24, 2025).

[5] SOL Wallet 1 is located at Solana address FTjLYkNARZHnqekpKj5mHzbJx7EqW1fSr15Ec4oijBUQ.

[6] SOL Wallet 2 is located at Solana address B9KTwxhc9e6qrjw5nfmhgcN38oKFTBtnef8AwaTPVQ6q.

[7] SOL Wallet 3 is located at Solana address XNFXF4svhrYVhGWQW6HX26QpPtVFvDyuC4nT5XwSwg5.

[8] Intermediary Wallet 1 is located at Solana address 5Wsjee6FgZQtxjUBedfNq9ZbV6RN7wgb4N422LyV3Zer.

[9] Intermediary Wallet 2 is located at Solana address EFrg9SXbnCfuVqJPJf2hKKY3CtTPLHvipEpgrHjBkb4L.

[10] Intermediary Wallet 3 is located at Solana address 8NScYncjpY1mKrbxVJFFdVqNPEocyXTnQqy9GW1hg4j3.

Wallet 4,"[11] "Intermediary Wallet S1,"[12] "Intermediary Wallet S2,"[13] and "Intermediary Wallet S3"[14] (together "the $LIBRA Wallets"), and three addresses that are associated with Meteora liquidity pools.[15]

## I.    BACKGROUND

3.    I have reviewed the Complaint filed in *Hurlock v. Kelsier Ventures et al* and accompanying exhibits to understand the allegations in this matter. I analyzed blockchain data using Solscan, an industry-standard public blockchain explorer tailored for the Solana network,[16] to identify and aggregate the relevant transactions that are discussed in this report and illustrated in exhibits to this report.[17] I independently confirmed the data from Solscan by comparing it to data available in Chainalysis Reactor, an industry-standard blockchain tracing tool. If necessary, I could and would testify to my conclusions under oath.

4.    Terms and background concepts defined in the First Ehrenhofer Declaration are incorporated herein by reference.

5.    Wrapped Solana, or WSOL, is a token that is closely related to native SOL, in that its value is tied to and meant to mirror native SOL.[18] "Wrapped" tokens like WSOL are commonly

---

[11] Intermediary Wallet 4 is located at Solana address 5fnahDWBtUB8QBTXWHm2QzfAoAVHToxvMf38i3a7okGe.

[12] Intermediary Wallet S1 is located at Solana address jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN.

[13] Intermediary Wallet S2 is located at Solana address BXoCWWijZiVQFXNRqcZAiHQroYkaUnjkRznnZrt9gj42.

[14] Intermediary Wallet S3 is located at Solana address 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh.

[15] These pools are located at Solana addresses BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz ("Meteora Pool Address"), 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S ("Meteora Pool Address S1"), and 2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 ("Meteora Pool Address S2"). I note that while there may be other Meteora liquidity pools, my review was limited to interactions with these three, which are by far the most active.

[16] https://solscan.io/.

[17] *See* Exhibits 9 and 17 for the code that I used to fetch transactions from the Solscan API.

[18] The WSOL token's unique identifier is So11111111111111111111111111111111111111112.

used in connection with decentralized exchanges to allow native assets like SOL to participate in more versatile transactions than the native, non-token asset allows. Solana blockchain users[19] can easily convert SOL to WSOL by creating a WSOL token account and transferring SOL to it,[20] and users can easily convert WSOL to SOL by closing a WSOL token account and redeeming the funds back to SOL.[21]

6.    Decentralized exchanges come in many forms, but one common form is a smart contract or set of smart contracts that allows users to exchange crypto assets without an intermediary like a centralized exchange. Instead of traditional markets of buyers and sellers, these decentralized exchanges act as automated market makers, allowing crypto assets to be traded automatically through "liquidity pools."

7.    Liquidity pools allow certain users ("liquidity providers") to pool their crypto assets in a smart contract to provide asset liquidity for other traders to swap between currencies. A single liquidity pool allows traders to swap between two assets, for example, fictional Token X and Token Y. In a Token X/Token Y liquidity pool, a liquidity provider would typically provide either a single asset (Token X or Token Y) or both assets (Token X and Token Y) to the pool in exchange for some interest in the liquidity pool, and/or a right to receive trading fees. Trading fees are simply fees paid for each trade, and some or all of these fees are provided to the person who initially provided the liquidity.[22] A person who wanted to acquire Token X could do so by providing Token Y to the pool (in an amount determined by the smart contract) and the person who had originally

---

[19] Throughout this declaration, the term "user" is meant to refer broadly to a person interacting with crypto assets.

[20] https://spl.solana.com/token#example-wrapping-sol-in-a-token (accessed July 24, 2025).

[21] https://solana.com/developers/cookbook/tokens/close-token-accounts (accessed July 24, 2025).

[22] In the Meteora liquidity pools discussed herein, trading fees need to be claimed by liquidity providers through a specific instruction. *See* https://docs.meteora.ag/user-faq/dlmm-faq#adding-liquidity (accessed June 14, 2025).

provided that Token X as liquidity to the pool would receive a trading fee. Because decentralized exchanges are smart contracts, each decentralized exchange and liquidity pool can have slightly different properties determined by the exchange's specific programming.

8.    Some decentralized exchange liquidity pools allow users to allocate liquidity to a specified price range. Liquidity that is provided this way is often called "concentrated liquidity."[23] Concentrated liquidity can serve the purpose of offering deeper liquidity around the current market price of an asset. This differs from a traditional liquidity pool in which liquidity is made available across all prices (0 to infinity).

9.    Meteora is a decentralized exchange that allows users to interact with liquidity pools.[24] At least some Meteora liquidity pools allow liquidity providers to provide concentrated liquidity. The Meteora website describes a feature called the "Dynamic Liquidity Market Maker" ("DLMM") as "a new form of concentrated liquidity market maker on Solana, developed to make it easier and more sustainable for users and project teams to provide broader, deeper liquidity on Solana."[25] The Meteora website further describes their method for implementing concentrated liquidity as follows: "The DLMM consists of … price bins, each of which holds liquidity for a specific price range. Reserves deposited in a liquidity bin are made available for exchange at the price defined for that bin."[26] Based on my understanding of these descriptions and my review of trading activity, I understand that "bins" on the DLMM represent specific prices at which assets provided as liquidity can be swapped.

