# Exhibit 1

**Exhibit 1: Named Wallet Addresses**

| Name | Address |
| --- | --- |
| LIBRA Wallet 1 ($LIBRA mint address) | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| LIBRA Wallet 2 | 61yKS9bjxWdqNgAHt439DfoNfwK3uKPAJGWAsFkC5M4C |
| Intermediary Wallet 1 | 5Wsjee6FgZQtxjUBedfNq9ZbV6RN7wgb4N422LyV3ZEr |
| Intermediary Wallet 1.1 | DtkvLXkfJ7gT3UKrYcLHb6MoXJSXvyVr4qy8ZLtzyvBE |
| Intermediary Wallet 1.2 | 8DgzQsLHdh2gGqjqyi8pAPshhkXcRjL9J2Prvqw7GUbq |
| Intermediary Wallet 1.3 | 2zuVoUKekiz5J43448TFtXFW4bKgwBsZUwBX6ouUq612 |
| Intermediary Wallet 2 | EFrg9SXbnCfuVqJPJf2hKKY3CtTPLHvipEpgrHjBkb4L |
| Intermediary Wallet 3 | 8NScYncjpY1mKrbxVJFFdVqNPEocyXTnQqy9GW1hg4j3 |
| Intermediary Wallet 4 | 5fnahDWBtUB8QBTXWHm2QzfAoAVHToxvMf38i3a7okGe |
| Intermediary Wallet 4.1 | FKeS1FTXGbq5P3Ze8nkLd5nqgZF4Z426CjXLiztSEsi |
| SOL Wallet 1 | FTjLYkNARZHnqekpKj5mHzbJx7EqW1fSr15Ec4oijBUQ |
| SOL Wallet 2 | B9KTwxhc9e6qrjw5nfmhgcN38oKFTBtnef8AwaTPVQ6q |
| SOL Wallet 3 | XNFXF4svhrYVhGWQW6HX26QpPtVFvDyuC4nT5XwSwg5 |
| Intermediary Wallet S1 | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN |
| Intermediary Wallet S2 | BXoCWWijZiVQFXNRqcZAiHQroYkaUnjkRznnZrt9gj42 |
| Intermediary Wallet S3 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh |
| Intermediary Wallet S3.1 | 3vWqsWQG1dtfN3VzCFpMWFhx8BiUocHaVotEHmKkrxnt |
| Intermediary Wallet S3.2 | CpxV2iKkA8DT8d2dWMLanF6PAJVvTp1qJXEN5QmqsRPS |
| Meteora Pool Address ($LIBRA/USDC Pool) | BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz |
| Meteora Pool S1 Address ($LIBRA/SOL Pool) | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| Meteora Pool S2 Address ($LIBRA/SOL Pool) | 2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 |
| Gj9es Address | Gj9esbWVNJyy55SDJzYudMAznewqmW3Xb6GpUakcCNwT |
| FdWhT Address | FdWhTThthSN7mbcmBgh18dzogi1dXqQqBb6BnnzZEJJn |
| 42rex Address | 42rex5yRsP1mdAKHzB5avDzagT6mqB5uYPergUFZ2Tgn |