# Exhibit 2

**Exhibit 2: $LIBRA Transfer Summary**

