Exhibit 3

**Exhibit 3: LIBRA Wallet 1 to SOL Wallet 1**

