# Exhibit 4

## Exhibit 4: LIBRA Wallet 1 to SOL Wallet 2

