Exhibit 5

**Exhibit 5: LIBRA Wallet 1 to SOL Wallet 3**

