Exhibit 8

Summary                                    Page 1 of 3

| Intermediary Wallet S3 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | | | | |
|---|---|---|---|---|---|
| Meteora Pool Address S1 | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | | | | |
| Meteora Pool Address S2 | 2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 | | | | |
| | | | | | |
| Token Unique Identifier | Token Friendly Name | Meteora Pool Address S1 | | Meteora Pool Address S2 | |
| | | Incoming | Outgoing | Incoming | Outgoing |
| So11111111111111111111111111111111111111112 | WSOL | 32,052.07 | - | - | - |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | LIBRA | 4,420,352.72 | 8,043,336.51 | - | - |

# Data from Solscan API

| block_id | trans_id | block_time | activity_type | from_address | from_token_account | to_address |
|---|---|---|---|---|---|---|

Case 1:25-cv-03891-JLR   Document 112-6   Filed 07/29/25   Page 4 of 4

| to_token_account | token_address | token_decimals | amount | amount_converted | flow | value | time | address_queried |
|---|---|---|---|---|---|---|---|---|