# Exhibit 9

```python
import requests
import time
import csv

url = "https://pro-api.solscan.io/v2.0/account/transfer"
headers = {"token":"api_key_goes_here"}

def get_transfers(address):
    all_txs = []
    page = 1

    while True:
        params = {'address': address,
            'page': page,
            'page_size': 100,
            'sort_by': 'block_time',
            'sort_order': 'desc'}

        r = requests.get(url, params=params, headers=headers)

        if r.status_code!=200:
            print(f"API Error: {r.status_code}")
            break

        txs = r.json()['data']
        txs = [dict(tx_item, address_queried=f'{address}') for tx_item in txs]
        all_txs.extend(txs)

        if not txs:
            break

        page=page+1
        time.sleep(.5)

    return all_txs

address = '2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh'  # Searches for one address at a time
all_txs = get_transfers(address)

headers = ['block_id', 'trans_id', 'block_time', 'activity_type', 'from_address',
'from_token_account', 'to_address', 'to_token_account', 'token_address',
'token_decimals', 'amount', 'flow', 'value', 'time', 'address_queried']
with open(f'Exhibit 7 - Intermediary Wallet S3 History.csv', 'w', newline='') as csvfile:  # Rename for the appropriate exhibit
    csv_writer = csv.DictWriter(csvfile, fieldnames=headers)
    csv_writer.writeheader()
    csv_writer.writerows(all_txs)
```