# Exhibit 10

**Exhibit 10: LIBRA Wallet 1 Cumulative Balance Changes for $LIBRA and USDC**

