# Exhibit 11

**Exhibit 11: Intermediary Wallet 2 Cumulative Balance Changes for $LIBRA and USDC**

