# Exhibit 12

**Exhibit 12: Intermediary Wallet 3 Cumulative Balance Changes for $LIBRA and USDC**

