# Exhibit 13

**Exhibit 13: Intermediary Wallet 4 Cumulative Balance Changes for $LIBRA and USDC**

