# Exhibit 14

**Exhibit 14: Intermediary Wallet S1 Cumulative Balance Changes for $LIBRA and WSOL**

