# Exhibit 15

**Exhibit 15: Intermediary Wallet S2 Cumulative Balance Changes for $LIBRA and WSOL**

