# Exhibit 16

**Exhibit 16: Intermediary Wallet S3 Cumulative Balance Changes for $LIBRA and WSOL**

