Exhibit 17

```python
import requests
import time
import csv
import datetime


headers = {"token":"api_key_here"}

def get_transfers(address):
    url = "https://pro-api.solscan.io/v2.0/account/transfer"
    all_txs = []
    page = 1

    while True:
        params = {'address': address,
            'page': page,
            'page_size': 100,
            'sort_by': 'block_time',
            'sort_order': 'desc'}

        r = requests.get(url, params=params, headers=headers)

        if r.status_code != 200:
            print(f"API Error: {r.status_code}")
            break

        txs = r.json()['data']
        txs = [dict(tx_item, address_queried=f'{address}') for tx_item in txs]
        all_txs.extend(txs)

        if not txs:
            break

        page = page + 1
        time.sleep(.5)

    return all_txs


def get_decoded_transaction(trans_id):
    url = "https://pro-api.solscan.io/v2.0/transaction/detail"
    params = {'tx': trans_id}
    r = requests.get(url, params=params, headers=headers)

    if r.status_code != 200:
        print(f"API Error: {r.status_code}")

    decoded_transaction = r.json()['data']

    return decoded_transaction
```

```python
fieldnames = [
    'timestamp',
    'utc_time',
    'block',
    'instruction_type',
    'transaction',
    'user_address',
    'pool_address',
    'position',
    'token1',
    'amount1',
    'token1_decimal',
    'amount1_converted',
    'token2',
    'amount2',
    'token2_decimal',
    'amount2_converted',
    'minBin',
    'maxBin',
    'activeBin',
    'maxActiveBinSlippage',
    'bpsToRemove'
]


addresses = [
    'DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z'  # LIBRA Wallet 1
    # '5Wsjee6FgZQtxjUBedfNq9ZbV6RN7wgb4N422LyV3ZEr'  # Intermediary Wallet 1
    # 'EFrg9SXbnCfuVqJPJf2hKKY3CtTPLHvipEpgrHjBkb4L'  # Intermediary Wallet 2
    # '8NScYncjpY1mKrbxVJFFdVqNPEocyXTnQqy9GW1hg4j3'  # Intermediary Wallet 3
    # '5fnahDWBtUB8QBTXWHm2QzfAoAVHToxvMf38i3a7okGe'  # Intermediary Wallet 4
    # 'jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN'  # Intermediary Wallet S1
    # 'BXoCWWijZiVQFXNRqcZAiHQroYkaUnjkRznnZrt9gj42'  # Intermediary Wallet S2
    # '2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh'  # Intermediary Wallet S3
]

related_token_addresses = [
    'So11111111111111111111111111111111111111111',  # SOL
    'So11111111111111111111111111111111111111112',  # WSOL
    'Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU',  # LIBRA
    'EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v'  # USDC
]

for address in addresses:
```

```python
    with open(f'{address[:8]} Instructions.csv', 'w', newline='') as csvfile:  #
Rename for the appropriate exhibit
        csv_writer = csv.DictWriter(csvfile, fieldnames=fieldnames)
        csv_writer.writeheader()

        already_checked_txs = set()
        all_txs = get_transfers(address)

        for tx in all_txs:
            if tx['token_address'] in related_token_addresses:
                if tx['trans_id'] not in already_checked_txs:
                    decoded_transaction = get_decoded_transaction(tx['trans_id'])
                    print(f'Processing txid {tx['trans_id']} with
{len(decoded_transaction['parsed_instructions'])} instructions')

                    for instruction in decoded_transaction['parsed_instructions']:
                        row = {}
                        row['timestamp'] = decoded_transaction['block_time']
                        row['utc_time'] =
datetime.datetime.fromtimestamp(decoded_transaction['block_time'])
                        row['block'] = decoded_transaction['block_id']
                        row['transaction'] = tx['trans_id']
                        row['instruction_type'] = instruction['type']
                        if tx['flow'] == 'in':
                            row['user_address'] = tx['to_address']
                        else:
                            row['user_address'] = tx['from_address']

                        if instruction['type'] ==
'initializeCustomizablePermissionlessLbPair':
                            row['pool_address'] = instruction['accounts'][0]
                            csv_writer.writerow(row)

                        elif instruction['type'] == 'initializePositionByOperator':
                            activity = instruction['activities'][0]
                            row['position'] = activity['data']['position_id']
                            idl_data = instruction['idl_data']['input_args']
                            row['minBin'] = idl_data['lowerBinId']['data']
                            row['maxBin'] = int(row['minBin']) +
int(idl_data['width']['data']) - 1
                            row['pool_address'] = instruction['accounts'][3]
                            csv_writer.writerow(row)

                        elif instruction['type'] == 'initializePosition':
                            activity = instruction['activities'][0]
                            row['position'] = activity['data']['position_id']
