Exhibit 18

Data

| timestamp | utc_time | block | instruction_type | transaction | user_address |
|---|---|---|---|---|---|
| 1739569224 | 2/14/2025 15:40 | 320681292 | initializeCustomizablePermissionlessLbPair | ydzeZfhtfM4vwU2dH7ALB3acavcNBh5oTSuPgCCBPonoQvm4AbCo5P2Rw4WqyWUvRJj4D3mUN68JzTK1uwqF8Ej | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569228 | 2/14/2025 15:40 | 320681303 | initializeBinArray | 47jA9BpXpDGLqS8jmVRTffAw4WRic9BE7cUsuEaEgLMzjrJ5L5DmaAazzFBr6a68e74tQi8NFRac9E7UKUDXS94r | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569228 | 2/14/2025 15:40 | 320681303 | initializeBinArray | 47jA9BpXpDGLqS8jmVRTffAw4WRic9BE7cUsuEaEgLMzjrJ5L5DmaAazzFBr6a68e74tQi8NFRac9E7UKUDXS94r | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569228 | 2/14/2025 15:40 | 320681303 | initializePositionByOperator | 47jA9BpXpDGLqS8jmVRTffAw4WRic9BE7cUsuEaEgLMzjrJ5L5DmaAazzFBr6a68e74tQi8NFRac9E7UKUDXS94r | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569231 | 2/14/2025 15:40 | 320681312 | initializeBinArray | 55FqKmkDykVgg4B5FqDxBVQpVquHDfbd6H2Do5yPKRbiwahDZoPe5QMaTxtgJNMUEnysiQTrziy73SC4uEkhku2g | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569231 | 2/14/2025 15:40 | 320681312 | initializePositionByOperator | 55FqKmkDykVgg4B5FqDxBVQpVquHDfbd6H2Do5yPKRbiwahDZoPe5QMaTxtgJNMUEnysiQTrziy73SC4uEkhku2g | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569231 | 2/14/2025 15:40 | 320681308 | initializeBinArray | 4c3JERs8rtC7gteXiszAmNhG9xCrq7g8av7iU82b1zEjzuCbahA597yPQmYrgcp4FfG82FnhSPxWwk8oX7DE45Pr | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569231 | 2/14/2025 15:40 | 320681308 | initializePositionByOperator | 4c3JERs8rtC7gteXiszAmNhG9xCrq7g8av7iU82b1zEjzuCbahA597yPQmYrgcp4FfG82FnhSPxWwk8oX7DE45Pr | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569233 | 2/14/2025 15:40 | 320681316 | initializeBinArray | 64drwfx2F5ySRKEuWckqFVNK6usYGUQ5HiRirUR39RUvxiDt4SZkG9QgYEL2shzfBb6XPNVYKMqrQXsBL1vqrF4Y | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569233 | 2/14/2025 15:40 | 320681316 | initializePositionByOperator | 64drwfx2F5ySRKEuWckqFVNK6usYGUQ5HiRirUR39RUvxiDt4SZkG9QgYEL2shzfBb6XPNVYKMqrQXsBL1vqrF4Y | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569234 | 2/14/2025 15:40 | 320681318 | addLiquidityOneSidePrecise | 5PehrjMp9qPgeXgaFxbSkrhCu6HpHiwsWWTb6MGucKx9EQPXokeswFniFbG7iKdNDogo57Ugfrv2w8eQSLbjoEgM | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569235 | 2/14/2025 15:40 | 320681321 | addLiquidityOneSidePrecise | MgBYPZyL2GegRafU1btqmR7jzCVqrAv7bfmv9YyLQopj1CcCm1WnoSxq66N7LF8CcSQYFScrUoYnLL56sqWKW6j | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569238 | 2/14/2025 15:40 | 320681328 | addLiquidityOneSidePrecise | 4USBJqDnJWr4UuBSbS6ThMVZB2woCUxTzpgs7VMXdye2nbnrMzNy6GwWvT9vZNTzVkE5qszAAnQBPtmtY52BKqyE | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569239 | 2/14/2025 15:40 | 320681332 | addLiquidityOneSidePrecise | 3AkqVs6fELFmk8wpho3AjaDUMuEcSLPR3bE23UMC4c1Jnt1MsaYWDLsbeRjadQsB2FRS5fh8J3oTpoYF6Hq1rTrb | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569239 | 2/14/2025 15:40 | 320681332 | addLiquidityOneSide | 3AkqVs6fELFmk8wpho3AjaDUMuEcSLPR3bE23UMC4c1Jnt1MsaYWDLsbeRjadQsB2FRS5fh8J3oTpoYF6Hq1rTrb | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569907 | 2/14/2025 15:51 | 320683018 | initializePosition | 5pq4cga4F7tv1BU2zHondB2N1KyJ3BFnXUzAqX1kKVNi1teqVWdHk4ViZEi6ARKDsFWQqizjnQ5sNPAEnP49xLVF | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569907 | 2/14/2025 15:51 | 320683018 | addLiquidityByStrategy | 