Exhibit 19

Data                                                                                      Page 1 of 6

| timestamp | utc_time | block | instruction_type | transaction | user_address | pool_address | position | token1 | amount1 | token1_decimal |
|---|---|---|---|---|---|---|---|---|---|---|
| 1739570285 | 2/14/2025 17:21 | 320696550 | initiatePosition | 38CekFaonTKE2PRkzLz8gtS7VUMdGH7Frm4w1QJz1g86s7dmEaZaAR5Nm1BDnaXdvFHwn3R5deRUjbNekmQct9 | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | CmmwUSqoAoIQbbAyM98twKGid4YuPES0ZbNqfULGB | | | 2.71622E+11 | 0 |
| 1739572285 | 2/14/2025 17:23 | 320696550 | initiatePosition | 38CekFaonTKE2PRkzLz8gtS7VUMdGH7Frm4w1QJz1g86s7dmEaZaAR5Nm1BDnaXdvFHwn3R5deRUjbNekmQct9 | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | CmmwUSqoAoIQbbAyM98twKGid4YuPES0ZbNqfULGB | | | | 0 |
| 1739574720 | 2/14/2025 17:33 | 320698891 | addLiquidityStrategy | 5gzLebjAmVgwYzjbDsXNzkTEgKmc7VvvjW3DOKdMW1Adawr5HhNBGjLMwSgxFfMuaX0S85twzzDKcoWt94Qi1Rd | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 42rY1sSVcKJwSwYKMHY2f5KAyb9xx7ZULLFSJFXFG | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 3.1271E+11 | 0 |
| 1739575420 | 2/14/2025 17:33 | 320698891 | addLiquidityStrategy | 5gzLebjAmVgwYzjbDsXNzkTEgKmc7VvvjW3DOKdMW1Adawr5HhNBGjLMwSgxFfMuaX0S85twzzDKcoWt94Qi1Rd | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 42rY1sSVcKJwSwYKMHY2f5KAyb9xx7ZULLFSJFXFG | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | | 0 |
| 1739575432 | 2/14/2025 17:33 | 320697086 | removeLiquidityRange | 2HnkueNVe0DA1g1Qdaa38ojqGBxvuymJeoQuWwDZwjB8W93d0ujkdfHW0t8jE/awV7Taq4nmDyp0pc68 | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 42rY1sSVcKJwSwYKMHY2f5KAyb9xx7ZULLFSJFXFG | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 0 | 0 |
| 1739575496 | 2/14/2025 17:34 | 320697086 | removeLiquidityRange | 3akXBGmv4mRbT3OtDbY4rnmyFhV3o4ihsDWtG55ESBHHsRZLzyJbdDHRXQ6HqDHLzQHb6DSAATTMcstcd9r | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 42rY1sSVcKJwSwYKMHY2f5KAyb9xx7ZULLFSJFXFG | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 142029935 | 0 |
| 1739575496 | 2/14/2025 17:34 | 320697086 | claimFee | 3akXBGmv4mRbT3OtDbY4rnmyFhV3o4ihsDWtG55ESBHHsRZLzyJbdDHRXQ6HqDHLzQHb6DSAATTMcstcd9r | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 42rY1sSVcKJwSwYKMHY2f5KAyb9xx7ZULLFSJFXFG | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | | 0 |
| 1739575508 | 2/14/2025 17:25 | 320697116 | initiatePosition | 2Yxzo8kTdDRF4FVVe5Sn27VxYc3HvE98BSd5ZK5zgUfM5VWqbzzuyemgcjFV26ENPMGS3donHxeAce7Aui | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | J9sTddKveTnw3xp5EGeHy38QuSEpstnMsmUSYAobbsB | | | | 0 |
| 1739575524 | 2/14/2025 17:25 | 320697116 | addLiquidityStrategy | 2Yxzo8kTdDRF4FVVe5Sn27VxYc3HvE98BSd5ZK5zgUfM5VWqbzzuyemgcjFV26ENPMGS3donHxeAce7Aui | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | J9sTddKveTnw3xp5EGeHy38QuSEpstnMsmUSYAobbsB | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 3.71211E+11 | 0 |
