Exhibit 22

Data

Page 1 of 8

| timestamp | utc_time | block | instruction_type | transaction | user_address | pool_address |
|---|---|---|---|---|---|---|

# Data

| position | token1 | amount1 | token1_decimal | amount1_converted | token2 | amount2 | token2_decimal |
|---|---|---|---|---|---|---|---|
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.71621E+11 | 6 | -271621 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1.26122E+11 | 6 | -126122 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.30013E+11 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.30013E+11 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.61221E+11 | 6 | -361221 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 4342057262 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1159954003 | 6 | 1159.954003 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.08878E+11 | 6 |
| Cn1d8XczskAxTN7NfXfSDqZV5koFsCJRPaCppyvfw5o | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.17232E+11 | 6 | -217232 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 71471172211 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 43391052328 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 470815407 | 6 | 470.815407 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 56380521679 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2928692748 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.71621E+11 | 6 | -271621 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.71621E+11 | 6 | -271621 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.86599E+11 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 73285575313 | 6 |
| Cn1d8XczskAxTN7NfXfSDqZV5koFsCJRPaCppyvfw5o | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 830544602 | 6 | 830.544602 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.99945E+11 | 6 |
| Cn1d8XczskAxTN7NfXfSDqZV5koFsCJRPaCppyvfw5o | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 4824757014 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1853723123 | 6 | 1853.723123 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.43307E+11 | 6 |
| FxHy693mWoi8zv6feMgL69TgowJuJd7wGP7EvRZbF1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 9387323263 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.21521E+11 | 6 | -321521 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.21221E+11 | 6 | -221221 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.15698E+11 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 28924073727 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1903436103 | 6 | 1903.436103 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 16772327794 | 6 |
| 2Hup3V4bPC5Ny6Tj5GXyAxAj1z99qkhAeGuYvrCtha | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.20477E+11 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 73492095678 | 6 |
| EdcuDADLbMCpvyhJcUHhfGetfjWY6FXzPmQun1Gvdpu | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.15659E+11 | 6 | -215659 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 79162 | 6 | 0.079162 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1387218242 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 673847061 | 6 | 673.847061 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5992173121 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 830181460 | 6 | 830.18146 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 6810185296 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 36748047840 | 6 |
| 2VCp2SJJ3SfnSBA3DDDeA4wc3ohPj4EdhAUDakB1hVyC1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.01299E+11 | 6 |
| 7dz7TVtKpk76eiQYFcDuQ3uaLXczBDKUJoEBDKnIrftN | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 7dz7TVtKpk76eiQYFcDuQ3uaLXczBDKUJoEBDKnIrftN | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.62612E+11 | 6 | -362612 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.02553E+11 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.4768E+11 | 6 |
| EdcuDADLbMCpvyhJcUHhfGetfjWY6FXzPmQun1Gvdpu | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 15733159 | 6 | 15.733159 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 6047018894 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.36737E+11 | 6 |
