Exhibit 23

Data

Page 1 of 7

| timestamp | utc_time | block | instruction_type | transaction | user_address | pool_address |
|---|---|---|---|---|---|---|
| 1739571722 | 2/14/2025 16:22 | 320687601 | initializePosition | 5c7WGpVpShF7cjKJ9NNUC86TgRtqGiAxNU5DqkejxTgbqMKcBHagptDCDHRAyptdyyZpkxGrb9oWgeGiitQPBGBW | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571722 | 2/14/2025 16:22 | 320687601 | addLiquidityByStrategy | 5c7WGpVpShF7cjKJ9NNUC86TgRtqGiAxNU5DqkejxTgbqMKcBHagptDCDHRAyptdyyZpkxGrb9oWgeGiitQPBGBW | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571822 | 2/14/2025 16:23 | 320687848 | removeLiquidityByRange | pXq3d2FUhKrGAe7wysnUzDuc6ufcwaUa4A6Ydx9zZQkXFySDgh9bVXGCWnxAHwxb7DbsxPAVeLaNri1UTpRLvtf | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571822 | 2/14/2025 16:23 | 320687848 | claimFee | pXq3d2FUhKrGAe7wysnUzDuc6ufcwaUa4A6Ydx9zZQkXFySDgh9bVXGCWnxAHwxb7DbsxPAVeLaNri1UTpRLvtf | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571822 | 2/14/2025 16:23 | 320687848 | closePosition | pXq3d2FUhKrGAe7wysnUzDuc6ufcwaUa4A6Ydx9zZQkXFySDgh9bVXGCWnxAHwxb7DbsxPAVeLaNri1UTpRLvtf | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571994 | 2/14/2025 16:26 | 320688283 | initializePosition | 2pM7EKdXmSGVhJ8sNZxP2xP4Vw1DVL2EXM7ZoKo47vhkvhry4DJYTuDCZrGbcMArm7yctCQGeQVFBt4HbooYWo3Do | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739571994 | 2/14/2025 16:26 | 320688283 | addLiquidityByStrategy | 2pM7EKdXmSGVhJ8sNZxP2xP4Vw1DVL2EXM7ZoKo47vhkvhry4DJYTuDCZrGbcMArm7yctCQGeQVFBt4HbooYWo3Do | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572074 | 2/14/2025 16:27 | 320688488 | removeLiquidityByRange | 2K3qKFpv2J7PruRQeNCB5z7fV59zsXxA6z5ZSftjbHrR7WegxYPS5ASUmTTECGBU5WfNS44aV2iDSgMeXdTr2SYC | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572074 | 2/14/2025 16:27 | 320688488 | claimFee | 2K3qKFpv2J7PruRQeNCB5z7fV59zsXxA6z5ZSftjbHrR7WegxYPS5ASUmTTECGBU5WfNS44aV2iDSgMeXdTr2SYC | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572074 | 2/14/2025 16:27 | 320688488 | closePosition | 2K3qKFpv2J7PruRQeNCB5z7fV59zsXxA6z5ZSftjbHrR7WegxYPS5ASUmTTECGBU5WfNS44aV2iDSgMeXdTr2SYC | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572148 | 2/14/2025 16:29 | 320688674 | initializePosition | 3P6DJVNJzzv6UDMbsmC791YpMdhG5L5ZF4vJMHN8kd5tqgZA22NMSJcozzasdEWrn1mH7ikucYwDAVHaJvBs41Bj | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572148 | 2/14/2025 16:29 | 320688674 | addLiquidityByStrategy | 3P6DJVNJzzv6UDMbsmC791YpMdhG5L5ZF4vJMHN8kd5tqgZA22NMSJcozzasdEWrn1mH7ikucYwDAVHaJvBs41Bj | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572233 | 2/14/2025 16:30 | 320688884 | removeLiquidityByRange | 3TeLWSxFp5pNQNcNiDjXPKPNpsFHFXsfWvVrD9emjU39ob6B3VqQazP2762RGeSTBkArp5m7K7XkUoisuKFfFdUB | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572233 | 2/14/2025 16:30 | 320688884 | claimFee | 3TeLWSxFp5pNQNcNiDjXPKPNpsFHFXsfWvVrD9emjU39ob6B3VqQazP2762RGeSTBkArp5m7K7XkUoisuKFfFdUB | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572233 | 2/14/2025 16:30 | 320688884 | closePosition | 3TeLWSxFp5pNQNcNiDjXPKPNpsFHFXsfWvVrD9emjU39ob6B3VqQazP2762RGeSTBkArp5m7K7XkUoisuKFfFdUB | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572396 | 2/14/2025 16:33 | 320689291 | initializePosition | 4WiZBvskqrc1kLb95zB7iCkSdzSLVymm21t8RRyWVNtXYcL7GRKkDi5b7udSek1dt6HZ4DFrc11JJVy4Skp26x9C | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572396 | 2/14/2025 16:33 | 320689291 | addLiquidityByStrategy | 4WiZBvskqrc1kLb95zB7iCkSdzSLVymm21t8RRyWVNtXYcL7GRKkDi5b7udSek1dt6HZ4DFrc11JJVy4Skp26x9C | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572465 | 2/14/2025 16:34 | 320689466 | removeLiquidityByRange | 2Kthq3MRtg1TRjc2qWwXkEgehXpbyMfq13njUPtHsdYSaa24RhYN6iEwEnMyoDCGoTbG3uzr3H7DGz4rVH3iAusg | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572471 | 2/14/2025 16:34 | 320689482 | claimFee | 3PfivF8dq2eaU6A7GfeRdKMeXCUNc17grQnnnYAL3J2ebDdLggJr2g3hSNCvucV4Wz7avQnxCML36CYJmcpBbooG | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572497 | 2/14/2025 16:34 | 320689547 | removeLiquidityByRange | S7DeS5SZFJCyCHCnJZjWtrjF9sfwSoaYxDy44GFjtqk1RZdYhxgXgadNQFMGQAvFPduD8cENsb1HdiVmCs2nwdw | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572497 | 2/14/2025 16:34 | 320689547 | claimFee | S7DeS5SZFJCyCHCnJZjWtrjF9sfwSoaYxDy44GFjtqk1RZdYhxgXgadNQFMGQAvFPduD8cENsb1HdiVmCs2nwdw | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572497 | 2/14/2025 16:34 | 320689547 | closePosition | S7DeS5SZFJCyCHCnJZjWtrjF9sfwSoaYxDy44GFjtqk1RZdYhxgXgadNQFMGQAvFPduD8cENsb1HdiVmCs2nwdw | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572522 | 2/14/2025 16:35 | 320689610 | initializePosition | 5bgCxa8t66APxNCHMkEffSfsTAyBnYrr7q8sxabGeN7Ckzb4NC4c8dDurqqQ91yn2Qbi4cnuoJDWMo2PbqRS6MDk | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572522 | 2/14/2025 16:35 | 320689610 | addLiquidityByStrategy | 5bgCxa8t66APxNCHMkEffSfsTAyBnYrr7q8sxabGeN7Ckzb4NC4c8dDurqqQ91yn2Qbi4cnuoJDWMo2PbqRS6MDk | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572532 | 2/14/2025 16:35 | 320689636 | removeLiquidityByRange | 3EKeE1bJooH7hPTfEQaGCxaeowH8ck3i46JDxTrAC4FchhkvMW3ipQxCy1UHZ3uB2XqEwh1fda23yQ5NEpanoDeT | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572532 | 2/14/2025 16:35 | 320689636 | claimFee | 3EKeE1bJooH7hPTfEQaGCxaeowH8ck3i46JDxTrAC4FchhkvMW3ipQxCy1UHZ3uB2XqEwh1fda23yQ5NEpanoDeT | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572532 | 2/14/2025 16:35 | 320689636 | closePosition | 3EKeE1bJooH7hPTfEQaGCxaeowH8ck3i46JDxTrAC4FchhkvMW3ipQxCy1UHZ3uB2XqEwh1fda23yQ5NEpanoDeT | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572558 | 2/14/2025 16:35 | 320689701 | initializePosition | P3RFG6AVtRTNrAsA5dp179B3r8sLpj4ymy5NPPpU6xowKNBChaWQojgZtXGCkHGAjZ5fUaRusLnqpH6ViFYPMkY | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572558 | 2/14/2025 16:35 | 320689701 | addLiquidityByStrategy | P3RFG6AVtRTNrAsA5dp179B3r8sLpj4ymy5NPPpU6xowKNBChaWQojgZtXGCkHGAjZ5fUaRusLnqpH6ViFYPMkY | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572751 | 2/14/2025 16:39 | 320690188 | removeLiquidityByRange | 1oQCKjLoiXVEVmqTyGfrm7gTA1XY5T4Qwjd81nS9MEq9cHmooViCdupfd25JTp575vg41E7ZZZL9npmcZLGpPFN | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572751 | 2/14/2025 16:39 | 320690188 | claimFee | 1oQCKjLoiXVEVmqTyGfrm7gTA1XY5T4Qwjd81nS9MEq9cHmooViCdupfd25JTp575vg41E7ZZZL9npmcZLGpPFN | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739572751 | 2/14/2025 16:39 | 320690188 | closePosition | 1oQCKjLoiXVEVmqTyGfrm7gTA1XY5T4Qwjd81nS9MEq9cHmooViCdupfd25JTp575vg41E7ZZZL9npmcZLGpPFN | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739573024 | 2/14/2025 16:43 | 320690879 | initializePosition | 3BKX5yT2UE7AQY9qM4YMdCDEkSfHoW2Lg2Zwuoa5YK5QQ21CRyhVeH8zHDHvEG5rNYQ7EzzeXv5hQjhHPWPz3SH6 | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739573024 | 2/14/2025 16:43 | 320690879 | addLiquidityByStrategy | 3BKX5yT2UE7AQY9qM4YMdCDEkSfHoW2Lg2Zwuoa5YK5QQ21CRyhVeH8zHDHvEG5rNYQ7EzzeXv5hQjhHPWPz3SH6 | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739576495 | 2/14/2025 17:41 | 320699583 | removeLiquidityByRange | 4QZDG585jCY38uVxzDcDP85YrSkhBsAfoZ4XwVrqM7icpYEkzX3KNs4JPPc4yQjwJbaBPvi76nC5p3z7AJW8vK9Y | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739576495 | 2/14/2025 17:41 | 320699583 | claimFee | 4QZDG585jCY38uVxzDcDP85YrSkhBsAfoZ4XwVrqM7icpYEkzX3KNs4JPPc4yQjwJbaBPvi76nC5p3z7AJW8vK9Y | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| 1739576495 | 2/14/2025 17:41 | 320699583 | closePosition | 4QZDG585jCY38uVxzDcDP85YrSkhBsAfoZ4XwVrqM7icpYEkzX3KNs4JPPc4yQjwJbaBPvi76nC5p3z7AJW8vK9Y | jwudCiJ5QUUmfxPXN41jaqYKnSc3UmKo5RoRGkZzomN | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |

Data

Page 2 of 7

| position | token1 | amount1 | token1_decimal | amount1_converted | token2 | amount2 | token2_decimal | amount2_converted |
|---|---|---|---|---|---|---|---|---|
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | | | | | | | | |
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 5E+12 | 6 | -5000000 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.19759E+12 | 6 | 1197591.619 | So11111111111111111111111111111111111111112 | 4.95213E+13 | 9 | 49521.29886 |
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 96125008 | 6 | 96.125008 | So11111111111111111111111111111111111111112 | 1.27896E+12 | 9 | 1278.959411 |
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | | | | | | | | |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | | | | | | | | |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1E+12 | 6 | -1000000 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 4.16381E+11 | 6 | 416380.8083 | So11111111111111111111111111111111111111112 | 7.94962E+12 | 9 | 7949.616016 |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1906846107 | 6 | 1906.846107 | So11111111111111111111111111111111111111112 | 2.30978E+11 | 9 | 230.977961 |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | | | | | | | | |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | | | | | | | | |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 6.15975E+11 | 6 | -615975.398 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 9.70779E+12 | 9 | 9707.79467 |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 499246840 | 6 | 499.24684 | So11111111111111111111111111111111111111112 | 2.74002E+11 | 9 | 274.0018045 |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | | | | | | | | |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | | | | | | | | |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 1.1111E+13 | 9 | -11111 |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 7.40734E+12 | 9 | 7407.339853 |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 15049474865 | 6 | 15049.47487 | So11111111111111111111111111111111111111112 | 2.54781E+11 | 9 | 254.7812987 |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.89101E+11 | 6 | 189101.4299 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 3703675728 | 6 | 3703.675728 | So11111111111111111111111111111111111111112 | 13778005916 | 9 | 13.77800592 |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | | | | | | | | |
| 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | | | | | | | | |
| 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 2.08354E+11 | 6 | -208353.8273 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 2.08354E+11 | 6 | 208353.8273 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | | | | | | | | |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | | | | | | | | |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 2.08354E+11 | 6 | -208353.8273 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 3.61419E+12 | 9 | 3614.192905 |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 940833591 | 6 | 940.833591 | So11111111111111111111111111111111111111112 | 1.33487E+11 | 9 | 133.4874662 |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | | | | | | | | |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | | | | | | | | |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 940833521 | 6 | -940.833521 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 940834643 | 6 | 940.834643 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 75527 | 6 | 0.075527 | So11111111111111111111111111111111111111112 | 1659129 | 9 | 0.001659129 |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | | | | | | | | |

| minBin | maxBin | activeBin | maxActiveBinSlippage | bpsToRemove | LIBRABalanceChange | $LIBRA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change | USDCBalanceChange | USDC Cumultative Change |
|---|---|---|---|---|---|---|---|---|---|---|
| 258 | 258 | | | | | 0 | 0 | 0 | 0 | 0 |
| 258 | 258 | 258 | 50 | | -5000000 | -5000000 | 0 | 0 | 0 | 0 |
| 258 | 258 | | | 10000 | 1197591.619 | -3802408.381 | 49521.29886 | 49521.29886 | 0 | 0 |
| | | | | | 96.125008 | -3802312.256 | 1278.959411 | 50800.25827 | 0 | 0 |
| | | | | | 0 | -3802312.256 | 0 | 50800.25827 | 0 | 0 |
| 260 | 267 | | | | 0 | -3802312.256 | 0 | 50800.25827 | 0 | 0 |
| 260 | 267 | 260 | 50 | | -1000000 | -4802312.256 | 0 | 50800.25827 | 0 | 0 |
| 261 | 267 | | | 10000 | 416380.8083 | -4385931.448 | 7949.616016 | 58749.87429 | 0 | 0 |
| | | | | | 1906.846107 | -4384024.602 | 230.977961 | 58980.85225 | 0 | 0 |
| | | | | | 0 | -4384024.602 | 0 | 58980.85225 | 0 | 0 |
| 276 | 278 | | | | 0 | -4384024.602 | 0 | 58980.85225 | 0 | 0 |
| 276 | 278 | 276 | 50 | | -615975.398 | -5000000 | 0 | 58980.85225 | 0 | 0 |
| 276 | 278 | | | 10000 | 0 | -5000000 | 9707.79467 | 68688.64692 | 0 | 0 |
| | | | | | 499.24684 | -4999500.753 | 274.0018045 | 68962.64872 | 0 | 0 |
| | | | | | 0 | -4999500.753 | 0 | 68962.64872 | 0 | 0 |
| 297 | 299 | | | | 0 | -4999500.753 | 0 | 68962.64872 | 0 | 0 |
| 297 | 299 | 299 | 50 | | 0 | -4999500.753 | -11111 | 57851.64872 | 0 | 0 |
| 297 | 298 | | | 10000 | 0 | -4999500.753 | 7407.339853 | 65258.98858 | 0 | 0 |
| | | | | | 15049.47487 | -4984451.278 | 254.7812987 | 65513.76988 | 0 | 0 |
| 299 | 299 | | | 10000 | 189101.4299 | -4795349.848 | 0 | 65513.76988 | 0 | 0 |
| | | | | | 3703.675728 | -4791646.173 | 13.77800592 | 65527.54788 | 0 | 0 |
| | | | | | 0 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| 294 | 294 | | | | 0 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| 294 | 294 | 294 | 50 | | -208353.8273 | -5000000 | 0 | 65527.54788 | 0 | 0 |
| 294 | 294 | | | 10000 | 208353.8273 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| | | | | | 0 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| | | | | | 0 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| 285 | 286 | | | | 0 | -4791646.173 | 0 | 65527.54788 | 0 | 0 |
| 285 | 286 | 293 | 50 | | -208353.8273 | -5000000 | 0 | 65527.54788 | 0 | 0 |
| 286 | 286 | | | 10000 | 0 | -5000000 | 3614.192905 | 69141.74079 | 0 | 0 |
| | | | | | 940.833591 | -4999059.166 | 133.4874662 | 69275.22825 | 0 | 0 |
| | | | | | 0 | -4999059.166 | 0 | 69275.22825 | 0 | 0 |
| 312 | 380 | | | | 0 | -4999059.166 | 0 | 69275.22825 | 0 | 0 |
| 312 | 380 | 312 | 50 | | -940.833521 | -5000000 | 0 | 69275.22825 | 0 | 0 |
| 312 | 380 | | | 10000 | 940.834643 | -4999059.165 | 0 | 69275.22825 | 0 | 0 |
| | | | | | 0.075527 | -4999059.09 | 0.001659129 | 69275.22991 | 0 | 0 |
| | | | | | 0 | -4999059.09 | 0 | 69275.22991 | 0 | 0 |

