Exhibit 24

# Data

| timestamp | ios_time | block | instruction_type | transaction | user_address | pool_address | position | token0 | amount0 |
|---|---|---|---|---|---|---|---|---|---|

Data

| token1_decimal | amount1_converted | token2 | amount2 | token2_decimal | amount2_converted | minElin | maxElin | activeBin | maxActiveBinSlippage | bpsToRemove | LBMABalanceChange | $LBMA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Timing

| Instruction | Count |
|---|---|
| addLiquidityByStrategy | 36 |
| addLiquidityOneSide | 0 |
| addLiquidityOneSidePrecise | 0 |
| claimFee | 32 |
| initializeBinArray | 0 |
| initializeCustomizablePermissionlessLbPair | 0 |
| initializePosition | 35 |
| initializePositionByOperator | 0 |
| removeLiquidityByRange | 29 |



Fund Flows

| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -9999999.56 | 0 | -9999999.56 |
| So11111111111111111111111111111111111111112 | WSOL | 23.69323393 | 148319.6475 | 148343.3407 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 0 | 0 | 0 |