# Exhibit 25

Data

| timestamp | utc_time | block | instruction_type | transaction | user_address | pool_address | position |
|---|---|---|---|---|---|---|---|
| 1739575384 | 2/14/2025 17:23 | 320696802 | initializePosition | 3mq8Zt321UcqJLA2eAoeZuKbFwFCADwogi3NY1Be1xdnMViTZymjCmrE8whrDmt2rb4RmGV5z2GGPx8dUWebPFtK | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | BYMsDCDBP9JELLpq1hwPZpKoyKtBAwB51r6YAicGFvcV |
| 1739575384 | 2/14/2025 17:23 | 320696802 | addLiquidityByStrategy | 3mq8Zt321UcqJLA2eAoeZuKbFwFCADwogi3NY1Be1xdnMViTZymjCmrE8whrDmt2rb4RmGV5z2GGPx8dUWebPFtK | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | BYMsDCDBP9JELLpq1hwPZpKoyKtBAwB51r6YAicGFvcV |
| 1739575400 | 2/14/2025 17:23 | 320696841 | initializePosition | 4dN4N8WnPihKZURauagYGBqAaKssxRyUUUA2JG9zcT9bMHSoiuEcNKBPG8CXN8tU6PFLVmnyLD5ryQmFBuX3mVFm | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | 4K1yhoF69hpn84iqHa7bDwUN7XnMQn6ryd6akJqa3nd4 |
| 1739575400 | 2/14/2025 17:23 | 320696841 | addLiquidityByStrategy | 4dN4N8WnPihKZURauagYGBqAaKssxRyUUUA2JG9zcT9bMHSoiuEcNKBPG8CXN8tU6PFLVmnyLD5ryQmFBuX3mVFm | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | 4K1yhoF69hpn84iqHa7bDwUN7XnMQn6ryd6akJqa3nd4 |
| 1739575423 | 2/14/2025 17:23 | 320696899 | removeLiquidityByRange | 2nJTLXDwjs3coYcuqBco14t26eDhNQFnJSPm6tEurjGhbzy18s6bN8r6odUKfqn7JEpSVW9GRgMwshaHkrRzuL5B | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | 4K1yhoF69hpn84iqHa7bDwUN7XnMQn6ryd6akJqa3nd4 |
| 1739575423 | 2/14/2025 17:23 | 320696899 | claimFee | 2nJTLXDwjs3coYcuqBco14t26eDhNQFnJSPm6tEurjGhbzy18s6bN8r6odUKfqn7JEpSVW9GRgMwshaHkrRzuL5B | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | 4K1yhoF69hpn84iqHa7bDwUN7XnMQn6ryd6akJqa3nd4 |
| 1739575423 | 2/14/2025 17:23 | 320696899 | closePosition | 2nJTLXDwjs3coYcuqBco14t26eDhNQFnJSPm6tEurjGhbzy18s6bN8r6odUKfqn7JEpSVW9GRgMwshaHkrRzuL5B | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | 4K1yhoF69hpn84iqHa7bDwUN7XnMQn6ryd6akJqa3nd4 |
| 1739575448 | 2/14/2025 17:24 | 320696963 | initializePosition | 4VH89GCvSV4GqysH2j5qMXoCx3p9MefHVQN8fJKJsMvAMjHUTqTDheggFTfDtLqpHLjSBfjQs2KAqZcTsc8beyAG | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | CLgZRAuwQ5DJQSPBXAPcuZNFV5Wg4Mb5TG4NBZwiPuFv |
| 1739575448 | 2/14/2025 17:24 | 320696963 | addLiquidityByStrategy | 4VH89GCvSV4GqysH2j5qMXoCx3p9MefHVQN8fJKJsMvAMjHUTqTDheggFTfDtLqpHLjSBfjQs2KAqZcTsc8beyAG | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | CLgZRAuwQ5DJQSPBXAPcuZNFV5Wg4Mb5TG4NBZwiPuFv |
| 1739575472 | 2/14/2025 17:24 | 320697022 | removeLiquidityByRange | 4kBYFSRZdibHrk8Wv9nMLfj8qxsgcU2DE3o52EFdVmK9bbYfLjkTZv1nX4ec8ZaWnK8nLEjqxKya38L34uZATbU4 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | CLgZRAuwQ5DJQSPBXAPcuZNFV5Wg4Mb5TG4NBZwiPuFv |
