## APPENDIX B: METEORA PROGRAM IDs

| Program Name – (January 2025)[1] | Program Name (Current)[2] | Program Address | Upgrade Authority (Current)[3] |
|---|---|---|---|
| DLMM | DLMM | LBUZKhRxPF3XUpBCjp4YzTKgLccjZhTSDM9YuVaPwxo | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Dynamic AMM Pools | DAMM v1 Program | Eo7WjKq67rjJQSZxS6z3YkapzY3eMj6Xy8X5EQVn5UaB | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| M3M3 stake-for-fee | Stake2Earn | FEESngU3neckdwib9X3KWqdL7Mjmqk9XNp3uh5JbP4KP | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Vault | Vault | 24Uqj9JCLxUeoC3hGfh5W3s9FM9uCHDS2SG3LYwBpyTi | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Farm | Farm | FarmuwXPWXvefWUeqFAa5w6rifLkq5X6E8bimYvrhCB1 | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Meteora DLMM Vault | Alpha Vault | vaU6kP7iNEGkbmPkLmZfGwiGxd4Mob24QQCie5R9kd2 | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Affiliate | [not listed] | GacY9YuN16HNRTy7ZWwULPccwvfFSBeNLuAQP7y38Du3 | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| [not listed] | DAMM v2 | cpamdpZCGKUy5JxQXB4dcpGPiikHawvSWAd6mEn1sGG | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| [not listed] | DBC | dbcij3LWUppWqq96dh6gJWwBifmcGfLSB5D4DuSMaqN | JADaUV8kvDpDbJr55wxXJHVaBS3VCj8thZZHjfeuCVLd |
| Jupiter Aggregator v6 | [not listed] | JUP6LkbZbjS1jKKwapdHNy74zcZ3tLUZoi5QNyVTaV4 | CvQZZ23qYDWF2RUpxYJ8y9K4skmuvYEEjH7fK58jtipQ |
| Mercurial Stable Swap | Mercurial Stable Swap | MERLuDFBMmsHnsBPZw2sDQZHvXFMwp8EdjudcU2HKky | CvQZZ23qYDWF2RUpxYJ8y9K4skmuvYEEjH7fK58jtipQ |
| [not listed] | Lock | LocpQgucEQHbqNABEYvBvwoxCPsSbG91A1QaQhQQqjn | CvQZZ23qYDWF2RUpxYJ8y9K4skmuvYEEjH7fK58jtipQ |
| [not listed] | Dynamic Fee Sharing | dfsdo2UqvwfN8DuUVrMRNfQe11VaiNoKcMqLHVvDPzh | DHLXnJdACTY83yKwnUkeoDjqi4QBbsYGa1v8tJL76ViX |
| Metaplex Token Metadata | [not listed] | metaqbxxUerdq28cj1RbAWkYQm3ybzjb6a8bt518x1s | 6Vwz7AXYG6V1TUPP3KWYZncMEvUv6iPSFbfHDCLRcjtz |
| Token | [not listed] | TokenkegQfeZyiNwAJbNbGKPFXCWuBvf9Ss623VQ5DA | N/A (Solana Program) |
| Associated Token Account | [not listed] | ATokenGPvbdGVxr1b2hvZbsiqW5xWH25efTNsLJA8knL | N/A (Solana Program) |
| System | [not listed] | 11111111111111111111111111111111 | N/A (Solana Program) |
| Compute Budget | [not listed] | ComputeBudget111111111111111111111111111111 | N/A (Solana Program) |

---

[1] *See* https://web.archive.org/web/20250126123200/https://docs.meteora.ag/resources/meteora-program-ids

[2] *See* https://docs.meteora.ag/developer-guide/home

[3] Retrieved on July 28, 2025, from https://solscan.io/.