## APPENDIX C: BLOCKCHAIN ADDRESSES - WALLETS

| Defined Term | Type | Address |
|---|---|---|
| M3M3 Mint Wallet | Wallet | AiFTyukukUsKjEVtREpD9QENfe8SKuKZYmYVLrUVQU4q |
| LIBRA Wallet 1 | Wallet | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| LIBRA Wallet 2 | Wallet | 61yKS9bjxWdqNgAHt439DfoNfwK3uKPAJGWAsFkC5M4C |
| SOL Wallet 1 | Wallet | FTjLYkNARZHnqekpKj5mHzbJx7EqW1fSr15Ec4oijBUQ |
| SOL Wallet 2 | Wallet | B9KTwxhc9e6qrjw5nfmhgcN38oKFTBtnef8AwaTPVQ6q |
| SOL Wallet 3 | Wallet | XNFXF4svhrYVhGWQW6HX26QpPtVFvDyuC4nT5XwSwg5 |
| Gj9es Address | Wallet | Gj9esbWVNJyy55SDJzYudMAznewqmW3Xb6GpUakcCNwT |
| FdWhT Address | Wallet | FdWhTThthSN7mbcmBgh18dzogi1dXqQqBb6BnnzZEJJn |
| 42rex Address | Wallet | 42rex5yRsP1mdAKHzB5avDzagT6mqB5uYPergUFZ2Tgn |