**APPENDIX D:  BLOCKCHAIN ADDRESSES – LIQUIDITY POOLS**

| Defined Term | Address |
|---|---|
| M3M3 Liquidity Pool | 79raiHK7DDEGYAQ5dCgKd55GtoxaytvdDZKLEbCM3gRy |
| Meteora Pool Address | BzzMNvfm7T6zSGFeLXzERmRxfKaNLdo4fSzvsisxcSzz |
| Meteora Pool S1 Address | 3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S |
| Meteora Pool S2 Address | 2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1 |