# Appendix E



**Co-Founder**
Jan 2018 - Dec 2020 · 3 yrs
New York City Metropolitan Area

**Cofounder**
Minute Inc.
Aug 2016 - Sep 2017 · 1 yr 2 mos

Show all 13 experiences →

## Skills

**Corporate Branding**
3 endorsements

**Product Management**
5 endorsements

Show all 7 skills →

## Patents

**Powered surgical apparatus, method of manufacturing powered surgical apparatus, and method of using powered surgical apparatus**
US 7,416,539 · Issued Aug 26, 2008

See patent

A powered surgical apparatus can be used with a source of irrigation fluid and a source of suction. The powered surgical apparatus can include a cutting blade…

**Other inventors**
 10

## Interests

**Top Voices**    Companies    Groups

**Nir Eyal**  · 2nd

Former Stanford lecturer helping you make sense of the science | Bestselling author of Hooked & Indistractable (>1M sold)
357,893 followers

+ Follow

**Reid Hoffman**  · 2nd

Co-Founder, LinkedIn, Manas AI & Inflection AI. Author of Superagency. Investor at Greylock.
2,715,985 followers

+ Follow

Show all Top Voices →

**More profiles for you**

**Jitendra Gupta** · 2nd

Founder @ Jupiter(Co-created banking experience) and @Citrus Pay, @Lazypay

+ Follow

**Chad Munroe** · 2nd
Co-Founder & CEO @ Jupiter
+ Connect

**Hayden Davis** · 3rd
Group Product Line Manager - Artificial Intelligence
Message

**Anatoly Yakovenko**  · 3rd
Co-founder @ Solana
Message

**Mohd Izuddin Helmi Adnan**  · 3rd
Building great UX for Solana, DeFi, and Web3.
Message

Show all

### People you may know
From Ben's job title

**Najeeba Hayat**
Founder and CEO at Liudmila Est.
+ Connect

**Himmat Singh Chouhan**
Founder ( safeNest - in progress) at SafeNest
+ Connect

**Joe Upchurch**
Co-Founder at NeuraStasis
+ Connect

**Jocelyn Telles** 
Entrepreneur | Coffee Shop Owner | Former Finance Professional
+ Connect

**Tonya Reznikovich** 
Co-Founder at Gato
+ Connect

Show all

### You might like
Newsletters for you

**The Popcorn Report**
If you knew everything about Tomorrow, what would you do differently Today?
Published monthly

 Faith Popcorn



Snack on This
**Subscribe**

Smart takes and snackable updates from the innovators at Antithesis Foods
Published monthly

Antithesis Foods Inc.

**Subscribe**

Show all