# Appendix G

OnDemandTalent

# Developer Relations

Remote

New York, New York, United States  ·  San Francisco, California, United States

Developers

---

## Job description

**Location:**
- **Remote**

**About the Company:**

We are one of the most innovative and well-capitalized teams building on **Solana**, dedicated to reviving **DeFi's original mission -** empowering retail users to profitably provide on-chain liquidity.

Our flagship product, a **Dynamic Liquidity Market Maker (DLMM),** serves as a core component of Solana's trading infrastructure and, powering token launches and supporting many of the most active protocols in the ecosystem. With hundreds of millions in Total Value Locked (TVL) and a vibrant, high-volume liquidity provider community, we operate at the center of Solana DeFi alongside other top-tier teams.

This is a product-first company backed by strong revenue, a bold long-term vision, and the capital to build and scale with confidence.

**Position Overview:**

We're hiring a **Developer Relations Engineer** to be the technical bridge between the protocol and the growing ecosystem of builders integrating with it. You'll empower teams by improving developer tooling, supporting integrations, maintaining open-source resources, and advocating for developer needs. If you're passionate about helping others build, love solving complex technical challenges, and thrive in dynamic, fast-moving environments, so this is the role for you.

**Key Responsibilities**
- Maintain and improve open-source SDKs and tooling that interface with the protocol's smart contracts
- Provide responsive, high-quality technical support to ecosystem developers (especially during US Eastern hours)
- Collaborate with APAC teammates to ensure global 24/7 developer coverage
- Build new tools, documentation, examples, and features to reduce integration friction
- Serve as both an internal advocate for developers and an external evangelist for the protocol
- Participate in community calls, events, and technical discussions to foster adoption and feedback

## Job requirements

- Strong communication skills and a passion for helping others succeed
- Proven experience as a developer, ideally in a fast-paced or startup-like environment
- Proficient in writing clean, reusable, and well-documented code
- Comfortable with Solana, DeFi, or blockchain development (preferred but not required)
- Based in or willing to work **overlapping hours with Eastern Time (ET)**
- Collaborative mindset, with experience working across distributed and cross-functional teams

Grab the chance and don't lose it. Apply now!