# Appendix H



### BEN CHOW

**Founder in New York**

✉ Get in touch

Ben first jumped into the startup world in 2006. He was on the founding team of the social gaming company Hive7, which raised a Series A from True Ventures. In 2010, Hive7 was acquired by Disney/Playdom. Ben helped grow that company from 3 to 30 people. In late 2007, he helped design and launch Hive7's hit social game Knighthood, growing that game to over tens of millions of users world- wide, generating six figure monthly revenues.

Prior to Hive7, from 1999 to 2006, Ben was working for IDEO and AKQA. In 2006, Fast Company ranked IDEO #5 and AKQA #48 of the most innovative companies in the world. Ben worked on many award winning projects for clients such as HP, Yahoo, Microsoft, MoMA, Philips, HBO, Ford, Target, Gyrus ENT, Polyvision.

He is a named inventor on patent #7799044 for his work on the DIEGO surgical tool system for Gyrus ENT.

He spent several years in medtech, as head of product for CheckedUp and Cirle, winning a 2015 Best of the Best Red Dot Award for a AR navigation system for cataract surgery.

He tackled loneliness, as cofounder, COO of Friended, a top 100 social app in the iOS store.

He has helped remote teams come closer together as founder of WishWell.

Cofounder of Jupiter Aggregator, Solana's leading DEX aggregator with over $34B in trade volume

Cofounder of Meteora, a top Solana DEX building dynamic liquidity systems to grow sustainable liquidity on Solana

