# Appendix E

Home My Network Jobs Messaging 17 Notifications Me For Business Retry Premi



# Ben Chow · 3rd

Co-Founder at Meteora

- Meteora.ag

New York, New York, United States · Contact info

500+ connections

Message + Follow More

Connect if you know each other Connect

## About

Specialties: user experience design, interactive product design thinking and building, visual design, client liaison, product strategy, project scoping and building design framework

## Activity

853 followers

**Ben hasn't posted yet**
Recent posts Ben shares will be displayed here.

Show all activity →

## Experience

**Co-Founder**
Meteora.ag
Feb 2023 - Present · 2 yrs 6 mos

**Founder**
WishWell
Dec 2020 - Present · 4 yrs 8 mos

**Co-Founder**
Jupiter Aggregator · Full-time
May 2021 - Feb 2023 · 1 yr 10 mos

**Friended**
3 yrs 2 mos

**Advisor**
Dec 2020 - Feb 2021 · 3 mos

**Co-Founder**
Jan 2018 - Dec 2020 · 3 yrs
New York City Metropolitan Area

**Cofounder**
Minute Inc.
Aug 2016 - Sep 2017 · 1 yr 2 mos

Show all 13 experiences →

## Skills

**Corporate Branding**
3 endorsements

**Product Management**
5 endorsements

Show all 7 skills →

## Patents

**Powered surgical apparatus, method of manufacturing powered surgical apparatus, and method of using powered surgical apparatus**
US 7,416,539 · Issued Aug 26, 2008

See patent

A powered surgical apparatus can be used with a source of irrigation fluid and a source of suction. The powered surgical apparatus can include a cutting blade...

**Other inventors**


10

## Interests

Top Voices Companies Groups


**Nir Eyal** · 2nd
Former Stanford lecturer helping you make sense of the science | Bestelling author of Hooked & Indistractable (>1M sold)
357,893 followers

+ Follow


**Reid Hoffman** · 2nd
Co-Founder, LinkedIn, Manas AI & Inflection AI. Author of Superagency. Investor at Greylock.
2,715,985 followers

+ Follow

Show all Top Voices →

**More profiles for you**


**Jitendra Gupta** · 2nd
Founder @ Jupiter(Co-created banking experience) and @Citrus Pay, @Lazypay

+ Follow

**Chad Munroe** · 2nd
Co-Founder & CEO @ Jupiter
Connect

**Hayden Davis** · 3rd
Group Product Line Manager - Artificial Intelligence
Message

**Anatoly Yakovenko** · 3rd
Co-founder @ Solana
Message

**Mohd Izuddin Helmi Adnan** · 3rd
Building great UX for Solana, DeFi, and Web3.
Message

Show all

## People you may know
From Ben's job title

**Najeeba Hayat**
Founder and CEO at Liudmila Est.
Connect

**Himmat Singh Chouhan**
Founder ( safeNest - in progress) at SafeNest
Connect

**Joe Upchurch**
Co-Founder at NeuraStasis
Connect

**Jocelyn Telles**
Entrepreneur | Coffee Shop Owner | Former Finance Professional
Connect

**Tonya Reznikovich**
Co-Founder at Gato
Connect

Show all

## You might like
Newsletters for you

**The Popcorn Report**
If you knew everything about Tomorrow, what would you do differently Today?
Published monthly
Faith Popcorn

+ Subscribe

**Snack on This**

Smart takes and snackable updates from the innovators at Antithesis Foods

Published monthly

Antithesis Foods Inc.

+ Subscribe

Show all