

July 30, 2025

**Via E-File**

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      **Re:**   *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

      We write on behalf of our client, Defendant Hayden Davis ("Davis"), and respectfully request an extension to answer Plaintiffs' Amended Class Action Complaint, filed July 30, 2025, (the "Amended Complaint") until 60 days after the filing of the Amended Complaint, to align the schedule with that set forth in ECF Nos. 9 and 10.

      Good cause exists because the other appearing defendant has an answer deadline set for 60 days after the filing of the Amended Complaint (see ECF Nos. 9 and 10) such that a consolidated briefing schedule is in the interest of justice, conservation of the parties' resources, and judicial efficiency.

      Defendant Davis conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief requested.

Letter to Judge Rochon
July 30, 2025
Page 2

Respectfully submitted on July 30, 2025.

                                                               */s/ George M. Padis*
                                                               **SBAITI & COMPANY PLLC**
                                                               **Mazin A. Sbaiti, Esq.**
                                                               New York Bar No. 4339057C
                                                               **George M. Padis (Admitted *Pro Hac Vice*)**
                                                                Texas Bar No. 24088173
                                                               2200 Ross Avenue – Suite 4900W
                                                               Dallas, TX 75201
                                                               T: (214) 432-2899
                                                               F: (214) 853-4367
                                                               E: mas@sbaitilaw.com
                                                               george.padis@sbaitilaw.com

                                                               **M. CRIS ARMENTA, P.C.**
                                                               M. Cris Armenta
                                                               *Pro Hac Vice forthcoming*
                                                               cris@crisarmenta.com
                                                               217 Clancy Way
                                                               Bozeman, MT 59718
                                                               T:: (310) 488-2080
                                                               F: (310) 421-1021
                                                               E: cris@crisarmenta.com

                                                               ***COUNSEL FOR HAYDEN DAVIS***

cc:  All Counsel via ECF