

August 5, 2025

**Via E-File**

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY  10007

      Re:    *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

      We write on behalf of Defendant Hayden Davis to clarify a discrepancy between the minute entry on the electronic docket and the text of the Court's order, ECF No. 116.  The minute entry states, "All Defendants shall answer or otherwise respond to the Amended Complaint no later than September **29**, 2025," which is a Monday.  But the Court's order states, "All Defendants shall answer or otherwise respond to the Amended Complaint no later than September **28**, 2025," which is a Sunday.  (Emphasis added in both instances.)

      Thus, we respectfully request that the deadline for all Defendants to answer or otherwise respond to the Amended Class Action Complaint be set for no later than Monday, September 29, 2025.  We conferred with counsel for Plaintiffs, and Plaintiffs do not oppose the relief requested.  We also conferred with counsel for Defendant Benjamin Chow, and Defendant Chow does not object to the relief requested.

Respectfully submitted on August 5, 2025.

                         */s/ George M. Padis*
                         **SBAITI & COMPANY PLLC**
                         **Mazin A. Sbaiti, Esq.**
                         New York Bar No. 4339057C
                         **George M. Padis (Admitted *Pro Hac Vice*)**
                         Texas Bar No. 24088173
                         2200 Ross Avenue – Suite 4900W
                         Dallas, TX 75201
                         T: (214) 432-2899
                         F: (214) 853-4367
                         E: mas@sbaitilaw.com
                         george.padis@sbaitilaw.com

Letter to Judge Rochon
August 5, 2025
Page 2

**M. CRIS ARMENTA, P.C.**
M. Cris Armenta
*Pro Hac Vice forthcoming*
 cris@crisarmenta.com
217 Clancy Way
Bozeman, MT 59718
T:: (310) 488-2080
F: (310) 421-1021
E: cris@crisarmenta.com

***COUNSEL FOR HAYDEN DAVIS***

cc:  All Counsel via ECF