UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of themselves and all others similarly situated*,<br><br>                    Plaintiffs,<br><br>-against-<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>                    Defendants. | Case No. 1:25-cv-03891 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 21, 2025, Plaintiff Omar Hurlock filed an *ex parte* motion for a temporary restraining order ("TRO") and a preliminary injunction ("PI") to extend the terms of the TRO through the pendency of this litigation. *See* Dkt. 13. On May 27, 2025, the Court granted the motion for a TRO, set an expedited briefing schedule on the PI motion, and scheduled a hearing on the PI motion for June 9, 2025. *See* Dkt. 19. On the consent of all appearing parties, the Court adjourned the PI hearing to August 19, 2025, and extended the TRO through that date to accommodate an enlarged briefing schedule. *See* Dkts. 21, 62.

For the reasons stated on the record at the August 19, 2025 hearing, it is hereby ORDERED that Plaintiff's motion for a preliminary injunction at Dkt. 13 is DENIED and that the TRO at Dkt. 19 is DISSOLVED.

It is further ORDERED that Defendant Davis's Motion to Dismiss at Dkt. 86 is DENIED as MOOT without prejudice to refiling with respect to the First Amended Complaint.

      The Clerk of Court is respectfully directed to terminate the pending motions at Dkts. 13, 42, and 86, and release the posted bond.

Dated: August 19, 2025
       New York, New York

                                                                                       SO ORDERED.

                                                                       *Jennifer Rochon*
                                                                    JENNIFER L. ROCHON
                                                                    United States District Judge