UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,<br><br>  *Plaintiffs*,<br><br>v.<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, and BENJAMIN CHOW,<br><br>  *Defendants*. | Case No.: 1:25-cv-03891-JLR<br><br>Hon. Jennifer L. Rochon |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Hoppin Grinsell LLP and Hoppin Grinsell attorneys Margaret B. Hoppin, Timothy W. Grinsell, and Joshua S. Molder hereby move to withdraw as counsel in this action for Plaintiffs Omar Hurlock and Anuj Mehta. As set forth in the accompanying Declaration of Margaret B. Hoppin, Movants seek leave to withdraw pursuant to New York Rules of Professional Conduct 1.16(b)(3), 1.16(c)(4), and 1.16(c)(8). Hoppin Grinsell hereby asserts and preserves an attorney's charging lien under N.Y. Judiciary Law § 475 on any settlement, judgment, or other monetary recovery obtained for the Plaintiffs or putative classes in this action, for the quantum meruit value of Hoppin Grinsell's services and reimbursable costs. Hoppin Grinsell will seek such an award at an appropriate time pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure.

Movants further request permission pursuant to Rule 4.B of Your Honor's Individual Rules of Practice in Civil Cases and Standing Order 19-MC-00583 of the U.S. District Court for the

Southern District of New York to file the accompanying Declaration of Margaret B. Hoppin (i) publicly with redactions, and (ii) *ex parte* under electronic seal without redactions. Submissions in support of motions to withdraw as counsel are routinely filed in this manner to "thread th[e] needle" "of disclosing sufficient information to establish grounds for withdrawal on the one hand, while not disclosing privileged [information] or client confidences on the other." *Luxwear Ltd. v. Adaptiv Rsch. & Dev. Grp.*, 2023 WL 3011912, at *2 (S.D.N.Y. Mar. 30, 2023) (internal quotation marks and citations omitted). Movants' proposed submission is redacted to the limited extent necessary to avoid such improper disclosures.

DATED:    August 21, 2025         Respectfully submitted,
          New York, NY

                                  **HOPPIN GRINSELL LLP**

                                  By:  */s/ Margaret B, Hoppin*
                                       Margaret B. Hoppin
                                       Timothy W. Grinsell
                                       Joshua S. Molder
                                       11 Hanover Square, Ste. 1405
                                       New York, NY 10005
                                       Tel:  646.475.3550
                                       margot@hoppingrinsell.com
                                       tim@hoppingrinsell.com
                                       josh@hoppingrinsell.com