**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, and BENJAMIN CHOW, <br><br> *Defendants*. | Case No.:  1:25-cv-03891-JLR <br><br> Hon. Jennifer L. Rochon |

**DECLARATION OF MARGARET B. HOPPIN**

Pursuant to 28 U.S.C. § 1746, I, Margaret B. Hoppin, declare under penalty of perjury that the following is true and correct to the best of my knowledge and belief:

1.  I am a Partner at Hoppin Grinsell LLP ("Hoppin Grinsell"), co-counsel to plaintiffs in this putative class action lawsuit.  I submit this Declaration in support of the accompanying motion to withdraw pursuant to Local Civil Rule 1.4 filed on behalf of Hoppin Grinsell, Margaret B. Hoppin, Timothy W. Grinsell, and Joshua S. Molder.

2.  This action was filed in state court on March 17, 2025 by Burwick Law, PLLC ("Burwick Law") on behalf of Plaintiff Omar Hurlock and a proposed class of similarly-situated $LIBRA investors.  ECF No. 1.

3.  On April 19, 2025, Hoppin Grinsell and Burwick Law filed a separate putative class action lawsuit styled *Clarke v. Chow*, No. 1:25-cv-03268 (SDNY) ("*Clarke*"), which was assigned

to this Court.

4.    On May 9, 2025, Defendant Benjamin Chow removed this action to federal court and requested it be designated "related" to *Clarke*.  ECF No. 3.  That request was granted on May 14.

5.    On May 20, 2025, Timothy J. Treanor of Treanor Devlin Brown, PLLC ("TDB") entered an appearance in this action on behalf of Mr. Hurlock and the proposed class.  ECF No. 11.  On May 21, 2025, TDB filed a motion for a temporary restraining order and preliminary injunction on their behalf (the "PI Motion").  ECF Nos. 13-17.

6.    On June 2, 2025, I entered an appearance in this action on behalf of Mr. Hurlock.  ECF No. 22.   On June 20, 2025, my partner Timothy W. Grinsell did the same.  ECF No. 38.  On June 26, 2025, the Court granted the motion for *pro hac vice* admission filed by Hoppin Grinsell associate Joshua S. Molder.  ECF No. 51.

7.    On June 28, 2025, Mr. Treanor filed a motion to withdraw as counsel to Mr. Hurlock on behalf of himself and TDB.  ECF No. 58.  This Court granted that withdrawal motion on June 30, 2025.  ECF No. 59.

8.    On July 1, 2025, this Court scheduled a hearing on Plaintiffs' PI Motion for August 18, 2025 (the "PI Hearing").  ECF No. 62.

9.    On July 30, 2025, (i) the *Clarke* action was voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and (ii) Plaintiffs in this action filed a First Amended Complaint (ECF No. 115) that includes similar claims to those asserted in *Clarke*, against the same defendants, and on behalf of the same proposed class of $M3M3 investors.

10. Fundamental disagreements about the conduct of this action have arisen between Burwick Law and Hoppin Grinsell.  ██████████████████████

████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████████

13. At about 6:30pm on Saturday, August 16, 2025, Burwick Law emailed Hoppin Grinsell a "Termination Notice" signed by Plaintiff Omar Hurlock.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████

15. At about 11:30am on Monday, August 18, 2025, Burwick Law emailed Hoppin Grinsell a "Termination Notice" signed by Plaintiff Anuj Mehta.

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

3

███████████████████████████████████████████████████████

████████████████████████████████████████

18. Because the Notices terminate Hoppin Grinsell's representation of the named Plaintiffs in this action and direct all Hoppin Grinsell attorneys to withdraw from this action, withdrawal is mandatory under Rules 1.16(b)(3) of the New York Rules of Professional Conduct.

19. Withdrawal is also permitted under Rules 1.16(c)(4) ("the client insists upon taking action with which the lawyer has a fundamental disagreement") and 1.16(c)(8) ("the lawyer's inability to work with co-counsel indicates that the best interest of the client likely will be served by withdrawal").

Respectfully Submitted,

Dated:       August 21, 2025                    /s/ *Margaret B. Hoppin*
             New York, NY                       Margaret B. Hoppin

**HOPPIN GRINSELL LLP**
11 Hanover Square, Ste. 1405
New York, NY 10005
Tel: 646.475.3550
margot@hoppingrinsell.com