UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | Case No. 1:25-cv-03891 (JLR) |

### ~~[PROPOSED]~~ ORDER GRANTING DYNAMICS LABS LIMITED'S MOTION FOR LEAVE FOR LIMITED APPEARANCE

Upon consideration of: (i) Dynamics Labs Limited's ("Dynamic Labs") Motion for Leave for Limited Appearance (the "Motion for Leave"), (ii) the Declaration of Meghan K. Spillane ("Spillane Declaration") and accompanying materials, including (iii) Dynamic Labs' [Proposed] Memorandum of Law in Opposition to Plaintiffs' Motion for an Order Granting Alternative Service and an Extension of Time to Serve Defendant Meteora (the "Opposition"), and (iv) all other pleadings and arguments submitted to this Court, and for good cause shown, **IT IS HEREBY ORDERED THAT** the Motion for Leave is **GRANTED**. Dynamics Labs is granted leave to file the Opposition annexed to the Spillane Declaration as Exhibit 1.

**IT IS SO ORDERED**

.DATED: August 22 , 2025
New York, New York

_____
HON. JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE

1