UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, and BENJAMIN CHOW,<br><br>    *Defendants*. | Case No.: 1:25-cv-03891-JLR<br><br>Hon. Jennifer L. Rochon |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

    Pursuant to Local Civil Rule 1.4, Hoppin Grinsell LLP and Hoppin Grinsell attorneys Margaret B. Hoppin, Timothy W. Grinsell, and Joshua S. Molder hereby move to withdraw as counsel in this action for Plaintiffs Omar Hurlock and Anuj Mehta.  As set forth in the accompanying Declaration of Margaret B. Hoppin, Movants seek leave to withdraw pursuant to New York Rules of Professional Conduct 1.16(b)(3), 1.16(c)(4), and 1.16(c)(8).  Hoppin Grinsell hereby asserts and preserves an attorney's charging lien under N.Y. Judiciary Law § 475 on any settlement, judgment, or other monetary recovery obtained for the Plaintiffs or putative classes in this action, for the quantum meruit value of Hoppin Grinsell's services and reimbursable costs. Hoppin Grinsell will seek such an award at an appropriate time pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure.

    Movants further request permission pursuant to Rule 4.B of Your Honor's Individual Rules of Practice in Civil Cases and Standing Order 19-MC-00583 of the U.S. District Court for the

Southern District of New York to file the accompanying Declaration of Margaret B. Hoppin (i) publicly with redactions, and (ii) *ex parte* under electronic seal without redactions. Submissions in support of motions to withdraw as counsel are routinely filed in this manner to "thread th[e] needle" "of disclosing sufficient information to establish grounds for withdrawal on the one hand, while not disclosing privileged [information] or client confidences on the other." *Luxwear Ltd. v. Adaptiv Rsch. & Dev. Grp.*, 2023 WL 3011912, at *2 (S.D.N.Y. Mar. 30, 2023) (internal quotation marks and citations omitted). Movants' proposed submission is redacted to the limited extent necessary to avoid such improper disclosures.

DATED:   August 21, 2025
         New York, NY

Respectfully submitted,

**HOPPIN GRINSELL LLP**

By:  */s/ Margaret B. Hoppin*
     Margaret B. Hoppin
     Timothy W. Grinsell
     Joshua S. Molder
     11 Hanover Square, Ste. 1405
     New York, NY 10005
     Tel: 646.475.3550
     margot@hoppingrinsell.com
     tim@hoppingrinsell.com
     josh@hoppingrinsell.com

---

Hoppin Grinsell LLP's motion to withdraw as counsel for Plaintiffs is GRANTED. Counsel has demonstrated satisfactory reasons for withdrawal. *See* Loc. Civ. R. 1.4(b).

The request to file the unredacted declaration at Dkt. 142 under seal is also GRANTED. The proposed redactions are narrowly tailored to preserve confidential attorney communications and avoid prejudice to Plaintiffs, consistent with *Lugosch* and its progeny. *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006); *see, e.g., Vick ex rel. Vinco Ventures, Inc. v. Hudson Bay Master Fund Ltd.*, No. 24-cv-00446 (JGLC) (KHP), 2024 WL 923417, at *1 (S.D.N.Y. Mar. 4, 2024) (granting motion to seal *ex parte* submission in support of motion to withdraw and noting that "[c]ourts 'routinely' allow papers submitted in connection with a motion to withdraw to be filed under seal 'where necessary to preserve the confidentiality of the attorney-client relationship between a party and its counsel' and to protect the client from being prejudiced by the motion" (citation omitted) (collecting cases)).

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 140 and to update the docket to terminate Hoppin Grinsell LLP.

Dated:  August 22, 2025
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

2