---

[23] See https://docs.uniswap.org/concepts/protocol/concentrated-liquidity (accessed July 24, 2025).

[24] See https://docs.meteora.ag/overview/products/dlmm/1-what-is-dlmm (accessed July 24, 2025).

[25] See https://docs.meteora.ag/resources/the-massive-meteora-stimulus-package/1.-dynamic-liquidity-market-maker-dlmm (accessed June 14, 2025).

[26] See https://docs.meteora.ag/resources/the-massive-meteora-stimulus-package/1.-dynamic-liquidity-market-maker-dlmm (accessed June 14, 2025).

10.    Only one Meteora DLMM bin in a specific asset liquidity pool can be active at any point in time. The "active bin" is determined by the current market price of the asset. The Meteora website states, "[a]ll bins except for the active one contain just one type of token (X or Y) because they have [either] been depleted or [are] waiting to be used."[27] A diagram from the Meteora website, shown below, depicts this relationship:[28]



11.    A "liquidity position" represents a liquidity provider's assets that have been added to one or more liquidity pool bins. It is represented by a unique position ID. Liquidity providers can have multiple open liquidity positions.

---

[27] *See* https://meteoraag.medium.com/dlmm-new-dynamic-liquidity-protocol-to-boost-lp-fees-on-solana-84867bad0907 (accessed July 24, 2025).

[28] *See* https://docs.meteora.ag/overview/products/dlmm/2-dlmm-concepts#active-price-bin (accessed July 24, 2025).

## II.    TOKEN DISTRIBUTION CHART ANALYSIS

12.    I was asked to provide an analysis of the flow of $LIBRA funds from the blockchain address which first minted the $LIBRA tokens and to compare my observations to the "Token Distribution" chart on the token creator's website. The following is a summary of my analysis and the opinions I have developed based on my education, training, and professional experience after conducting this review.

### A.    "Token Distribution" Chart

13.    A pie chart accessed from vivalalibertadproject.com purporting to report the "Token Distribution" for the $LIBRA token, is shown as a screenshot below:[29]

# Token Distribution



14.    The pie chart reports a token distribution as follows:

a.    50% of the $LIBRA tokens for "Argentina Growth." While the "Viva La Libertad Project" website does not explicitly define "Argentina Growth," the website claims that the $LIBRA token was, "designed to strengthen the Argentine economy from the ground up by supporting entrepreneurship and innovation." The website further

---

[29] *See* https://www.vivalalibertadproject.com (accessed July 24, 2025).

claims, "with this token, we aim to channel funding efficiently and in a decentralized manner, allowing investors and citizens to take part in Argentina's growth."[30]

 b. 30% of the $LIBRA tokens for "Liquidity." The website does not further describe how the liquidity distribution is expected to be used.

 c. 20% of the $LIBRA tokens for "Treasury." The website does not further describe how the treasury distribution is expected to be used.

**B. <u>Initial Creation (Minting) of $LIBRA Tokens</u>**

15. LIBRA Wallet 1 initially created the $LIBRA token[31] on February 14, 2025, at approximately 21:37 UTC[32] (4:37 p.m. EST).[33] Approximately one minute after the token was initially minted, LIBRA Wallet 1 minted 1,000,000,000 $LIBRA tokens.[34]

**C. <u>$LIBRA Transfers from LIBRA Wallet 1</u>[35]**

16. The same minute, at approximately 21:38 UTC (4:38 p.m. EST), LIBRA Wallet 1 transferred 200,000,000 $LIBRA to address Gj9esbWVNJyy55SDJzYudMAznewqmW3Xb6GpUakcCNwT (the "Gj9es Address") and

---

[30] *See* https://www.vivalalibertadproject.com (accessed July 24, 2025).

[31] The $LIBRA token's unique identifier is Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU.

[32] UTC is the official abbreviation for "Coordinated Universal Time," an international standard used to regulate clocks and time. Local time zones are often represented as an offset from UTC. For example, Eastern Standard Time is equivalent to UTC-5.

[33] *See* Transaction 3vtogCe5Q52iUYbY6CLRTV3RUf2ggSDoAkPtCYpJrvpvdoqx71mJbS5zgwvze7CDHTBzNohbg4eJiFPw5kUnu5 Dh.

[34] *See* Transaction 3Wbtz4JR9L3Dt8YJA5dHN9tKgSzqBt5ndhvo1SSRvQk789tBArAUAu7KHvHPwHbRpv8gAAhEZ5Akz3oqorHQ dv24.

[35] *See* Exhibit 2 for a chart depicting this flow of funds.

500,000,000 $LIBRA to address FdWhTThthSN7mbcmBgh18dzogi1dXqQqBb6BnnzZEJJn (the "FdWhT Address"). These transfers occurred in the same transaction.[36]

17.     On February 14, 2025, at approximately 23:25 UTC (6:25 p.m. EST), the FdWhT Address    sent    500,000,000    $LIBRA    to    address 42rex5yRsP1mdAKHzB5avDzagT6mqB5uYPergUFZ2Tgn (the "42rex Address").[37,38]

18.     These initial transfers are consistent with the "token distribution" split in the pie chart. 200 million $LIBRA is 20% of the 1 billion $LIBRA originally minted.[39] According to the pie chart, this percentage of tokens was identified as "Treasury." 500 million $LIBRA is 50% of the 1 billion $LIBRA originally minted.[40] According to the pie chart, this percentage of tokens was identified as "Argentina Growth."

19.     The remaining $LIBRA balance in LIBRA Wallet 1 after this first outgoing transaction was 300 million $LIBRA, or 30% of the 1 billion $LIBRA initially minted. According to the pie chart, this percentage of tokens was identified as "Liquidity." Some of these $LIBRA funds were sent to other addresses as discussed below.

20.     Figure 1, depicted below, summarizes the flow of $LIBRA from LIBRA Wallet 1, by percentage. As discussed above, 50% percent of the $LIBRA supply was sent to the 42rex

---

[36] *See* Transaction
NjmUdbC9mc3y3BZdjbfdLK1Zoe8G4iTAdBzURBock2xucbV4dNTkh9D5gipYhTedHpERrfcLaKb3iUYnz5FGXZY.