                            idl_data = instruction['idl_data']['input_args']
                            row['minBin'] = idl_data['lowerBinId']['data']
                            row['maxBin'] = int(row['minBin']) +
int(idl_data['width']['data']) - 1
```

```
                        row['pool_address'] = instruction['accounts'][2]
                        csv_writer.writerow(row)

                    elif instruction['type'] == 'initializeBinArray':
                        row['pool_address'] = instruction['accounts'][0]
                        csv_writer.writerow(row)

                    elif instruction['type'] == 'addLiquidityByStrategy':
                        activity = instruction['activities'][0]
                        row['token1'] = activity['data']['token_1']
                        row['amount1'] = activity['data']['amount_1']
                        row['token1_decimal'] =
activity['data']['token_decimal_1']
                        if row['amount1'] is not None and row['token1_decimal']
is not None:
                            row['amount1_converted'] = -int(row['amount1']) / 10
** int(row['token1_decimal'])
                        row['token2'] = activity['data']['token_2']
                        row['amount2'] = activity['data']['amount_2']
                        row['token2_decimal'] =
activity['data']['token_decimal_2']
                        if row['amount2'] is not None and row['token2_decimal']
is not None:
                            row['amount2_converted'] = -int(row['amount2']) / 10
** int(row['token2_decimal'])
                        row['position'] = activity['data']['position_id']
                        idl_data = instruction['idl_data']['input_args']
                        row['activeBin'] =
idl_data['liquidityParameter']['data']['activeId']['data']
                        row['maxActiveBinSlippage'] =
idl_data['liquidityParameter']['data']['maxActiveBinSlippage']['data']
                        row['minBin'] =
idl_data['liquidityParameter']['data']['strategyParameters']['data']['minBinId']['da
ta']
                        row['maxBin'] =
idl_data['liquidityParameter']['data']['strategyParameters']['data']['maxBinId']['da
ta']
                        row['pool_address'] = instruction['accounts'][1]
                        csv_writer.writerow(row)

                    elif instruction['type'] == 'addLiquidityOneSidePrecise':
                        activity = instruction['activities'][0]
                        row['token1'] = activity['data']['token_1']
                        row['amount1'] = activity['data']['amount_1']
                        row['token1_decimal'] =
activity['data']['token_decimal_1']
                        if row['amount1'] is not None and row['token1_decimal']
is not None:
                            row['amount1_converted'] = -int(row['amount1']) / 10
** int(row['token1_decimal'])
```

```
                        row['token2'] = activity['data']['token_2']
                        row['amount2'] = activity['data']['amount_2']
                        row['token2_decimal'] =
activity['data']['token_decimal_2']
                            if row['amount2'] is not None and row['token2_decimal']
is not None:
                                row['amount2_converted'] = -int(row['amount2']) / 10
** int(row['token2_decimal']))
                        row['position'] = activity['data']['position_id']
                        row['pool_address'] = instruction['accounts'][1]
                        csv_writer.writerow(row)

                    elif instruction['type'] == 'addLiquidityOneSide':
                        activity = instruction['activities'][0]
                        row['token1'] = activity['data']['token_1']
                        row['amount1'] = activity['data']['amount_1']
                        row['token1_decimal'] =
activity['data']['token_decimal_1']
                            if row['amount1'] is not None and row['token1_decimal']
is not None:
                                row['amount1_converted'] = -int(row['amount1']) / 10
** int(row['token1_decimal']))
                        row['token2'] = activity['data']['token_2']
                        row['amount2'] = activity['data']['amount_2']
                        row['token2_decimal'] =
activity['data']['token_decimal_2']
                            if row['amount2'] is not None and row['token2_decimal']
is not None:
                                row['amount2_converted'] = -int(row['amount2']) / 10
** int(row['token2_decimal']))
                        row['position'] = activity['data']['position_id']
                        idl_data = instruction['idl_data']['input_args']
                        row['activeBin'] =
idl_data['liquidityParameter']['data']['activeId']['data']
                        row['maxActiveBinSlippage'] =
idl_data['liquidityParameter']['data']['maxActiveBinSlippage']['data']
                        row['pool_address'] = instruction['accounts'][1]