5pq4cga4F7tv1BU2zHondB2N1KyJ3BFnXUzAqX1kKVNi1teqVWdHk4ViZEi6ARKDsFWQqizjnQ5sNPAEnP49xLVF | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569934 | 2/14/2025 15:52 | 320683085 | initializePosition | Ct1pkXJHRrRwkN9GMdLexntDQjVZH2VFFMmTUWQxENcHKfAuLfuzyrwP5MQcNn5HMQ2Mw7czPXYicjzB9hQXyTX | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569934 | 2/14/2025 15:52 | 320683085 | initializeBinArray | Ct1pkXJHRrRwkN9GMdLexntDQjVZH2VFFMmTUWQxENcHKfAuLfuzyrwP5MQcNn5HMQ2Mw7czPXYicjzB9hQXyTX | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569934 | 2/14/2025 15:52 | 320683085 | addLiquidityByStrategy | Ct1pkXJHRrRwkN9GMdLexntDQjVZH2VFFMmTUWQxENcHKfAuLfuzyrwP5MQcNn5HMQ2Mw7czPXYicjzB9hQXyTX | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569940 | 2/14/2025 15:52 | 320683102 | initializePosition | 2Jxhy9VZuN83NqCpjHHhKFcqLiNxsBh4MKtUNi5CwMyxC6cxjmaHaQsRYaKyGJqtB38R6FD8e9GMi1Rr4YCpuVJD | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569940 | 2/14/2025 15:52 | 320683102 | initializeBinArray | 2Jxhy9VZuN83NqCpjHHhKFcqLiNxsBh4MKtUNi5CwMyxC6cxjmaHaQsRYaKyGJqtB38R6FD8e9GMi1Rr4YCpuVJD | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739569940 | 2/14/2025 15:52 | 320683102 | addLiquidityByStrategy | 2Jxhy9VZuN83NqCpjHHhKFcqLiNxsBh4MKtUNi5CwMyxC6cxjmaHaQsRYaKyGJqtB38R6FD8e9GMi1Rr4YCpuVJD | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739572684 | 2/14/2025 16:38 | 320690020 | initializePosition | JEkTN3zeKvY1htpeSUcjFn15sVE1YPRStZJjKKFYtJBVzV3RQHA8csakdJziz91M3GcdHoKTSXboAugDP6oExHa | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739572684 | 2/14/2025 16:38 | 320690020 | addLiquidityByStrategy | JEkTN3zeKvY1htpeSUcjFn15sVE1YPRStZJjKKFYtJBVzV3RQHA8csakdJziz91M3GcdHoKTSXboAugDP6oExHa | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739572684 | 2/14/2025 16:38 | 320690020 | initializePosition | 5Mr2q4h7rDR2svCWozzcpRziGqLq2xYnEqL9U4Qp5Kw743pydjyohzHffWCEeKhYoUiextNwETLN1BKvB63RDvy2 | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739572684 | 2/14/2025 16:38 | 320690020 | addLiquidityByStrategy | 5Mr2q4h7rDR2svCWozzcpRziGqLq2xYnEqL9U4Qp5Kw743pydjyohzHffWCEeKhYoUiextNwETLN1BKvB63RDvy2 | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575621 | 2/14/2025 17:27 | 320697398 | claimFee | 2Sp8M73Eqxzty7yZ5MyqcVoS7pyBsHidoNmCg5mx6PRJLBg8hCsj2USYCksnnzLWskoWBH8TQimXLntLBWzb8wV7 | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575621 | 2/14/2025 17:27 | 320697398 | claimFee | 2Sp8M73Eqxzty7yZ5MyqcVoS7pyBsHidoNmCg5mx6PRJLBg8hCsj2USYCksnnzLWskoWBH8TQimXLntLBWzb8wV7 | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575621 | 2/14/2025 17:27 | 320697398 | claimFee | 2Sp8M73Eqxzty7yZ5MyqcVoS7pyBsHidoNmCg5mx6PRJLBg8hCsj2USYCksnnzLWskoWBH8TQimXLntLBWzb8wV7 | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575623 | 2/14/2025 17:27 | 320697404 | claimFee | 5XoxZa7Hdr1NE2HisoAkXDg4vHo7MPZQeib6GykoJakFi7bMQJGrPd3wzj6T7G5wHbFdHff79G9zAYG3gh8UkRb | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575623 | 2/14/2025 17:27 | 320697404 | claimFee | 5XoxZa7Hdr1NE2HisoAkXDg4vHo7MPZQeib6GykoJakFi7bMQJGrPd3wzj6T7G5wHbFdHff79G9zAYG3gh8UkRb | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575623 | 2/14/2025 17:27 | 320697404 | claimFee | 5XoxZa7Hdr1NE2HisoAkXDg4vHo7MPZQeib6GykoJakFi7bMQJGrPd3wzj6T7G5wHbFdHff79G9zAYG3gh8UkRb | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| 1739575625 | 2/14/2025 17:27 | 320697409 | claimFee | 2oz8w6GmmwznzHsrQBdMLT89qQK5s5uxyVVCgZ54zZdb4ub8ugkzYmzqFF347V2iMhK6uyPX7pcniGFWHY3B4Zsc | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |

Data

Page 2 of 7

| pool_address | position | token1 | amount1 | token1_decimal | amount1_converted | token2 | amount2 |
|---|---|---|---|---|---|---|---|
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3i4KHnRHMmbwY8Qjd2mWMMWs8tjYceMvRVBZVsezYJX9 | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 21uTMSDydNxxveSF9PaHbjyR426eWpTC4U3doxDZBVw3 | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 83yS2rgFHQsXMYvMR98y9SNwQNaGF2y79wuJc8E8tSL2 | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | B21fZqG9z9uGdaDZF1zbjN1JvAvBEbKEXJwDwUFn8g6b | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3i4KHnRHMmbwY8Qjd2mWMMWs8tjYceMvRVBZVsezYJX9 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.22443E+13 | 6 | -12244340 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 83yS2rgFHQsXMYvMR98y9SNwQNaGF2y79wuJc8E8tSL2 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.84001E+13 | 6 | -18400092 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 21uTMSDydNxxveSF9PaHbjyR426eWpTC4U3doxDZBVw3 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 3.15757E+13 | 6 | -31575660 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | B21fZqG9z9uGdaDZF1zbjN1JvAvBEbKEXJwDwUFn8g6b | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.27798E+13 | 6 | -12779800 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | B21fZqG9z9uGdaDZF1zbjN1JvAvBEbKEXJwDwUFn8g6b | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 108000000 | 6 | -108 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3mMb87Ca5gMvgs3BVbQmdZjMPShyhNeGH3qoGWx2iaw1 | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3mMb87Ca5gMvgs3BVbQmdZjMPShyhNeGH3qoGWx2iaw1 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 4.47991E+13 | 6 | -44799113.82 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | CUuHVUYGTBWpszeqDyaAXj1XveNThKzYAcyduxXk6waW | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | CUuHVUYGTBWpszeqDyaAXj1XveNThKzYAcyduxXk6waW | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 2.25473E+13 | 6 | -22547304.61 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | EtAJNaFbgUD3J29jcKfweFSc8yLWm46e23fQh6wXUguh | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | EtAJNaFbgUD3J29jcKfweFSc8yLWm46e23fQh6wXUguh | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 7.65358E+12 | 6 | -7653581.567 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | GfCvYV6EbQ7h5rQBHjcQ3R8i9qxdqxbctvq9mWa7XPN6 | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | GfCvYV6EbQ7h5rQBHjcQ3R8i9qxdqxbctvq9mWa7XPN6 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 4.90213E+13 | 6 | -49021260.56 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | CZRFH8jkPnfPT4JGgbAdoM8a7KmNDnpJz4963ke2Kh7h | | | | | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | CZRFH8jkPnfPT4JGgbAdoM8a7KmNDnpJz4963ke2Kh7h | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 9.78739E+11 | 6 | -978739.44 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | EtAJNaFbgUD3J29jcKfweFSc8yLWm46e23fQh6wXUguh | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 3.19025E+11 | 6 | 319025.293 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.17428E+12 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | CUuHVUYGTBWpszeqDyaAXj1XveNThKzYAcyduxXk6waW | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 2.97043E+12 | 6 | 2970428.473 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 6.09383E+12 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3mMb87Ca5gMvgs3BVbQmdZjMPShyhNeGH3qoGWx2iaw1 | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 9.28931E+11 | 6 | 928930.9923 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.94845E+12 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | B21fZqG9z9uGdaDZF1zbjN1JvAvBEbKEXJwDwUFn8g6b | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 3176561 | 6 | 3.176561 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 8.67786E+11 |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 21uTMSDydNxxveSF9PaHbjyR426eWpTC4U3doxDZBVw3 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.43661E+12 | 6 | 1436611.466 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 83yS2rgFHQsXMYvMR98y9SNwQNaGF2y79wuJc8E8tSL2 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 4.16262E+11 | 6 | 416262.207 | | |
| BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz | 3i4KHnRHMmbwY8Qjd2mWMMWs8tjYceMvRVBZVsezYJX9 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.23251E+11 | 6 | 123250.5558 | | |