| 1739575558 | 2/14/2025 17:25 | 320697240 | removeLiquidityRange | 2on4ue7B7uNo7y7QBxPgQn9nT6exLTMvCDsXpaxV55fE6L7AZsKbvC21FqF1FsHfFpyrfZnHrY9waXVmcUBXXt | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | J9sTddKveTnw3xp5EGeHy38QuSEpstnMsmUSYAobbsB | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | | 0 |
| 1739575669 | 2/14/2025 17:27 | 320697518 | claimFee | qX4AhjpoqePwfn1vKKnG2NxcLHYVUsdV.cBfFDbfeGKh7KxwSu1PkQ6odd9Ej1YjLmQFo1pocd7wmTBZW9hyuhYXSR1 | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | J9sTddKveTnw3xp5EGeHy38QuSEpstnMsmUSYAobbsB | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 1980572995 | 0 |
| 1739575669 | 2/14/2025 17:27 | 320697518 | removeLiquidityRange | qX4AhjpoqePwfn1vKKnG2NxcLHYVUsdV.cBfFDbfeGKh7KxwSu1PkQ6odd9Ej1YjLmQFo1pocd7wmTBZW9hyuhYXSR1 | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | J9sTddKveTnw3xp5EGeHy38QuSEpstnMsmUSYAobbsB | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 0 | 0 |
| 1739575675 | 2/14/2025 17:27 | 320697535 | removeLiquidityRange | 5ZDdNbqZRDo4ow24h3RHrpWHiC7g1MnjmDERfVvkyJK96Do8FueGHVCfTLVy7L1d185zuMwHrnrBUj6bHDo7xc | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | CmmwUSqoAoIQbbAyM98twKGid4YuPES0ZbNqfULGB | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 0 | 0 |
| 1739575675 | 2/14/2025 17:27 | 320697535 | closePosition | 5ZDdNbqZRDo4ow24h3RHrpWHiC7g1MnjmDERfVvkyJK96Do8FueGHVCfTLVy7L1d185zuMwHrnrBUj6bHDo7xc | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | CmmwUSqoAoIQbbAyM98twKGid4YuPES0ZbNqfULGB | | | 43238302 | 0 |
| 1739575687 | 2/14/2025 17:28 | 320697566 | initiatePosition | 625WiAbEsDrZ4MvthvJK1bQDSAeQdBbJX6b33Vs+1ZAjvQnGfBTKphf4Mfrqou3SSeW7VYBWmLqbgEZaeKen | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 8aNmg12ABF1c3oUhVoita0ro4Kg0BUuvyGVTkTJEhtS | | | | 0 |
| 1739575990 | 2/14/2025 17:48 | 320700827 | addLiquidityStrategy | 3naNoYqOgYbCyZzzVMBY5BvA67YnwCj2MQmAtx4DQijPrhyZ9huhCmwgAuguFNh1UZem.r1TBdBFcT232XAH8tVcj | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 8aNmg12ABF1c3oUhVoita0ro4Kg0BUuvyGVTkTJEhtS | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 2.16211E+11 | 0 |
| 1739575990 | 2/14/2025 17:48 | 320700827 | claimFee | 3naNoYqOgYbCyZzzVMBY5BvA67YnwCj2MQmAtx4DQijPrhyZ9huhCmwgAuguFNh1UZem.r1TBdBFcT232XAH8tVcj | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 8aNmg12ABF1c3oUhVoita0ro4Kg0BUuvyGVTkTJEhtS | Boltjh3wxmcC2Ajab1JKrfNmKzJ5Ig2DrcXEcSaW7L2FAxUaU | | 2.16055E+11 | 0 |
| 1739575990 | 2/14/2025 17:49 | 320700827 | closePosition | 3naNoYqOgYbCyZzzVMBY5BvA67YnwCj2MQmAtx4DQijPrhyZ9huhCmwgAuguFNh1UZem.r1TBdBFcT232XAH8tVcj | 5WqveBFgZjbqL8edNqljiDzV6RN7wgbi4Nti22LyV3ZEr | BzzMxhn7TlbSGFeLXzERm4RaKaNLdo4f5zwxeeSzz | 8aNmg12ABF1c3oUhVoita0ro4Kg0BUuvyGVTkTJEhtS | | | 1210449704 | 0 |