| EmagMA1epkJH6j2p6Pvyj9Av8WcLxT9ZCdYa6hAj7 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.12122E+11 | 6 | -212122 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.02553E+11 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 93593566 | 6 | 93.593566 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.63796E+11 | 6 |
| EmagMA1epkJH6j2p6Pvyj9Av8WcLxT9ZCdYa6hAj7 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 7090347 | 6 | 7.090347 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 13444882487 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 66700845 | 6 | 66.700845 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 42066202602 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 5833362 | 6 | 5.833362 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 12468791999 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 87769812 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.63775E+11 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 43045191359 | 6 |
| Ea2saNTBLiAozMSJQKt6r3WvuZWOAfoSnQmaotE3qAZ | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 142895405 | 6 | 142.895405 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.05118E+11 | 6 |
| 2XTby25nTuAWecRKjfGJoXYuN1q6eLKCJMbWLUghLZ5e1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 8834507830 | 6 |
| 2XTby25nTuAWecRKjfGJoXYuN1q6eLKCJMbWLUghLZ5e1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.73621E+11 | 6 | -273621 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 7dz7TVtKpk76eiQYFcDuQ3uaLXczBDKUJoEBDKnIrftN | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.18367E+11 | 6 |
| 7dz7TVtKpk76eiQYFcDuQ3uaLXczBDKUJoEBDKnIrftN | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.09183E+11 | 6 |
| 7dz7TVtKpk76eiQYFcDuQ3uaLXczBDKUJoEBDKnIrftN | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 371585526 | 6 | 371.585526 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 33784868676 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.62612E+11 | 6 | -262612 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 287239258 | 6 | 287.239258 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.96295E+11 | 6 |
| EmagMA1epkJH6j2p6Pvyj9Av8WcLxT9ZCdYa6hAj7 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 22103550893 | 6 |
| 6YtCO3zgWWesqSfuSrQABuF7NawfrUBRDgTcuagCQi3 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.23401E+11 | 6 |
| 2XTby25nTuAWecRKjfGJoXYuN1q6eLKCJMbWLUghLZ5e1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.23401E+11 | 6 |
| Byokd7w6z5buPRZVCJcWnpAdPY1CeUgANYYo49e5iU | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.42121E+11 | 6 | -342121 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2XTby25nTuAWecRKjfGJoXYuN1q6eLKCJMbWLUghLZ5e1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 446960388 | 6 | 446.960388 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 48123152672 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.5212E+11 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.51272E+11 | 6 |
| GE15eeDhq2kBWqowHKHE9paG36bF2X6Zlh15wF6kA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.31212E+11 | 6 | -231212 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| Byokd7w6z5buPRZVCJcWnpAdPY1CeUgANYYo49e5iU | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.52527E+11 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.02122E+11 | 6 | -302122 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2XTby25nTuAWecRKjfGJoXYuN1q6eLKCJMbWLUghLZ5e1 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 301470714 | 6 | 301.470714 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 41707247203 | 6 |
| GE15eeDhq2kBWqowHKHE9paG36bF2X6Zlh15wF6kA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 141462891 | 6 | 141.462891 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 22028313706 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 522303697 | 6 | 522.303697 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 59063465023 | 6 |
| Byokd7w6z5buPRZVCJcWnpAdPY1CeUgANYYo49e5iU | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.68166E+11 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 3.21212E+11 | 6 | -321212 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2ze8w7S9RNQadHDFCC0c2z8BMN7M8EX4V9mgzuIiwuZJA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.36333E+11 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2.52286E+11 | 6 |