| instruction_type | (Multiple Items) | | | Position | First Action Time | Last Action Time | Difference (Minutes) | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | 1739571994 | 1739572074 | 1.333333333 | **Average Excluding 0** | 10 |
| **Row Labels** | **Min of timestamp** | **Max of timestamp2** | | 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | 1739572558 | 1739572751 | 3.216666667 | | |
| 32PdKnFUACRLvwFpRx282U1kVHoYfUxjCunG3bTvPCix | 1739571994 | 1739572074 | | 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | 1739572522 | 1739572532 | 0.166666667 | | |
| 39jmmqUHSNQDgkkLSKQLTHKkihkvWPWFeGCg7R3vXXVJ | 1739572558 | 1739572751 | | 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | 1739572396 | 1739572497 | 1.683333333 | | |
| 3hPdsnyDx4baaxLBXVo86niC3yUKH488YdG9tyLXGuzq | 1739572522 | 1739572532 | | 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | 1739571722 | 1739571822 | 1.666666667 | | |
| 6LpG5ciZs959ti5HFqhhhU68RxkgaY4zQ1ZK15fe7AwA | 1739572396 | 1739572497 | | 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | 1739573024 | 1739576495 | 57.85 | | |
| 6SL5A1uE1658QyFwjAMwh4LKUabSy4QFrHyZm2d2c5pD | 1739571722 | 1739571822 | | XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | 1739572148 | 1739572233 | 1.416666667 | | |
| 7yejvSaMHJGG6bmPMKbjZUfobbD6hU8jQshAutpECJGx | 1739573024 | 1739576495 | | | | | | | |
| XDgqNW4qxiRAKnzmGbbxoQnG4hicEieGkAuUuujhi4M | 1739572148 | 1739572233 | | | | | | | |
| **Grand Total** | **1739571722** | **1739576495** | | | | | | | |

| Instruction | Count |
|---|---|
| addLiquidityByStrategy | 7 |
| addLiquidityOneSide | 0 |
| addLiquidityOneSidePrecise | 0 |
| claimFee | 8 |
| initializeBinArray | 0 |
| initializeCustomizablePermissionlessLbPair | 0 |
| initializePosition | 7 |
| initializePositionByOperator | 0 |
| removeLiquidityByRange | 8 |

Chart                                                              Page 6 of 7



| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -4999059.09 | 0 | -4999059.09 |
| So11111111111111111111111111111111111111112 | WSOL | 0 | 69275.22991 | 69275.22991 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 0 | 0 | 0 |