| 1739575472 | 2/14/2025 17:24 | 320697022 | claimFee | 4kBYFSRZdibHrk8Wv9nMLfj8qxsgcU2DE3o52EFdVmK9bbYfLjkTZv1nX4ec8ZaWnK8nLEjqxKya38L34uZATbU4 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | CLgZRAuwQ5DJQSPBXAPcuZNFV5Wg4Mb5TG4NBZwiPuFv |
| 1739575472 | 2/14/2025 17:24 | 320697022 | closePosition | 4kBYFSRZdibHrk8Wv9nMLfj8qxsgcU2DE3o52EFdVmK9bbYfLjkTZv1nX4ec8ZaWnK8nLEjqxKya38L34uZATbU4 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | CLgZRAuwQ5DJQSPBXAPcuZNFV5Wg4Mb5TG4NBZwiPuFv |
| 1739575485 | 2/14/2025 17:24 | 320697055 | initializePosition | 27p8YRpcLvaZThko1ja2aNwMaHEYwweoH2yWBSnKAoDTRxeQKzcBDqiSWWxczCaT1FfrTsnWGcix7YgzVUJMsfQF | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | mZfMUre8JDnVe1ubJfAfz3TAGtYNdHU7cVRvGDZnAGy |
| 1739575485 | 2/14/2025 17:24 | 320697055 | addLiquidityByStrategy | 27p8YRpcLvaZThko1ja2aNwMaHEYwweoH2yWBSnKAoDTRxeQKzcBDqiSWWxczCaT1FfrTsnWGcix7YgzVUJMsfQF | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | mZfMUre8JDnVe1ubJfAfz3TAGtYNdHU7cVRvGDZnAGy |
| 1739575568 | 2/14/2025 17:26 | 320697264 | removeLiquidityByRange | sTZSFeRNwMzeLasc2ehvjsS7SvuVP5US8N8m65VGYkpNjSDVLERR7bLiXjfeFasrC6B6pAZNF8cknoprthn6c2A | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | mZfMUre8JDnVe1ubJfAfz3TAGtYNdHU7cVRvGDZnAGy |
| 1739575568 | 2/14/2025 17:26 | 320697264 | claimFee | sTZSFeRNwMzeLasc2ehvjsS7SvuVP5US8N8m65VGYkpNjSDVLERR7bLiXjfeFasrC6B6pAZNF8cknoprthn6c2A | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | mZfMUre8JDnVe1ubJfAfz3TAGtYNdHU7cVRvGDZnAGy |
| 1739575588 | 2/14/2025 17:26 | 320697315 | initializePosition | V8UvAUi7PmvySBR3iVAfwShPj8nj8fohns5FZxUysyQHBWpdTHLVW2thCYTs59th4yHdUkfViePrLYNdVJyNvvg | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739575588 | 2/14/2025 17:26 | 320697315 | addLiquidityByStrategy | V8UvAUi7PmvySBR3iVAfwShPj8nj8fohns5FZxUysyQHBWpdTHLVW2thCYTs59th4yHdUkfViePrLYNdVJyNvvg | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739575639 | 2/14/2025 17:27 | 320697443 | removeLiquidityByRange | 5uaz7iVVnBKvwJE14nnVi99f9pNV8nftxYAVFrTTtQdkBY3o34UmMZ74unJfErt6pG8ALohX7gPMUkk7x3J97LQM | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739575657 | 2/14/2025 17:27 | 320697488 | removeLiquidityByRange | 2cbcdtdZYvhTy5ZYiL3fWgnWz4Ciak36aEgTw38LSAAAzMm3HQxvY7UxB6Uc1EqmTkGE1MLbHeeaKKYrWSDNokF9 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739575673 | 2/14/2025 17:27 | 320697531 | removeLiquidityByRange | CvE7WiMKjGSJN2hfqM1YM6Mmzx8n7JFJi6CoM9idnLR2EBhsjsDU6GDGxheWDHtpkeMr9XoVTXmMG1m8q9knDU5 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739576190 | 2/14/2025 17:36 | 