[37] *See* Transaction
2Paf4WiTdKLtj6mLSPDfDUL8U82UAvmcnXPpxbT5gb6ZizkGcQtCM1g4VkyTzMqGqTGMn639N1rWMfRn1T6sza8b.

[38] The 42rex Address also received 1 $LIBRA from address
H3kYevJteLeayLsBscpc7McioqkdH7BSicAc5VdCWenB in transaction
4hB9XgKJ77YKJspNTehWJJjamTjYHZFQoTttVPktxCLvMng6TgLqeWCRVKtcj5XG67n8C1jEkebxar4R7KAzLq87 on May 9, 2025, at approximately 06:33 UTC (2:33 a.m. EDT).

[39] As of July 24, 2025, the $LIBRA balance of the Gj9es Address remains 200,000,000.

[40] As of July 24, 2025, the $LIBRA balance of the 42rex Address remains 500,000,001.

Address and 20% to the Gj9es Address. The remaining 30% of the $LIBRA supply was either sent primarily to the Meteora Pool Addresses or remains in LIBRA Wallet 1 or another named intermediary wallet. I have distinguished, in the chart, between locked and unlocked liquidity added to the Meteora Pool Address, which will be discussed in more detail below.[41]

**Figure 1: $LIBRA Destination Summary**



---

[41] One swap of 10,000 $LIBRA to USDC which utilized Meteora Pool Address S2 appears in the "other" category.

### III.    SOL TRANSFER ANALYSIS

21.    I was asked to trace the flow of funds from LIBRA Wallet 1 to three wallets identified as SOL Wallet 1, SOL Wallet 2, and SOL Wallet 3. The following is a summary of my analysis and the opinions I have developed based on my education, training, and professional experience after conducting this review.

22.    As addressed in more detail below, my analysis establishes that:

a.    On February 14 and 15, 2025, LIBRA Wallet 1 transferred $LIBRA to other blockchain addresses. Some of these addresses transferred $LIBRA to a Meteora liquidity pool, received SOL and $LIBRA from the Meteora liquidity pool, and then transferred some of that SOL to SOL Wallet 1, SOL Wallet 2, and SOL Wallet 3.

b.    As of July 24, 2025, SOL Wallet 1 holds a balance of 69,275.9 SOL. There have been no incoming or outgoing SOL transactions greater than 0.1 SOL[42] since February 15, 2025.

c.    As of July 24, 2025, SOL Wallet 2 holds a balance of 148,343.02 SOL. There have been no incoming or outgoing SOL transactions greater than 0.1 SOL[43] since February 15, 2025.

d.    As of July 24, 2025, SOL Wallet 3 holds a balance of 32,045.7 SOL. There have been no incoming or outgoing SOL transactions since March 28, 2025.

---

[42] SOL Wallet 1 received SOL transfers of less than 0.1 SOL, which are excluded from this analysis. Together, these excluded transfers constitute less than 1 SOL (worth about $188 dollars as of July 24, 2025, according to CoinGecko) of the total SOL wallet balance.

[43] SOL Wallet 2 received small SOL transfers of less than 0.1 SOL, which are excluded from this analysis. Together, these excluded transfers constitute less than 1 SOL of the total SOL wallet balance.

23.    I focused on two Meteora liquidity pool addresses for the trading of $LIBRA and SOL: 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S ("Meteora Pool Address S1") and 2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 ("Meteora Pool Address S2"). These are the two most heavily used $LIBRA/SOL liquidity pool addresses on Meteora and the ones used to receive $LIBRA from LIBRA Wallet 1 and send $LIBRA and SOL to SOL Wallets 1, 2, and 3. I determined that these pool addresses are Meteora pool addresses for $LIBRA and SOL based on my review of the following information:

a. First, transactions with these addresses have associated commands, including "AddLiquidityByStrategy" which are indicative of a liquidity pool;[44]

b. Second, according to public blockchain data, the owner of these addresses is LBUZKhRxPF3XUpBCjp4YzTKgLccjZhTSDM9YuVaPwxo which is listed on the Meteora website as a Meteora program ID;[45] and

c. Third, the Meteora website describes both addresses as a "Pool" for "LIBRA-SOL."[46,47]

### A.  LIBRA Wallet 1 to SOL Wallet 1[48]

---

[44] *See* Transactions 5A7oksvWqAtwoKdaxHFSTZcM2SCyvLxqfY72xMShWVqkbUcQHGj1AVKNajAPmUok8P6yAnT6XZFmAkZzc9tWoUDd and 2jitfsSAisx7GgqA7ttRPG6gRSPDn7AxWejq1WN2wx4EJT58koA1pcZZgT338aJ7CENRZNMVJa6eTXezuzdNRhjF.

[45] https://docs.meteora.ag/resources/meteora-program-ids (accessed June 14, 2025).

[46] https://www.meteora.ag/dlmm/3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S (accessed July 24, 2025).

[47] https://www.meteora.ag/dlmm/2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 (accessed July 24, 2025).

[48] The flow of funds discussed herein is depicted in Exhibit 3.

24.     SOL Wallet 1 was funded between February 14-15, 2025, by Intermediary Wallet S1 (described below) that transacted with Meteora Pool Address S1.[49]

25.     On February 14, 2025, at approximately 22:04 UTC (5:04 p.m. EST), LIBRA Wallet 1 sent 5,000,000 $LIBRA to address jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN ("Intermediary Wallet S1").[50]

26.     Between approximately 22:22 UTC (5:22 p.m. EST) and 23:41 UTC (6:41 p.m. EST), Intermediary Wallet S1 transferred $LIBRA to, and received $LIBRA from, Meteora Pool Address S1 and transferred WSOL to, and received WSOL from, Meteora Pool Address S1 in a total of 31 transfers. A summary of these transfers is provided below:[51]

| Asset | Amount Sent to Meteora Pool Address S1 | Amount Received from Meteora Pool Address S1 | Number of Related Transfers[52] |
|---|---|---|---|
| $LIBRA | 7,033,623.886051 | 2,034,564.796292 | 18 |
| WSOL[53] | 11,110.999999998 | 80,386.229912894 | 13 |

27.     On February 15, 2025, at approximately 00:10 UTC (7:10 p.m. EST, February 14, 2025), Intermediary Wallet S1 sent 1 SOL to SOL Wallet 1.[54]

---

[49] I omitted incoming transfers of less than 0.1 SOL.