                        csv_writer.writerow(row)

                    elif instruction['type'] == 'addLiquidityByStrategy2':
                        activity = instruction['activities'][0]
                        row['token1'] = activity['data']['token_1']
                        row['amount1'] = activity['data']['amount_1']
                        row['token1_decimal'] =
activity['data']['token_decimal_1']
                            if row['amount1'] is not None and row['token1_decimal']
is not None:
                                row['amount1_converted'] = -int(row['amount1']) / 10
** int(row['token1_decimal']))
                        row['token2'] = activity['data']['token_2']
```

```
                            row['amount2'] = activity['data']['amount_2']
                            row['token2_decimal'] =
activity['data']['token_decimal_2']
                            if row['amount2'] is not None and row['token2_decimal']
is not None:
                                row['amount2_converted'] = -int(row['amount2']) / 10
** int(row['token2_decimal'])
                            row['position'] = activity['data']['position_id']
                            idl_data = instruction['idl_data']['input_args']
                            row['activeBin'] =
idl_data['liquidityParameter']['data']['activeId']['data']
                            row['maxActiveBinSlippage'] =
idl_data['liquidityParameter']['data']['maxActiveBinSlippage']['data']
                            row['minBin'] =
idl_data['liquidityParameter']['data']['strategyParameters']['data']['minBinId']['da
ta']
                            row['maxBin'] =
idl_data['liquidityParameter']['data']['strategyParameters']['data']['maxBinId']['da
ta']
                            row['pool_address'] = instruction['accounts'][1]
                            csv_writer.writerow(row)

                        elif instruction['type'] == 'removeLiquidityByRange':
                            activity = instruction['activities'][0]
                            row['token1'] = activity['data']['token_1']
                            row['amount1'] = activity['data']['amount_1']
                            row['token1_decimal'] =
activity['data']['token_decimal_1']
                            if row['amount1'] is not None and row['token1_decimal']
is not None:
                                row['amount1_converted'] = int(row['amount1']) / 10
** int(row['token1_decimal'])
                            row['token2'] = activity['data']['token_2']
                            row['amount2'] = activity['data']['amount_2']
                            row['token2_decimal'] =
activity['data']['token_decimal_2']
                            if row['amount2'] is not None and row['token2_decimal']
is not None:
                                row['amount2_converted'] = int(row['amount2']) / 10
** int(row['token2_decimal'])
                            row['position'] = activity['data']['position_id']
                            idl_data = instruction['idl_data']['input_args']
                            row['minBin'] = idl_data['fromBinId']['data']
                            row['maxBin'] = idl_data['toBinId']['data']
                            row['bpsToRemove'] =
int(idl_data['bpsToRemove']['data'])
                            row['pool_address'] = instruction['accounts'][1]
                            csv_writer.writerow(row)

                        elif instruction['type'] == 'claimFee':
```

```python
                if len(instruction['activities']) == 1:
                    activity = instruction['activities'][0]
                    row['token1'] = activity['data']['token_1']
                    row['amount1'] = activity['data']['amount_1']
                    row['token1_decimal'] =
activity['data']['token_decimal_1']
                    if row['amount1'] is not None and
row['token1_decimal'] is not None:
                        row['amount1_converted'] = int(row['amount1']) /
10 ** int(row['token1_decimal'])
                    row['token2'] = activity['data']['token_2']
                    row['amount2'] = activity['data']['amount_2']
                    row['token2_decimal'] =
activity['data']['token_decimal_2']
                    if row['amount2'] is not None and
row['token2_decimal'] is not None:
                        row['amount2_converted'] = int(row['amount2']) /
10 ** int(row['token2_decimal'])
                    row['position'] = activity['data']['position_id']
                else:
                    row['position'] = instruction['accounts'][1]
                row['pool_address'] = instruction['accounts'][0]
                csv_writer.writerow(row)

            elif instruction['type'] == 'closePosition':
                row['position'] = instruction['accounts'][0]
                row['pool_address'] = instruction['accounts'][1]
                csv_writer.writerow(row)

        already_checked_txs.add(tx['trans_id'])
```