Data                                                Page 3 of 7

| token2_decimal | amount2_converted | minBin | maxBin | activeBin | maxActiveBinSlippage | bpsToRemove | LIBRABalanceChange | $LIBRA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change | USDCBalanceChange | USDC Cumultative Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | -247 | -178 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | -107 | -38 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | -177 | -108 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  | -37 | 32 |  |  |  | 0 | 0 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | -12244340 | -12244340 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | -18400092 | -30644432 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | -31575660 | -62220092 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | -12779800 | -74999892 | 0 | 0 | 0 | 0 |
|  |  |  |  | -247 | 0 |  | -108 | -75000000 | 0 | 0 | 0 | 0 |
|  |  | -17 | 51 |  |  |  | 0 | -75000000 | 0 | 0 | 0 | 0 |
| 6 | 0 | -17 | 51 | -247 | 5 |  | -44799113.82 | -119799113.8 | 0 | 0 | 0 | 0 |
|  |  | 52 | 120 |  |  |  | 0 | -119799113.8 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | -119799113.8 | 0 | 0 | 0 | 0 |
| 6 | 0 | 52 | 120 | -247 | 5 |  | -22547304.61 | -142346418.4 | 0 | 0 | 0 | 0 |
|  |  | 121 | 161 |  |  |  | 0 | -142346418.4 | 0 | 0 | 0 | 0 |
|  |  |  |  |  |  |  | 0 | -142346418.4 | 0 | 0 | 0 | 0 |
| 6 | 0 | 121 | 161 | -247 | 5 |  | -7653581.567 | -150000000 | 0 | 0 | 0 | 0 |
|  |  | 161 | 229 |  |  |  | 0 | -150000000 | 0 | 0 | 0 | 0 |
| 6 | 0 | 161 | 229 | 126 | 5 |  | -49021260.56 | -199021260.6 | 0 | 0 | 0 | 0 |
|  |  | 230 | 231 |  |  |  | 0 | -199021260.6 | 0 | 0 | 0 | 0 |
| 6 | 0 | 230 | 231 | 126 | 5 |  | -978739.44 | -200000000 | 0 | 0 | 0 | 0 |
| 6 | 1174282.204 |  |  |  |  |  | 319025.293 | -199680974.7 | 0 | 0 | 1174282.204 | 1174282.204 |
| 6 | 6093834.566 |  |  |  |  |  | 2970428.473 | -196710546.2 | 0 | 0 | 6093834.566 | 7268116.77 |
| 6 | 2948454.837 |  |  |  |  |  | 928930.9923 | -195781615.2 | 0 | 0 | 2948454.837 | 10216571.61 |
| 6 | 867786.351 |  |  |  |  |  | 3.176561 | -195781612.1 | 0 | 0 | 867786.351 | 11084357.96 |
|  |  |  |  |  |  |  | 0 | -195781612.1 | 0 | 0 | 1436611.466 | 12520969.42 |
|  |  |  |  |  |  |  | 0 | -195781612.1 | 0 | 0 | 416262.207 | 12937231.63 |
|  |  |  |  |  |  |  | 0 | -195781612.1 | 0 | 0 | 123250.5558 | 13060482.19 |

Timing

| Instruction | Count |
|---|---|
| addLiquidityByStrategy | 5 |
| addLiquidityOneSide | 1 |
| addLiquidityOneSidePrecise | 4 |
| claimFee | 7 |
| initializeBinArray | 7 |
| initializeCustomizablePermissionlessLbPair | 1 |
| initializePosition | 5 |
| initializePositionByOperator | 4 |
| removeLiquidityByRange | 0 |



| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -195781612.1 | 0 | -195781612.1 |
| So11111111111111111111111111111111111111112 | WSOL | 0 | 0 | 0 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 1976124.229 | 11084357.96 | 13060482.19 |