Data                                            Page 2 of 6

| amount1_converted | token2 | amount2 | token2_decimal | amount2_converted | minBin | maxBin | activeBin | maxActiveBinSlippage | bpsToRemove | LIBRABalanceChange | $LIBRA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change | USDCBalanceChange | USDC Cumulative Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 68 | 71 | | | | | | | | | 0 |
| -271622 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 | 0 | 68 | 71 | 75 | 100 | | -271622 | -271622 | 0 | 0 | 0 | 0 |
| | | | | | 60 | 61 | | | 100 | 0 | -271622 | 0 | 0 | 0 | 0 |
| -312712 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 | 0 | 60 | 61 | 60 | | 100 | -312712 | -584334 | 0 | 0 | 0 | 0 |
| 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.827026E+11 | 6 | 282701.6428 | 60 | 60 | | | 10000 | 0 | -584334 | 0 | 0 | 282701.6428 | 282701.6428 |
| 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.854565E+11 | 6 | 285464.7156 | 61 | 61 | | | 10000 | 0 | -584334 | 0 | 0 | 285464.7156 | 568166.3584 |
| 142.029935 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5040620844 | 6 | 5040.620844 | | | | | | 142.029935 | -584191.9701 | 0 | 0 | 5040.620844 | 573207.1792 |
| | | | | | | | | | | 0 | -584191.9701 | 0 | 0 | 0 | 573207.1792 |
| | | | | | 64 | 68 | | | | 0 | -584191.9701 | 0 | 0 | 0 | 573207.1792 |
| -371211 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 | 0 | 64 | 68 | 64 | 100 | | -371211 | -955402.9701 | 0 | 0 | 0 | 573207.1792 |
| 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.5896+11 | 6 | 358900.0798 | 65 | 66 | | | 10000 | 0 | -955402.9701 | 0 | 0 | 358900.0798 | 932107.2048 |
| 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.59911E+11 | 6 | 309910.9707 | 67 | 68 | | | 10000 | 0 | -955402.9701 | 0 | 0 | 309910.9707 | 1292018.226 |
| 1980.572995 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 12482120042 | 6 | 12482.12004 | | | | | | 1980.572995 | -953422.3971 | 0 | 0 | 12482.12004 | 1304500.346 |
| | | | | | | | | | | 0 | -953422.3971 | 0 | 0 | 0 | 1304500.346 |
| 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5.424566E+11 | 6 | 542459.1786 | 68 | 71 | | | 10000 | 0 | -953422.3971 | 0 | 0 | 542459.1786 | 1846959.524 |
| 43.236302 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 7453722305 | 6 | 7453.722305 | | | | | | 43.236302 | -953379.1608 | 0 | 0 | 7453.722305 | 1854413.246 |
| | | | | | | | | | | 0 | -953379.1608 | 0 | 0 | 0 | 1854413.246 |
| | | | | | 74 | 80 | | | | 0 | -953379.1608 | 0 | 0 | 0 | 1854413.246 |
| -216211 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 | 0 | 74 | 80 | 74 | 100 | | -216211 | -1169590.161 | 0 | 0 | 0 | 1854413.246 |
| 216054.9927 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 | 0 | 74 | 80 | | | 10000 | 216054.9927 | -953535.1681 | 0 | 0 | 0 | 1854413.246 |
| 1210.449704 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2278505724 | 6 | 2278.505724 | | | | | | 1210.449704 | -952324.7184 | 0 | 0 | 2278.505724 | 1856691.752 |
| | | | | | | | | | | 0 | -952324.7184 | 0 | 0 | 0 | 1856691.752 |

Timing

| Instruction | Count |
|---|---|
| addLiquidityByStrategy | 4 |
| addLiquidityOneSide | 0 |
| addLiquidityOneSidePrecise | 0 |
| claimFee | 4 |
| initializeBinArray | 0 |
| initializeCustomizablePermissionlessLbPair | 0 |
| initializePosition | 4 |
| initializePositionByOperator | 0 |
| removeLiquidityByRange | 6 |



| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -952324.7184 | 0 | -952324.7184 |
| So11111111111111111111111111111111111111112 | WSOL | 0 | 0 | 0 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 0 | 1856691.752 | 1856691.752 |