| G5VxHNdV63cXNCS85Vy6R2V7hfTt5gy7oUhLWzF3MMBE | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| GE15eeDhq2kBWqowHKHE9paG36bF2X6Zlh15wF6kA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2855829066 | 6 | 2855.829066 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 6.16465E+11 | 6 |
| GE15eeDhq2kBWqowHKHE9paG36bF2X6Zlh15wF6kA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 482951218 | 6 | 482.951218 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 21979020284 | 6 |
| Byokd7w6z5buPRZVCJcWnpAdPY1CeUgANYYo49e5iU | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 730946410 | 6 | 730.94641 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.68166E+11 | 6 |
| Byokd7w6z5buPRZVCJcWnpAdPY1CeUgANYYo49e5iU | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 29806667926 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 4533362238 | 6 | 4533.362238 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.09647E+11 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.15221E+11 | 6 | -215221 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 2DVsSiD6mC6TsAmOLhmPdmoPrWkR4SabYIgeISXuJT9 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.39212E+12 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.47243E+11 | 6 |
| 2DVsSiD6mC6TsAmOLhmPdmoPrWkR4SabYIgeISXuJT9 | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.39212E+12 | 6 |
| Bc8BWLm4hNURoLKcVzNVQhLmNG97lYM97SgoHWhysJu | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.14744E+12 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1710548658 | 6 | 1710.548658 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.47579E+11 | 6 |
| Bc8BWLm4hNURoLKcVzNVQhLmNG97lYM97SgoHWhysJu | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 9075973309 | 6 |
| Bc8BWLm4hNURoLKcVzNVQhLmNG97lYM97SgoHWhysJu | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.0026E+12 | 6 |
| C12xQBZCHQmBtgmpRkT2w6SgnTBUGN4HKnV5PE0VI7j2WG | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.30002E+12 | 6 |
| CNjRKdkid6PMLuPXzUknGn18c6qy5yeoYTqg7Bw | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.39282E+12 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 73787555531 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2010744483 | 6 | 2010.744483 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 97849959226 | 6 |
| 6pWykSyYMEAPoH6SeQXz765T4GgxPnCHPeXgp9NQPL | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 1335042076 | 6 | 1335.042076 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3986555875 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 7.97526E+11 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 267780272 | 6 | 267.608272 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 2178754701 | 6 |
| 3ZVqRUFzMEno7GCbxgc5yMig771z6WGmuqKHbkc6q | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 45444058097 | 6 |
| 2ze8w7S9RNQadHDFCC0c2z8BMN7M8EX4V9mgzuIiwuZJA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 13415217320 | 6 | 13415.21732 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 3.01535E+11 | 6 |
| 2ze8w7S9RNQadHDFCC0c2z8BMN7M8EX4V9mgzuIiwuZJA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 157599254 | 6 | 157.599254 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5883266899 | 6 |
| 2ze8w7S9RNQadHDFCC0c2z8BMN7M8EX4V9mgzuIiwuZJA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 2.26179E+11 | 6 | -226179.3812 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 1.68166E+11 | 6 |
| 2ze8w7S9RNQadHDFCC0c2z8BMN7M8EX4V9mgzuIiwuZJA | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 0 | 6 |
| CNjRKdkid6PMLuPXzUknGn18c6qy5yeoYTqg7Bw | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 8.35693E+11 | 6 |
| C12xQBZCHQmBtgmpRkT2w6SgnTBUGN4HKnV5PE0VI7j2WG | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 7.80013E+11 | 6 |
| C12xQBZCHQmBtgmpRkT2w6SgnTBUGN4HKnV5PE0VI7j2WG | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5.2006E+11 | 6 |
| CNjRKdkid6PMLuPXzUknGn18c6qy5yeoYTqg7Bw | Bo9jh3wsmcC2AjakLWzNmKJ3Sg2tmXEcSaW7L2FAvUsU | 0 | 6 | 0 | EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | 5.57128E+11 | 6 |
| CNjRKdkid6PMLuPXzUknGn18c6qy5yeoYTqg7Bw | | | | | | | |