320698821 | removeLiquidityByRange | 3qSNJ7qk9UFdQCUSS6kxZdp9ZzQxYenkzMqRLcssk6E4qTp9pj6FKnt27kGmaa7FcVvWmTTZQgyvpXpmnh1FYdtw | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739576190 | 2/14/2025 17:36 | 320698821 | claimFee | 3qSNJ7qk9UFdQCUSS6kxZdp9ZzQxYenkzMqRLcssk6E4qTp9pj6FKnt27kGmaa7FcVvWmTTZQgyvpXpmnh1FYdtw | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739576190 | 2/14/2025 17:36 | 320698821 | closePosition | 3qSNJ7qk9UFdQCUSS6kxZdp9ZzQxYenkzMqRLcssk6E4qTp9pj6FKnt27kGmaa7FcVvWmTTZQgyvpXpmnh1FYdtw | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | DjKQ9VRjPBzTiQKf3mAi9w7xmxLjf5xnWeTwmie49Gpw |
| 1739576220 | 2/14/2025 17:37 | 320698893 | initializePosition | 3gGV46CwAizW4yf2hXHXJ8EVpR1ZspTYjtqfjU1Pk4mJqWgSA7JJ5KWTZ9TqCK29mwLhfcukaYm7bV4jxiBscY1D | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | FS6SQ9GJTs7Gcssckaj9wbQpeAfi9B48xv5GUUfmYRRd |
| 1739576220 | 2/14/2025 17:37 | 320698893 | addLiquidityByStrategy | 3gGV46CwAizW4yf2hXHXJ8EVpR1ZspTYjtqfjU1Pk4mJqWgSA7JJ5KWTZ9TqCK29mwLhfcukaYm7bV4jxiBscY1D | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | FS6SQ9GJTs7Gcssckaj9wbQpeAfi9B48xv5GUUfmYRRd |
| 1739576258 | 2/14/2025 17:37 | 320698992 | removeLiquidityByRange | 2st8fGgfgp3hX3WraZvHkCkmXJXxFUdHdqRv1uTac546PRjEbZ7pdBKAbFwwcWdL4MD2Q3gcVz2qkKjc1sm4Uvvo | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | FS6SQ9GJTs7Gcssckaj9wbQpeAfi9B48xv5GUUfmYRRd |
| 1739576258 | 2/14/2025 17:37 | 320698992 | claimFee | 2st8fGgfgp3hX3WraZvHkCkmXJXxFUdHdqRv1uTac546PRjEbZ7pdBKAbFwwcWdL4MD2Q3gcVz2qkKjc1sm4Uvvo | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | FS6SQ9GJTs7Gcssckaj9wbQpeAfi9B48xv5GUUfmYRRd |
| 1739576258 | 2/14/2025 17:37 | 320698992 | closePosition | 2st8fGgfgp3hX3WraZvHkCkmXJXxFUdHdqRv1uTac546PRjEbZ7pdBKAbFwwcWdL4MD2Q3gcVz2qkKjc1sm4Uvvo | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | FS6SQ9GJTs7Gcssckaj9wbQpeAfi9B48xv5GUUfmYRRd |
| 1739576274 | 2/14/2025 17:37 | 320699033 | initializePosition | 5Vmm2D6kUhVdPA2k1MHncszwvUqUESnAuNj3Zbj914stSbRT12b96vJLEfywZCa9ndH3kLQQyFC8ayz4iT4HrDkM | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | AfZ8v4rb346qJaEGQQgJH3VdJDtAd8YEBpER1cuGJDvx |
| 1739576274 | 2/14/2025 17:37 | 320699033 | addLiquidityByStrategy | 5Vmm2D6kUhVdPA2k1MHncszwvUqUESnAuNj3Zbj914stSbRT12b96vJLEfywZCa9ndH3kLQQyFC8ayz4iT4HrDkM | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | AfZ8v4rb346qJaEGQQgJH3VdJDtAd8YEBpER1cuGJDvx |
| 1739576477 | 2/14/2025 17:41 | 320699540 | removeLiquidityByRange | 427jkeGdEq8aBnWWz5THVDTPuc9zhbvWtn7zHjLsTHccrJDiNKc8i9b6MrRVAdcJbogDQ5Ez9j4RTFUygZPWxvDy | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | AfZ8v4rb346qJaEGQQgJH3VdJDtAd8YEBpER1cuGJDvx |