[50] *See* Transaction 2rjw9WkqxdZyNQcdLFYVSkzBWVnuqMZ5ABLZjogCvfBKxRZnGPDKEvFifeU2aKTxZyLRNAHjuUzBB1FDJyrUw3Vc. As part of the same transaction, LIBRA Wallet 1 sent funds to other addresses.

[51] *See* Exhibit 6. Intermediary Wallet S1 received 1 SOL from a different source address; *See* Transaction 3v3HMsVDwRVya8m8t1Jjbuj17DtG8iSKkCZkhJpYGFFPJagDG9ySKNTJGYn3CtbZinW9zuLX8AhQGYa1yNN55VXA.

[52] A single transaction may contain multiple transfers if that transaction has multiple instructions. I exclude zero-value transfers.

[53] Upon receiving the WSOL, Intermediary Wallet S1 "unwrapped" the WSOL, converting it to SOL.

[54] *See* Transaction 4i97taUtsu47DiaUeaPaS3AZEthJGRniNwq8uXS8qfSN1g3wJ7A1y3FnjRaAxHsG6WDukS9WyGX7KTJVmDdHnGLP.

28.     On February 15, 2025, at approximately 00:15 UTC (7:15 p.m. EST, February 14, 2025), Intermediary Wallet S1 sent 69,274.9 SOL to SOL Wallet 1.[55]

29.     As of July 24, 2025, SOL Wallet 1 holds a balance of 69,275.9 SOL. There have been no incoming or outgoing SOL transactions greater than 0.1 SOL[56] since February 15, 2025.

**B.      LIBRA Wallet 1 to SOL Wallet 2[57]**

30.     SOL Wallet 2 was funded between February 14-15, 2025, by Intermediary Wallet S2 (described below) that transacted with Meteora Pool Address S1 and Meteora Pool Address S2.[58]

31.     On February 14, 2025, at approximately 22:04 UTC (5:04 p.m. EST), LIBRA Wallet 1 sent 5,000,000 $LIBRA to address BXoCWWijZiVQFXNRqcZAiHQroYkaUnjkRznnZrt9gj42 ("Intermediary Wallet S2").[59]

32.     On February 14, 2025, at approximately 22:32 UTC (5:32 p.m. EST), LIBRA Wallet 1 sent 5,000,000 $LIBRA to Intermediary Wallet S2.[60]

33.     Between approximately 22:08 UTC (5:08 p.m. EST) and 22:17 UTC (5:17 p.m. EST), Intermediary Wallet S2 transferred $LIBRA to, and received $LIBRA from Meteora Pool

---

[55] *See* Transaction
4eB7f5REKYmeda927rcVcC9dSBmPiH96rfWCky56tDQ9iLAUrVrxm3wyGwSPU8XUaQzqwPyUnC5kVQDe2t4
qwC9S.

[56] SOL Wallet 1 received SOL transfers of less than 0.1 SOL, which are excluded from this analysis. Together, these excluded transfers constitute less than 1 SOL of the total SOL wallet balance.

[57] The flow of funds discussed herein is depicted in Exhibit 4.

[58] I omitted incoming transfers of less than 0.1 SOL.

[59] *See* Transaction
2rjw9WkqxdZyNQcdLFYVSkzBWVnuqMZ5ABLZjogCvfBKxRZnGPDKEvFifeU2aKTxZyLRNAHjuUzBB1FDJ
yrUw3Vc. As part of the same transaction, LIBRA Wallet 1 sent funds to other addresses.

[60] *See* Transaction
vunqNruhFwwuaq4HrNiPiGQiqzSsktm9ZQQpZAjmyPumc6NCum8UVSTR24zVaELRkcCvgz9YMD6uo6y7Dth6
eH9.

Address S2 and transferred WSOL to, and received WSOL from Meteora Pool Address S1 in a total of 21 transfers. A summary of these transfers is provided below:[61]

| Asset | Amount Sent to Meteora Pool Address S2 | Amount Received from Meteora Pool Address S2 | Number of Related Transfers[62] |
|---|---|---|---|
| $LIBRA | 3,097,667.463164 | 2,017,740.883339 | 13 |
| WSOL[63] | 3,572.337164778 | 16,610.131884581 | 8 |

34.    Between approximately 22:18 UTC (5:18 p.m. EST) and 23:15 UTC (6:15 p.m. EST), Intermediary Wallet S2 transferred $LIBRA to, and received $LIBRA from Meteora Pool Address S1 and received WSOL from Meteora Pool Address S1 in a total of 103 transfers. A summary of these transfers is provided below:[64]

| Asset | Amount Sent to Meteora Pool Address S1 | Amount Received from Meteora Pool Address S1 | Number of Related Transfers[65] |
|---|---|---|---|
| $LIBRA | 26,926,314.324566 | 18,006,241.344333 | 66 |
| WSOL[66] | 0 | 135,305.546010404 | 37 |

35.    On February 15, 2025, at approximately 00:31 UTC (7:31 p.m. EST, February 14, 2025), Intermediary Wallet S2 sent 1 SOL to SOL Wallet 2.[67]

---

[61] *See* Exhibit 7. Intermediary Wallet S2 received 1 SOL from a different source address; *See* Transaction 4AYSQYhhamCW5AKSBJvHta8VJiSeNaq8TXyo1BAh7oMipJn3L6JbNVCq2pMFwcQ7Pbr4tJPduPwGfeHhXu3r yHjt.

[62] A single transaction may contain multiple transfers if that transaction has multiple instructions. I exclude zero-value transfers.

[63] Upon receiving the WSOL, Intermediary Wallet S2 "unwrapped" the WSOL, converting it to SOL.

[64] *See* Exhibit 7.

[65] A single transaction may contain multiple transfers if that transaction has multiple instructions. I exclude zero-value transfers.

[66] Upon receiving the WSOL, Intermediary Wallet S2 "unwrapped" the WSOL, converting it to SOL.