# Data

| amount2_converted | minBin | maxBin | activeBin | maxActiveBinSlippage | bpsToRemove | LIBRABalanceChange | SLIBRA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change | USDCBalanceChange |
|---|---|---|---|---|---|---|---|---|---|---|
| | 12 | 41 | | | | | | | | |
| 0 | 12 | 41 | 15 | 100 | | -271621 | -271621 | 0 | 0 | 0 |
| | 24 | 32 | | | | | -271621 | | | 0 |
| 0 | 24 | 32 | 17 | 100 | | -128122 | -397743 | 0 | 0 | 0 |
| 130013.28 | 17 | 25 | | | 10000 | | -397743 | 0 | 0 | 130013.28 |
| | 27 | 36 | | | | | -397743 | | | |
| 0 | 27 | 36 | 27 | 100 | | -361221 | -758964 | 0 | 0 | 0 |
| 43420.57726 | 26 | 28 | | | 10000 | | -758964 | 0 | 0 | 43420.57726 |
| 108877.8531 | 27 | 30 | | | 10000 | 1159.954003 | -757804.046 | 0 | 0 | 108877.8531 |
| | 30 | 34 | | | | | -757804.046 | | | |
| 0 | 30 | 34 | 30 | 100 | | -217232 | -975036.046 | 0 | 0 | 0 |
| 71471.17221 | 30 | 30 | | | 10000 | | -975036.046 | 0 | 0 | 71471.17221 |
| 43391.05233 | 29 | 31 | | | 10000 | | -975036.046 | 0 | 0 | 43391.05233 |
| 56380.52168 | 31 | 32 | | | 10000 | | -975036.046 | 0 | 0 | 56380.52168 |
| 2928.692748 | | | | | | 470.815407 | -974565.2305 | 0 | 0 | 2928.692748 |
| | 34 | 45 | | | | | -974565.2305 | | | |
| | 34 | 45 | 33 | 100 | | -271621 | -1246186.231 | 0 | 0 | |
| 286599.2963 | 31 | 34 | | | 10000 | | -1246186.231 | 0 | 0 | 286599.2963 |
| 73285.57531 | 35 | 36 | | | 10000 | | -1246186.231 | 0 | 0 | 73285.57531 |
| 299944.895 | 31 | 34 | | | 10000 | | -1246186.231 | 0 | 0 | 299944.895 |
| 4824.757914 | | | | | | 830.544802 | -1245355.686 | 0 | 0 | 4824.757914 |
| 143306.8615 | 35 | 36 | | | 10000 | | -1245355.686 | 0 | 0 | 143306.8615 |
| 9387.323263 | | | | | | 1653.723123 | -1243501.963 | 0 | 0 | 9387.323263 |
| | 46 | 61 | | | | | -1243501.963 | | | |
| 0 | 46 | 61 | 35 | 100 | | -321521 | -1565022.983 | 0 | 0 | 0 |
| | 39 | 48 | | | | | -1565022.983 | | | |
| | 39 | 48 | 39 | 100 | | -221221 | -1786243.963 | | | |
| 115698.1697 | 32 | 39 | | | 10000 | | -1786243.963 | 0 | 0 | 115698.1697 |
| 28924.07373 | 40 | 41 | | | 10000 | | -1786243.963 | 0 | 0 | 28924.07373 |
| 16772.32779 | | | | | | 1903.436103 | -1784340.526 | 0 | 0 | 16772.32779 |
| 220476.926 | 37 | 42 | | | 10000 | | -1784340.526 | 0 | 0 | 220476.926 |
| 73492.09568 | 43 | 44 | | | 10000 | | -1784340.526 | 0 | 0 | 73492.09568 |
| | 47 | 49 | | | | | -1784340.526 | | | |
| 0 | 47 | 49 | 42 | 100 | | -215659 | -1999999.526 | 0 | 0 | 0 |
| 1387.218242 | | | | | | 0.079182 | -1999999.447 | 0 | 0 | 1387.218242 |
| 5992.173121 | | | | | | 673.847061 | -1999325.6 | 0 | 0 | 5992.173121 |
| 6810.185296 | | | | | | 830.18146 | -1998495.419 | 0 | 0 | 6810.185296 |
| 36746.04784 | 45 | 45 | | | 10000 | | -1998495.419 | 0 | 0 | 36746.04784 |