| 1739576477 | 2/14/2025 17:41 | 320699540 | claimFee | 427jkeGdEq8aBnWWz5THVDTPuc9zhbvWtn7zHjLsTHccrJDiNKc8i9b6MrRVAdcJbogDQ5Ez9j4RTFUygZPWxvDy | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | AfZ8v4rb346qJaEGQQgJH3VdJDtAd8YEBpER1cuGJDvx |
| 1739576477 | 2/14/2025 17:41 | 320699540 | closePosition | 427jkeGdEq8aBnWWz5THVDTPuc9zhbvWtn7zHjLsTHccrJDiNKc8i9b6MrRVAdcJbogDQ5Ez9j4RTFUygZPWxvDy | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | AfZ8v4rb346qJaEGQQgJH3VdJDtAd8YEBpER1cuGJDvx |
| 1739576662 | 2/14/2025 17:44 | 320700006 | initializePosition | xZeLu75qn2gfUyL5kgY8jspeMuBSuBAii3pyFSE7jyduaAJRMKfNVqHRPePgeXBPXfRy63wEZpkgB5QNx3FArne | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | EbThJGnGMAYnjYXvj2nwVwKYdvmVDPRBcUxQYo22t4Fv |
| 1739576662 | 2/14/2025 17:44 | 320700006 | addLiquidityByStrategy | xZeLu75qn2gfUyL5kgY8jspeMuBSuBAii3pyFSE7jyduaAJRMKfNVqHRPePgeXBPXfRy63wEZpkgB5QNx3FArne | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | EbThJGnGMAYnjYXvj2nwVwKYdvmVDPRBcUxQYo22t4Fv |
| 1739577327 | 2/14/2025 17:55 | 320701676 | removeLiquidityByRange | 3LKNTyJEmMvyYqsZ5Pb1oGhg6syZvNboYzkZu7b8taWjRWxC2RqT1oUA5jVGhsM3deqQCHsdTpQtcTtYxrHTeYed | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | EbThJGnGMAYnjYXvj2nwVwKYdvmVDPRBcUxQYo22t4Fv |
| 1739577327 | 2/14/2025 17:55 | 320701676 | claimFee | 3LKNTyJEmMvyYqsZ5Pb1oGhg6syZvNboYzkZu7b8taWjRWxC2RqT1oUA5jVGhsM3deqQCHsdTpQtcTtYxrHTeYed | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | EbThJGnGMAYnjYXvj2nwVwKYdvmVDPRBcUxQYo22t4Fv |
| 1739577327 | 2/14/2025 17:55 | 320701676 | closePosition | 3LKNTyJEmMvyYqsZ5Pb1oGhg6syZvNboYzkZu7b8taWjRWxC2RqT1oUA5jVGhsM3deqQCHsdTpQtcTtYxrHTeYed | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S | EbThJGnGMAYnjYXvj2nwVwKYdvmVDPRBcUxQYo22t4Fv |
| 1744145678 | 4/8/2025 15:54 | 332182426 | initializePosition | 3tUxTg3Q2kMSxgW6Ki7JFuBnesq8AF9TkE1ymDRbXPQoqeNQm8xU9V1NaxJYsadVU3jaXkE6J4UT4cyibXz9rAVV | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | CnhKCime2tTFtLcGjMMnJFrRABz9WRBqdDHjeENK5phB | Do5T9xgiyEGfZrA7ewHA3BFL4ALFq5JEZeGxYkcQejHr |
| 1744145678 | 4/8/2025 15:54 | 332182426 | initializeBinArray | 3tUxTg3Q2kMSxgW6Ki7JFuBnesq8AF9TkE1ymDRbXPQoqeNQm8xU9V1NaxJYsadVU3jaXkE6J4UT4cyibXz9rAVV | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | CnhKCime2tTFtLcGjMMnJFrRABz9WRBqdDHjeENK5phB | |
| 1744145678 | 4/8/2025 15:54 | 332182426 | addLiquidityByStrategy2 | 3tUxTg3Q2kMSxgW6Ki7JFuBnesq8AF9TkE1ymDRbXPQoqeNQm8xU9V1NaxJYsadVU3jaXkE6J4UT4cyibXz9rAVV | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh | CnhKCime2tTFtLcGjMMnJFrRABz9WRBqdDHjeENK5phB | Do5T9xgiyEGfZrA7ewHA3BFL4ALFq5JEZeGxYkcQejHr |