[67] *See* Transaction 21zFXcypiqwB6YJWsJH4cUhZHfZTqRNnHyjS9Z1B4YbbKyJRGz5hjvy5cajxmcKX3ZTLmw1nxmjnfTzPfYBfV

36.     On February 15, 2025, at approximately 00:33 UTC (7:33 p.m. EST, February 14, 2025), Intermediary Wallet S2 sent 148,342.02 SOL to SOL Wallet 2.[68]

37.     As of July 24, 2025, SOL Wallet 2 holds a balance of 148,343.02 SOL. There have been no incoming or outgoing SOL transactions greater than 0.1 SOL[69] since February 15, 2025.

**C.      LIBRA Wallet 1 to SOL Wallet 3[70]**

38.     SOL Wallet 3 was funded between February 14, 2025, and March 28, 2025, by Intermediary Wallet S3 (described below) that transacted with Meteora Pool Address S1 and a series of other intermediary wallets.[71]

39.     On February 14, 2025, at approximately 23:17 UTC (6:17 p.m. EST), LIBRA Wallet 1 sent 5,000,000 $LIBRA to address 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh ("Intermediary Wallet S3").[72]

40.     Between approximately 23:23 UTC (6:23 p.m. EST) and 23:55 UTC (6:55 p.m. EST), Intermediary Wallet S3 transferred $LIBRA to, and received $LIBRA from Meteora Pool Address S1 and received WSOL from Meteora Pool Address S1 in a total of 29 transfers. A summary of these transfers is provided below:[73]

---

4XJ.

[68] *See* Transaction
3QW72eXXGtFiuSTLx9Bo3pkyU5V3HaoWpcaufCqHTLtJx8j1zaqyEGa9bmLHYW7qacQQ7TnTD8G94qhWqN
CJTpYd.

[69] SOL Wallet 2 received small SOL transfers of less than 0.1 SOL, which are excluded from this analysis. Together, these excluded transfers constitute less than 1 SOL of the total SOL wallet balance.

[70] The flow of funds discussed herein is depicted in Exhibit 5.

[71] I omitted incoming transfers of less than 0.1 SOL.

[72] *See* Transaction
42WMRLqR2SMYtAELRpwAYzyKdbPbMZZXXNiudhBeSU7RNjv9Bkf47qWhdjHaKQQKBuXR1gPiT11feioU
LRuxyw6Y.

[73] *See* Exhibit 8.

| Asset | Amount Sent to Meteora Pool Address S1 | Amount Received from Meteora Pool Address S1 | Number of Related Transfers[74] |
|-------|----------------------------------------|----------------------------------------------|----------------------------------|
| $LIBRA | 8,043,336.511474 | 4,420,352.71989 | 17 |
| WSOL[75] | 0 | 32,052.065826721 | 12 |

41.    On February 25, 2025, at approximately 19:36 UTC (2:36 p.m. EST), Intermediary Wallet S3 sent 1 SOL to address 3vWqsWQG1dtfN3VzCFpMWFhx8BiUocHaVotEHmKkrxnt ("Intermediary Wallet S3.1").[76]

42.    On February 25, 2025, at approximately 19:37 UTC (2:37 p.m. EST), Intermediary Wallet S3 sent 32,045 SOL to Intermediary Wallet S3.1.[77]

43.    On February 26, 2025, at approximately 20:25 UTC (3:25 p.m. EST), Intermediary Wallet S3.1 sent 0.5 SOL to address CpxV2iKkA8DT8d2dWMLanF6PAJVvTp1qJXEN5QmqsRPS ("Intermediary Wallet S3.2").[78]

44.    On February 26, 2025, at approximately 20:27 UTC (3:27 p.m. EST), Intermediary Wallet S3.1 sent 32,045.3 SOL to Intermediary Wallet S3.2.[79]

---

[74] A single transaction may contain multiple transfers if that transaction has multiple instructions. I exclude zero-value transfers.

[75] Upon receiving the WSOL, Intermediary Wallet S3 "unwrapped" the WSOL, converting it to SOL.

[76] See Transaction 4DBuDapA8TZ6wZqMDPYxYBHVeazNvX3XxFBP9JLFP49kf4LYc7oSaSJ1b3iV7Qr9wDRBCse2Z5csRt6xhEos2tjJ.

[77] See Transaction 23c4pkV6x69kjkbYp2JMP84t8WH6rx3JWhdiZ4vZr1AiqjWirfgxxLNKbS5To6V9JSXHVdi6VbKCZqMmt8FCWrDn.

[78] See Transaction 5bjMyvS9nrrh67ZRityvDL1TDXz7So6id1bzB7k4HWQ1u76HEfo3t4fgnBu4k7PTsucortuZ3kZAakkPHrApzsdX.

[79] See Transaction 5GozfR8JhicMbjzqZ3obDNkoR1WGMxzB6DAvcrFSeRSNoaATDKLjr33GLVUhn2WPuWF3z6k8dE38d7ztSFahmb1z.

45.    On March 28, 2025, at approximately 03:10 UTC (11:10 p.m. EDT March 27, 2025), Intermediary Wallet S3.2 sent 1 SOL to address XNFXF4svhrYVhGWQW6HX26QpPtVFvDyuC4nT5XwSwg5 ("SOL Wallet 3").[80]

46.    On March 28, 2025, at approximately 03:11 UTC (11:11 p.m. EDT March 27, 2025), Intermediary Wallet S3.2 sent 32,044.7 SOL to SOL Wallet 3.[81]

47.    As of July 24, 2025, SOL Wallet 3 holds a balance of 32,045.7 SOL. There have been no incoming or outgoing SOL transactions since March 28, 2025.

### IV.    METEORA LIQUIDITY POOL ANALYSIS

48.    I was asked to compile and analyze patterns in transactions between eight wallets, LIBRA Wallet 1, Intermediary Wallet 1, Intermediary Wallet 2, Intermediary Wallet 3, Intermediary Wallet 4, Intermediary Wallet S1, Intermediary Wallet S2, and Intermediary Wallet S3 (together "the $LIBRA Wallets") and three Meteora liquidity pool addresses, Meteora Pool Address, Meteora Pool Address S1, and Meteora Pool Address S2. The following is a summary of my analysis and the opinions I have developed based on my education, training, and professional experience after conducting this review.