| 301299.2343 | 41 | 47 | | | 10000 | | -1998495.419 | 0 | 0 | 301299.2343 |
| | 54 | 65 | | | | | -1998495.419 | | | |
| 0 | 54 | 65 | 46 | 100 | | -262612 | -2361107.419 | 0 | 0 | 0 |
| 102552.759 | 46 | 48 | | | 10000 | | -2361107.419 | 0 | 0 | 102552.759 |
| 347679.969 | 47 | 49 | | | 10000 | | -2361107.419 | 0 | 0 | 347679.969 |
| 6047.018894 | | | | | | 15.733159 | -2361091.686 | 0 | 0 | 6047.018894 |
| 136737.1219 | 49 | 52 | | | 10000 | | -2361091.686 | 0 | 0 | 136737.1219 |
| | 54 | 70 | | | | | -2361091.686 | | | |
| 0 | 54 | 70 | 52 | 100 | | -212122 | -2573213.686 | 0 | 0 | 0 |
| 102552.7581 | 53 | 55 | | | 10000 | | -2573213.686 | 0 | 0 | 102552.7581 |
| 163794.6067 | 54 | 56 | | | 10000 | | -2573213.686 | 0 | 0 | 163794.6067 |
| 13444.88249 | | | | | | 93.593988 | -2573120.092 | 0 | 0 | 13444.88249 |
| 4206.620262 | | | | | | 7.090347 | -2573113.002 | 0 | 0 | 4206.620262 |
| 12488.7919 | | | | | | 66.700845 | -2573046.301 | 0 | 0 | 12488.7919 |
| 877.69612 | | | | | | 5.833362 | -2573040.467 | 0 | 0 | 877.69612 |
| 163775.0621 | 57 | 59 | | | 10000 | | -2573040.467 | 0 | 0 | 163775.0621 |
| 43045.19136 | 48 | 48 | | | 10000 | | -2573040.467 | 0 | 0 | 43045.19136 |
| 205117.7665 | 56 | 61 | | | 10000 | | -2573040.467 | 0 | 0 | 205117.7665 |
| 8834.50783 | | | | | | 142.896405 | -2572897.572 | 0 | 0 | 8834.50783 |
| | 82 | 91 | | | | | -2572897.572 | | | |
| 0 | 82 | 91 | 62 | 100 | | -273621 | -2846518.572 | 0 | 0 | 0 |
| 218366.7382 | 60 | 63 | | | 10000 | | -2846518.572 | 0 | 0 | 218366.7382 |
| 109183.3687 | 64 | 65 | | | 10000 | | -2846518.572 | 0 | 0 | 109183.3687 |
| 33784.86868 | | | | | | 371.585526 | -2846146.987 | 0 | 0 | 33784.86868 |
| | 86 | 98 | | | | | -2846146.987 | | | |
| 0 | 86 | 98 | 66 | 100 | | -262612 | -3108758.987 | 0 | 0 | 0 |
| 396294.9329 | 56 | 70 | | | 10000 | | -3108758.987 | 0 | 0 | 396294.9329 |
| 22103.55589 | | | | | | 287.239258 | -3108471.747 | 0 | 0 | 22103.55589 |
| 323401.2929 | 82 | 85 | | | 10000 | | -3108471.747 | 0 | 0 | 323401.2929 |
| | 95 | 105 | | | | | -3108471.747 | | | |
| 0 | 95 | 105 | 86 | 100 | | -342121 | -3450592.747 | 0 | 0 | 0 |
| 323400.7035 | 87 | 91 | | | 10000 | | -3450145.787 | 0 | 0 | 323400.7035 |
| 48123.15267 | | | | | | 446.960388 | -3450145.787 | 0 | 0 | 48123.15267 |
| 252119.628 | 86 | 90 | | | 10000 | | -3450145.787 | 0 | 0 | 252119.628 |
| 151271.8067 | 91 | 93 | | | 10000 | | -3450145.787 | 0 | 0 | 151271.8067 |
| | 94 | 105 | | | | | -3450145.787 | | | |
| | 94 | 105 | 94 | 100 | | -231212 | -3681357.787 | | | |
| 252527.0002 | 95 | 97 | | | 10000 | | -3681357.787 | 0 | 0 | 252527.0002 |
| | 105 | 119 | | | | | -3681357.787 | | | |
| 0 | 105 | 119 | 96 | 100 | | -302122 | -3983478.787 | 0 | 0 | 0 |