Data

| token1 | amount1 | token1_decimal | amount1_converted | token2 | amount2 | token2_decimal | amount2_converted | minBin | maxBin | activeBin | maxActiveBinSlippage |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 217 | 218 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 217 | 218 | 242 | 50 |
| | | | | | | | | 220 | 221 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 220 | 221 | 220 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 9.96564E+12 | 9 | 9965.640769 | 220 | 221 | | |
| So11111111111111111111111111111111111111112 | 2.5904E+11 | 9 | 259.0399574 | | | | | | | | |
| | | | | | | | | 226 | 236 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 226 | 236 | 226 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | 1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 226 | 236 | | |
| | | | | | | | | 225 | 227 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 225 | 227 | 225 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 19295310252 | 6 | 19295.31025 | So11111111111111111111111111111111111111112 | 1.03425E+13 | 9 | 10342.52243 | 225 | 227 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1354340 | 6 | 1.35434 | So11111111111111111111111111111111111111112 | 2.6992E+11 | 9 | 269.9201045 | | | | |
| | | | | | | | | 234 | 244 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 234 | 244 | 228 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 1.08793E+12 | 9 | 1087.929188 | 234 | 234 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 1.08883E+12 | 9 | 1088.826583 | 235 | 235 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 1.08883E+12 | 9 | 1088.826 | 236 | 236 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 7.9595E+11 | 6 | 795950.044 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 237 | 244 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1088691573 | 6 | 1088.691573 | So11111111111111111111111111111111111111112 | 96056132857 | 9 | 96.05613286 | | | | |
| | | | | | | | | 199 | 202 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 199 | 202 | 201 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | 1111105.342 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 200 | 202 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 115770809 | 6 | 115.770809 | So11111111111111111111111111111111111111112 | 807649395 | 9 | 0.807649395 | | | | |
| | | | | | | | | 193 | 196 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.11111E+12 | 6 | -1111111 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 193 | 196 | 193 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 0 | 6 | 0 | So11111111111111111111111111111111111111112 | 7.69406E+12 | 9 | 7694.064798 | 193 | 196 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 4668998923 | 6 | 4668.998923 | So11111111111111111111111111111111111111112 | 1.56219E+11 | 9 | 156.2194138 | | | | |
| | | | | | | | | 189 | 201 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.37667E+12 | 6 | -1376670.512 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 189 | 201 | 199 | 50 |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 1.37656E+12 | 6 | 1376559.643 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | 189 | 201 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 456565190 | 6 | 456.56519 | So11111111111111111111111111111111111111112 | 2212804783 | 9 | 2.212804783 | | | | |
| | | | | | | | | -1287 | -1287 | | |
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | 10000000000 | 6 | -10000 | So11111111111111111111111111111111111111112 | 0 | 9 | 0 | -1287 | -1287 | -1287 | 20 |