### A.    Liquidity Instructions

49.    While reviewing the transaction histories of the $LIBRA Wallets, I observed several instructions that were commonly associated with adding liquidity to and removing liquidity from DLMM liquidity pools. "Instructions" are the mechanism by which a wallet address owner

---

[80] *See* Transaction 22382nFkCRWLXe2aViwBnUQf67V5nfg7FmDckoeGdgqmJaS7pf5i4AqeCS8RDy6doaHjH6A1S22cJVjJXjHABrst.

[81] *See* Transaction 59eMAyBaCsBacsZRAgRwWbC9TRUFYPtRu3VwadoxpDy9qeWhFazKUupGJZ9rTBPViCeNtyQUk1EP4cdyKdgTk3Th.

tells the smart contract how to conduct a transaction.[82] A single transaction can contain several instructions. These commonly observed instructions include:

    a.  "initializePosition," which creates a new liquidity position for a specific liquidity pool address. The instruction includes a "lowerBinId" which corresponds to the lowest bin covered with this position and a "width," which is the total number of bins (including the first lowerBinId bin) that this position can represent liquidity for.[83] Initializing a position does not directly involve an asset transfer to the liquidity pool, but it is a necessary step for a wallet to provide liquidity.

    b.  "initializePositionByOperator," which functions similarly to "initializePosition" by creating a new liquidity position.[84]

    c.  "addLiquidityByStrategy," which allows the transfer of one or both assets to an already-initialized liquidity position. The instruction includes an "activeId" value provided by the transaction signer that is intended to reflect the current market price.[85] The instruction also includes a "minBinId," which is the minimum bin that the submitting user wishes to provide liquidity for and a "maxBinId," which is the maximum bin that the submitting user wishes to provide liquidity for.[86] The instruction also contains other metadata about the position.[87]

---

[82] *See* https://solana.com/docs/core/transactions#instructions (accessed July 24, 2025).

[83] *See* https://docs.meteora.ag/developer-guide/integrations/dlmm/typescript-sdk/2-dlmm-sdk-functions#initializepositionbyoperator (accessed July 24, 2025).

[84] LIBRA Wallet 1 is the only of the $LIBRA Wallets to use this instruction.

[85] *See* https://docs.meteora.ag/overview/products/dlmm/4-dlmm-fee-calculation#volatility-accumulator (accessed July 24, 2025).

[86] *See* https://docs.meteora.ag/developer-guide/integrations/dlmm/typescript-sdk/2-dlmm-sdk-functions#addliquiditybystrategy (accessed July 24, 2025). In the example shown at this website, the "minBinId" is 8388600 and the "maxBinId" is set to 8388620.

[87] *See* https://docs.meteora.ag/developer-guide/integrations/dlmm/typescript-sdk/2-dlmm-sdk-functions#addliquiditybystrategy (accessed July 24, 2025).

d. "addLiquidityOneSidePrecise," which allows the transfer of one asset to an already-initialized position.[88]

e. "addLiquidityOneSide," which allows the transfer of one asset to an already-initialized position.[89]

f. "removeLiquidityByRange," which allows the transfer of one or both assets from an already-initiated position in the liquidity pool to the user's wallet address. The instruction includes a "fromBinId," which is the minimum bin that the submitting user wishes to remove the liquidity from and a "toBinId," which is the maximum bin that the submitting user wishes to remove the liquidity from.[90] The instruction also contains other metadata about the position.[91]

g. "claimFee," which allows the initializing user to receive the trading fees that they are entitled to based on the trading activities that occurred in the relevant bins. The instruction also contains other metadata about the position.[92]

h. "closePosition," which closes the liquidity position.[93]

**B.** **Example of a Liquidity Position and Corresponding Blockchain Activity**

---

[88] LIBRA Wallet 1 is the only of the $LIBRA Wallets to use this instruction.

[89] LIBRA Wallet 1 is the only of the $LIBRA Wallets to use this instruction.

[90] *See* https://docs.meteora.ag/developer-guide/integrations/dlmm/typescript-sdk/2-dlmm-sdk-functions#removeliquidity (accessed July 24, 2025).

[91] *See* https://docs.meteora.ag/user-faq/dlmm-faq (accessed June 14, 2025).

[92] *See* https://docs.meteora.ag/integration/dlmm-integration/dlmm-sdk/dlmm-typescript-sdk#claim-fee (accessed June 14, 2025).

[93] *See* https://docs.meteora.ag/developer-guide/integrations/dlmm/typescript-sdk/2-dlmm-sdk-functions#closeposition (accessed July 24, 2025).

50.     As part of my analysis, I reviewed and compiled all transactions between the $LIBRA Wallets and the three previously described Meteora liquidity pool addresses between 15:51 UTC and 17:55 UTC on February 14, 2025.[94]

51.     I           have           identified           position           ID CnmhwUSqsiAi4Q9dxAyM9BteKGd4Yu3PESDZMNjfULGB as a representative example of a typical interaction between one of the $LIBRA Wallets and a Meteora liquidity pool.[95] This position involves Intermediary Wallet 1 and the Meteora Pool Address, a $LIBRA/USDC liquidity pool.[96] As shown below in Figure 2, on February 14, 2025, between 17:21 UTC and 17:27 UTC, the owner of Intermediary Wallet 1 created a series of five relevant instructions over two transactions with the Meteora Pool Address that resulted in a net decrease in their $LIBRA balance and a net increase in their USDC balance.

**Figure 2: Example Liquidity Position**

| Date & Time (UTC) | Instruction Type | Transaction Hash Prefix | $LIBRA Balance Change | USDC Balance Change | Min Bin | Max Bin |
|---|---|---|---|---|---|---|
| 2/14/2025 17:21 | initializePosition | 38CekF… | 0 | 0 | 68 | 71 |
| 2/14/2025 17:21 | addLiquidityByStrategy | 38CekF… | -271,622 | 0 | 68 | 71 |
| 2/14/2025 17:27 | removeLiquidityByRange | 5ZDdN8… | 0 | 542,459.17 | 68 | 71 |
| 2/14/2025 17:27 | claimFee | 5ZDdN8… | 43.23 | 7,453.72 | | |
| 2/14/2025 17:27 | closePosition | 5ZDdN8… | 0 | 0 | | |

---

[94] *See* Exhibits 18 to 25.