| 41707.2472 | | | | | | 301.470714 | -3983178.316 | 0 | 0 | 41707.2472 |
| 22028.31371 | | | | | | 141.462891 | -3983036.853 | 0 | 0 | 22028.31371 |
| 59063.46503 | | | | | | 522.303697 | -3982514.55 | 0 | 0 | 59063.46503 |
| 168166.4854 | 98 | 99 | | | 10000 | | -3982514.55 | 0 | 0 | 168166.4854 |
| | 114 | 131 | | | | | -3982514.55 | | | |
| 336332.9709 | 100 | 100 | 99 | 100 | | -321212 | -4303726.55 | 0 | 0 | 336332.9709 |
| 252285.9044 | 94 | 98 | | | 10000 | | -4303726.55 | 0 | 0 | 252285.9044 |
| 616464.8865 | 96 | 105 | | | 10000 | 2855.829066 | -4300870.72 | 0 | 0 | 616464.8865 |
| 21979.02028 | | | | | | 482.951218 | -4300387.769 | 0 | 0 | 21979.02028 |
| 168166.4854 | 104 | 105 | | | 10000 | 730.94641 | -4299656.823 | 0 | 0 | 168166.4854 |
| 29806.96793 | | | | | | | -4299656.823 | 0 | 0 | 29806.96793 |
| 109646.7788 | 105 | 106 | | | 10000 | 4533.362238 | -4295123.461 | 0 | 0 | 109646.7788 |
| | 84 | 91 | | | | | -4295123.461 | | | |
| 0 | 84 | 91 | 91 | 100 | | -215221 | -4510344.461 | 0 | 0 | 0 |
| -1392121 | 17 | 26 | 85 | 100 | | | -4510344.461 | 0 | 0 | -1392121 |
| 147243.3555 | 85 | 86 | | | 10000 | | -4510344.461 | 0 | 0 | 147243.3555 |
| 1392121 | 17 | 26 | | | | | -4510344.461 | 0 | 0 | 1392121 |
| | 19 | 25 | | | | | -4510344.461 | | | |
| -1147000 | 19 | 25 | 87 | 100 | | | -4510344.461 | 0 | 0 | -1147000 |
| 147579.308 | 87 | 88 | | | 10000 | | -4510344.461 | 0 | 0 | 147579.308 |
| 9075.975309 | | | | | | 1710.548658 | -4508633.912 | 0 | 0 | 9075.975309 |
| 1147000 | 19 | 25 | | | 10000 | | -4508633.912 | 0 | 0 | 1147000 |
| | 22 | 26 | | | | | -4508633.912 | | | |
| -1300021 | 22 | 26 | 89 | 100 | | | -4508633.912 | 0 | 0 | -1300021 |
| | 23 | 27 | | | | | -4508633.912 | | | |
| -1392821 | 23 | 27 | 91 | 100 | | | -4508633.912 | 0 | 0 | -1392821 |
| 73787.55553 | 89 | 89 | | | 10000 | | -4508633.912 | 0 | 0 | 73787.55553 |
| 97849.95913 | 90 | 91 | | | 10000 | 20107.44448 | -4488526.467 | 0 | 0 | 97849.95913 |
| 3986.955875 | | | | | | 1335.042076 | -4487191.425 | 0 | 0 | 3986.955875 |
| 797526.3222 | 107 | 119 | | | 10000 | 2677.808272 | -4484513.617 | 0 | 0 | 797526.3222 |
| 21787.54797 | | | | | | | -4484513.617 | 0 | 0 | 21787.54797 |
| 45444.0581 | | | | | | 13415.21732 | -4471098.4 | 0 | 0 | 45444.0581 |
| 301530.4136 | 114 | 118 | | | 10000 | 157.599254 | -4470940.801 | 0 | 0 | 301530.4136 |
| 268.33051 | | | | | | 226179.3812 | -4244761.419 | 0 | 0 | 268.33051 |
| | 119 | 131 | | | | | -4244761.419 | | | |
| 835692.6 | 23 | 25 | | | 10000 | | -4244761.419 | 0 | 0 | 835692.6 |
| 780012.6 | 23 | 26 | | | 10000 | | -4244761.419 | 0 | 0 | 780012.6 |
| 520008.4 | 25 | 26 | | | 10000 | | -4244761.419 | 0 | 0 | 520008.4 |
| 557128.4 | 26 | 27 | | | 10000 | | -4244761.419 | 0 | 0 | 557128.4 |