Data

Page 3 of 7

| bpsToRemove | LIBRABalanceChange | $LIBRA Cumulative Change | WSOL Balance Change | WSOL Cumulative Change | USDCBalanceChange | USDC Cumultative Change |
|---|---|---|---|---|---|---|
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | 0 | 0 | 0 | 0 | 0 | 0 |
| | -1111111 | -1111111 | 0 | 0 | 0 | 0 |
| 10000 | 0 | -1111111 | 9965.640769 | 9965.640769 | 0 | 0 |
| | 0 | -1111111 | 259.0399574 | 10224.68073 | 0 | 0 |
| | 0 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | 0 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | -1111111 | -2222222 | 0 | 10224.68073 | 0 | 0 |
| 10000 | 1111111 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | 0 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | 0 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | 0 | -1111111 | 0 | 10224.68073 | 0 | 0 |
| | -1111111 | -2222222 | 0 | 10224.68073 | 0 | 0 |
| 10000 | 19295.31025 | -2202926.69 | 10342.52243 | 20567.20315 | 0 | 0 |
| | 1.35434 | -2202925.335 | 269.9201045 | 20837.12326 | 0 | 0 |
| | 0 | -2202925.335 | 0 | 20837.12326 | 0 | 0 |
| | 0 | -2202925.335 | 0 | 20837.12326 | 0 | 0 |
| | -1111111 | -3314036.335 | 0 | 20837.12326 | 0 | 0 |
| 10000 | 0 | -3314036.335 | 1087.929188 | 21925.05245 | 0 | 0 |
| 10000 | 0 | -3314036.335 | 1088.826583 | 23013.87903 | 0 | 0 |
| 10000 | 0 | -3314036.335 | 1088.826 | 24102.70503 | 0 | 0 |
| 10000 | 795950.044 | -2518086.291 | 0 | 24102.70503 | 0 | 0 |
| | 1088.691573 | -2516997.6 | 96.05613286 | 24198.76116 | 0 | 0 |
| | 0 | -2516997.6 | 0 | 24198.76116 | 0 | 0 |
| | 0 | -2516997.6 | 0 | 24198.76116 | 0 | 0 |
| | -1111111 | -3628108.6 | 0 | 24198.76116 | 0 | 0 |
| 10000 | 1111105.342 | -2517003.258 | 0 | 24198.76116 | 0 | 0 |
| | 115.770809 | -2516887.487 | 0.807649395 | 24199.56881 | 0 | 0 |
| | 0 | -2516887.487 | 0 | 24199.56881 | 0 | 0 |
| | 0 | -2516887.487 | 0 | 24199.56881 | 0 | 0 |
| | -1111111 | -3627998.487 | 0 | 24199.56881 | 0 | 0 |
| 10000 | 0 | -3627998.487 | 7694.064798 | 31893.63361 | 0 | 0 |
| | 4668.998923 | -3623329.488 | 156.2194138 | 32049.85302 | 0 | 0 |
| | 0 | -3623329.488 | 0 | 32049.85302 | 0 | 0 |
| | 0 | -3623329.488 | 0 | 32049.85302 | 0 | 0 |
| | -1376670.512 | -5000000 | 0 | 32049.85302 | 0 | 0 |
| 10000 | 1376559.643 | -3623440.357 | 0 | 32049.85302 | 0 | 0 |
| | 456.56519 | -3622983.792 | 2.212804783 | 32052.06583 | 0 | 0 |
| | 0 | -3622983.792 | 0 | 32052.06583 | 0 | 0 |
| | 0 | -3622983.792 | 0 | 32052.06583 | 0 | 0 |
| | 0 | -3622983.792 | 0 | 32052.06583 | 0 | 0 |
| | -10000 | -3632983.792 | 0 | 32052.06583 | 0 | 0 |

Timing

| Instruction | Count | Notes |
|---|---|---|
| addLiquidityByStrategy | 8 | |
| addLiquidityOneSide | 0 | |
| addLiquidityOneSidePrecise | 0 | |
| claimFee | 7 | |
| initializeBinArray | 1 | Subtract 1 for Do5T9x… |
| initializeCustomizablePermissionlessLbPair | 0 | |
| initializePosition | 9 | Subtract 1 for Do5T9x… |
| initializePositionByOperator | 0 | |
| removeLiquidityByRange | 10 | |
| addLiquidityByStrategy2 | 1 | Subtract 1 for Do5T9x… |

Chart                                                                 Page 6 of 7



| Token | Name | Token1 Sum | Token2 Sum | Total |
|---|---|---|---|---|
| Bo9jh3wsmcC2AjakLWzNmKJ3SgtZmXEcSaW7L2FAvUsU | $LIBRA | -3622983.792 | 0 | -3622983.792 |
| So11111111111111111111111111111111111111112 | WSOL | 259.0399574 | 31793.02587 | 32052.06583 |
| EPjFWdd5AufqSSqeM2qN1xzybapC8G4wEGGkZwyTDt1v | USDC | 0 | 0 | 0 |