[95] Some transactions involve slightly more complicated scenarios, particularly in cases where the market price at the time of a transaction is higher or lower than the "min" or "max" bin in the instructions. I intend this only to be an example of the most common type of transaction I reviewed.

[96] The liquidity pool addresses at issue are either $LIBRA/USDC (Meteora Pool Address) or $LIBRA/WSOL (Meteora Pool Address S1 and S2) liquidity pools.

52.    In transaction 38CekF, the wallet owner added 217,622 $LIBRA as liquidity to bins 68 through 71. In transaction 5ZDdN8, approximately six minutes later, the wallet owner instructed that their liquidity for bins 68 though 71 be removed, which resulted in the removal of 542,459.1786 USDC from the liquidity pool. In the same transaction, the wallet owner claimed their fees, which amounted to 43.236302 $LIBRA and 7,453.722305 USDC, and they closed their position. This indicates to me that in the time between the addition of the $LIBRA liquidity and the removal of the USDC, other users acquired the $LIBRA that Intermediary Wallet 1 had placed into the pool (by depositing USDC). This activity also earned Intermediary Wallet 1 trading fees. Intermediary Wallet 1 conducted several such transactions over the relevant time period on February 14, 2025, which resulted in an overall decrease in $LIBRA and increase in USDC in the wallet. I created a graphical representation, depicted below as Figure 3, of the cumulative balance changes of $LIBRA and USDC from Intermediary Wallet 1 through interactions with the Meteora liquidity pool addresses over the relevant time period. Each point on the graph reflects the balance of an asset ($LIBRA in blue or USDC in orange) after the execution of a single instruction. I created similar graphical representations of the balance changes in the other $LIBRA Wallets attached as exhibits hereto.[97]

---

[97] *See* Exhibits 10 to 16.

**Figure 3: Graphical Representation of Intermediary Wallet 1 USDC/$LIBRA Balances**



### C.    <u>Locked Liquidity</u>

53.    LIBRA Wallet 1 contains four "initializePositionByOperator" instructions.[98] I reviewed these instructions using the Solscan block explorer. These four instructions have "lockReleasePoint" values of 1771105226, which means that all liquidity added to these positions was "locked" and therefore not able to be withdrawn until after a certain time.[99] A conversion of

---

[98] *See* Transactions
47jA9BpXpDGLqS8jmVRTffAw4WRic9BE7cUsuEaEgLMzjrJ5L5DmaAazzFBr6a68e74tQi8NFRac9E7UKUDX
S94r,
55FqKmkDykVgg4B5FqDxBVQpVquHDfbd6H2Do5yPKRbiwahDZoPe5QMaTxtgJNMUEnysiQTrziy73SC4uEk
hku2g,
4c3JERs8rtC7gteXiszAmNhG9xCrq7g8av7iU82b1zEjzuCbahA597yPQmYrgcp4FfG82FnhSPxWwk8oX7DE45Pr,
and
64drwfx2F5ySRKEuWckqFVNK6usYGUQ5HiRirUR39RUvxiDt4SZkG9QgYEL2shzfBb6XPNVYKMqrQXsBL1
vqrF4Y.

[99] *See* https://github.com/MeteoraAg/meteora-pool-setup (accessed July 24, 2025); "lockReleasePoint" is described
as "Timestamp that depositor can withdraw the liquidity from the position."

value 1771105226 from Unix time to UTC time, results in UTC time 21:40 UTC on February 14,

2026. This is exactly one year after the transactions that created these positions occurred.

Therefore, each time the "initializepositionbyoperator" instruction was executed, the liquidity that

was added to the position in the pool was locked in place, unable to be removed, for approximately

one year.

54.     Figure 4, depicted below, summarizes the positions where iquidity was added to

the Meteora Pool Address and locked in place for approximately one year. The other liquidity

positions discussed herein did not have the locking instruction.

**Figure 4: Locked Liquidity Positions**

| Position Prefix | lockReleasePoint | $LIBRA Added to this Position |
|---|---|---|
| 3i4KHn… | 1771105226 | 12,244,340[100] |
| 21uTMS… | 1771105226 | 31,575,660[101] |
| 83yS2r… | 1771105226 | 18,400,092[102] |
| B21fZq… | 1771105226 | 12,779,908[103] |

### D.    Summary Charts

55.     I created additional charts to summarize the activity that occurred between the

$LIBRA Wallets and the three Meteora Liquidity Pools during this time frame. Figure 5, depicted

---

[100] *See* Transaction
47jA9BpXpDGLqS8jmVRTffAw4WRic9BE7cUsuEaEgLMzjrJ5L5DmaAazzFBr6a68e74tQi8NFRac9E7UKUDXS94r.

[101] *See* Transaction
55FqKmkDykVgg4B5FqDxBVQpVquHDfbd6H2Do5yPKRbiwahDZoPe5QMaTxtgJNMUEnysiQTrziy73SC4uEkhku2g.

[102] *See* Transaction
4c3JERs8rtC7gteXiszAmNhG9xCrq7g8av7iU82b1zEjzuCbahA597yPQmYrgcp4FfG82FnhSPxWwk8oX7DE45Pr,

[103] *See* Transaction
3AkqVs6fELFmk8wpho3AjaDUMuEcSLPR3bE23UMC4c1Jnt1MsaYWDLsbeRjadQsB2FRS5fh8J3oTpoYF6Hq1rTrb. Liquidity is added with two instructions "addLiquidityOneSidePrecise" and "addLiquidityOneSide."

below, shows the time during which the majority of the interactions between the $LIBRA Wallets and the Meteora liquidity pools occurred. It first catalogues the timeline over which each $LIBRA Wallet interacted with the Meteora liquidity pools. It also shows the average duration of an open position for each wallet. This was calculated from the time each position was "initialized" to the time of the last "remove liquidity" or "claim fee" instruction.[104]