Data

| USDC Cumulative Change |
|---|
| 0 |
| 0 |
| 0 |
| 0 |
| 130013.28 |
| 130013.28 |
| 130013.28 |
| 173433.8572 |
| 282311.7103 |
| 282311.7103 |
| 282311.7103 |
| 353782.8826 |
| 397173.9349 |
| 453554.4566 |
| 456483.1493 |
| 456483.1493 |
| 456483.1493 |
| 456483.1493 |
| 743082.4456 |
| 816368.0209 |
| 1116312.916 |
| 1121137.674 |
| 1121137.674 |
| 1264444.535 |
| 1273831.859 |
| 1273831.859 |
| 1273831.859 |
| 1273831.859 |
| 1273831.859 |
| 1273831.859 |
| 1389530.028 |
| 1418454.102 |
| 1435226.43 |
| 1435226.43 |
| 1655703.356 |
| 1729195.452 |
| 1729195.452 |
| 1729195.452 |
| 1730582.67 |
| 1736574.843 |
| 1743385.028 |
| 1780131.076 |
| 1780131.076 |
| 1780131.076 |
| 1780131.076 |
| 2081430.31 |
| 2081430.31 |
| 2081430.31 |
| 2183983.069 |
| 2531663.038 |
| 2537710.057 |
| 2537710.057 |
| 2674447.179 |
| 2674447.179 |
| 2674447.179 |
| 2776999.937 |
| 2940794.544 |
| 2984239.426 |
| 2958446.047 |
| 2970934.839 |
| 2971812.535 |
| 3135587.597 |
| 3178632.786 |
| 3178632.786 |
| 3178632.786 |
| 3383750.555 |
| 3392585.062 |
| 3392585.062 |
| 3392585.062 |
| 3392585.082 |
| 3610951.801 |
| 3720135.169 |
| 3753920.038 |
| 3753920.038 |
| 3753920.038 |
| 3753920.038 |
| 4150214.971 |
| 4172318.527 |
| 4172318.527 |
| 4495719.82 |
| 4495719.82 |
| 4495719.82 |
| 4819120.523 |
| 4867243.676 |
| 4867243.676 |
| 5119363.304 |
| 5270635.111 |
| 5270635.111 |
| 5270635.111 |
| 5523162.111 |
| 5523162.111 |
| 5523162.111 |
| 5564889.358 |
| 5586897.672 |
| 5645961.137 |
| 5814127.622 |
| 5814127.622 |
| 5814127.622 |
| 6150460.593 |
| 6402746.497 |
| 6402746.497 |
| 6402746.497 |
| 7019211.384 |
| 7041190.404 |
| 7041190.404 |
| 7209356.89 |
| 7239163.857 |
| 7239163.857 |
| 7348810.636 |
| 7348810.636 |
| 7348810.636 |
| 7348810.636 |
| 5956689.636 |
| 6103932.992 |
| 7496053.992 |
| 7496053.992 |
| 7496053.992 |
| 7496053.992 |
| 6349053.992 |
| 6496633.3 |
| 6505709.275 |
| 7652709.275 |
| 7652709.275 |
| 7652709.275 |
| 7652709.275 |
| 6352688.275 |
| 6352688.275 |
| 4959867.275 |
| 5033654.831 |
| 5131504.79 |
| 5135491.746 |
| 5135491.746 |
| 5933018.068 |
| 5954805.616 |
| 5954805.616 |
| 6000249.674 |
| 6301780.087 |
| 6302048.418 |
| 6302048.418 |
| 6302048.418 |
| 6302048.418 |
| 7137741.018 |
| 7917753.618 |
| 8437762.018 |
| 8437762.018 |
| 8437762.018 |
| 8437762.018 |
| 8994890.418 |
| 8994890.418 |
| 8994890.418 |

Timing

| Instruction | Count |
|---|---:|
| addLiquidityByStrategy | 21 |
| addLiquidityOneSide | 0 |
| addLiquidityOneSidePrecise | 0 |
| claimFee | 34 |
| initializeBinArray | 0 |
| initializeCustomizablePermissionlessLbPair | 0 |
| initializePosition | 21 |
| initializePositionByOperator | 0 |
| removeLiquidityByRange | 51 |



Fund Flows

| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -4244761.419 | 0 | -4244761.419 |
| So11111111111111111111111111111111111111112 | WSOL | 0 | 0 | 0 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 0 | 8994890.418 | 8994890.418 |