**Figure 5: Position Timing and Duration**

| Address Name | First Interaction with Pools (UTC) | Last Interaction with Pools (UTC) | Total Duration in Minutes | Average Position Duration in Minutes |
|---|---|---|---|---|
| LIBRA Wallet 1 | 2/14/2025 15:40 | 2/14/2025 17:27 | 96 | 102 |
| Intermediary Wallet 1 | 2/14/2025 17:21 | 2/14/2025 17:49 | 28 | 8 |
| Intermediary Wallet 2 | 2/14/2025 17:09 | 2/14/2025 17:51 | 42 | 9 |
| Intermediary Wallet 3 | 2/14/2025 16:23 | 2/14/2025 17:52 | 89 | 11 |
| Intermediary Wallet 4 | 2/14/2025 16:04 | 2/14/2025 17:12 | 68 | 11 |
| Intermediary Wallet S1 | 2/14/2025 16:22 | 2/14/2025 17:41 | 79 | 10 |
| Intermediary Wallet S2 | 2/14/2025 16:08 | 2/14/2025 17:15 | 67 | 2 |
| Intermediary Wallet S3 | 2/14/2025 17:23 | 2/14/2025 17:55 | 32 | 4 |

56.    The general pattern of initializing a position, adding liquidity, removing liquidity, claiming the fee, and closing the position within minutes repeated over one hundred times across the $LIBRA Wallets in just over two hours, from 15:40 UTC to 17:55 UTC, on February 14, 2025.

---

[104] I used the final remove liquidity or claim fee instruction instead of the closePosition instruction because not all positions were closed. I also excluded from the average all positions where the total duration is zero seconds.

57.    Figure 6, depicted below, includes the total number of each instruction per wallet.

**Figure 6: Total Instructions Issued Per $LIBRA Wallet 2/14/25**

| Address Name | Initialize Position | Add Liquidity | Remove Liquidity | Claim Fee |
|---|---|---|---|---|
| LIBRA Wallet 1 | 9[105] | 10[106] | 0 | 7 |
| Intermediary Wallet 1 | 4 | 4 | 6 | 4 |
| Intermediary Wallet 2 | 25 | 25 | 45 | 40 |
| Intermediary Wallet 3 | 45 | 46 | 118 | 85 |
| Intermediary Wallet 4 | 21 | 21 | 51 | 34 |
| Intermediary Wallet S1 | 7 | 7 | 8 | 8 |
| Intermediary Wallet S2 | 35 | 36 | 29 | 32 |
| Intermediary Wallet S3 | 8 | 8 | 10 | 7 |

58.    Figure 7, depicted below, shows the total decrease in the $LIBRA balance and increase in the USDC or WSOL balance of the $LIBRA Wallets after the above-described interactions with the three Meteora liquidity pools between 15:40 UTC and 17:55 UTC on February 14, 2025.

---

[105] This represents the combined number of occurrences of "initializePosition" and "initializePositionByOperator."

[106] The represents the combined number of occurrences of "addLiquidityByStrategy," "addLiquidityOneSide," and "addLiquidityOneSidePrecise."

**Figure 7: Total Balance Change of $LIBRA Wallets 2/14/25**

| Address Name | $LIBRA Balance Change from Liquidity Pool Interactions | USDC Balance Change from Liquidity Pool Interactions | WSOL Balance Change from Liquidity Pool Interactions |
|---|---|---|---|
| LIBRA Wallet 1 | -195,781,612.1 | 13,060,482.19 | 0 |
| Intermediary Wallet 1 | -952,325 | 1,856,692 | 0 |
| Intermediary Wallet 2 | -3,677,922.796 | 7,247,202.593 | 0 |
| Intermediary Wallet 3 | -7,810,205.58 | 26,434,992.21 | 0 |
| Intermediary Wallet 4 | -4,244,761.419 | 8,994,890.418 | 0 |
| Intermediary Wallet S1 | -4,999,059.09 | 0 | 69,275.22991 |
| Intermediary Wallet S2 | -9,999,999.6 | 0 | 148,343.34 |
| Intermediary Wallet S3 | -3,622,983.792 | 0 | 32,052.06583 |

## V.  RESERVATION OF RIGHTS

59.    I reserve all rights to modify or supplement this declaration if I become aware of any errors or misstatements, or if I become aware of other data or evidence relevant to my analysis and opinion.

Executed On: July 28, 2025
Milwaukee, Wisconsin

Justin Ehrenhofer
NAXO Labs LLC

27

**Table of Exhibits**

| Exhibit Number | Title |
|---|---|
| 1 | Named Wallet Addresses |
| 2 | $LIBRA Transfer Summary |
| 3 | LIBRA Wallet 1 to SOL Wallet 1 |
| 4 | LIBRA Wallet 1 to SOL Wallet 2 |
| 5 | LIBRA Wallet 1 to SOL Wallet 3 |
| 6 | Intermediary Wallet S1 History |
| 7 | Intermediary Wallet S2 History |
| 8 | Intermediary Wallet S3 History |
| 9 | Solscan API History Program |
| 10 | LIBRA Wallet 1 Cumulative Balance Changes for $LIBRA and USDC |
| 11 | Intermediary Wallet 2 Cumulative Balance Changes for $LIBRA and USDC |
| 12 | Intermediary Wallet 3 Cumulative Balance Changes for $LIBRA and USDC |
| 13 | Intermediary Wallet 4 Cumulative Balance Changes for $LIBRA and USDC |
| 14 | Intermediary Wallet S1 Cumulative Balance Changes for $LIBRA and WSOL |
| 15 | Intermediary Wallet S2 Cumulative Balance Changes for $LIBRA and WSOL |
| 16 | Intermediary Wallet S3 Cumulative Balance Changes for $LIBRA and WSOL |
| 17 | Solscan API DLMM History Program |
| 18 | LIBRA Wallet 1 DefcyKc4 Instructions |
| 19 | Intermediary Wallet 1 5Wsjee6F Instructions |
| 20 | Intermediary Wallet 2 EFrg9SXb Instructions |
| 21 | Intermediary Wallet 3 8NScYncj Instructions |
| 22 | Intermediary Wallet 4 5fnahDWB Instructions |
| 23 | Intermediary Wallet S1 jwudCiJ5 Instructions |
| 24 | Intermediary Wallet S2 BXoCWWij Instructions |
| 25 | Intermediary Wallet S3 2Qmyirsh Instructions |