**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | **Case No.: 1:25-cv-03891-JLR**<br><br>Hon. Jennifer L. Rochon |

**NOTICE OF PLAINTIFFS' MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 52(b)**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Max Burwick dated September 16, 2025, with exhibits, Plaintiffs' Proposed Findings of Fact and Conclusions of Law, and all prior proceedings and filings in this action, Plaintiffs respectfully move this under Federal Rule of Civil Procedure 52(b) to make additional findings and amend the Court's August 19, 2025 order accordingly, as set forth in Plaintiffs' Proposed Findings of Fact and Conclusions of Law and grant such other and further relief as the Court deems just and proper.

Plaintiffs further request such other and further relief as the Court deems just and proper.

Dated: September 16, 2025

New York, New York

                                    Respectfully Submitted,

                                    By: /s/ Max Burwick
                                    Max Burwick
                                    **Burwick Law, PLLC**
                                    43 W 43rd St., Suite 114
                                    New York, NY 10036
                                    (646) 762-1080
                                    max@burwick.law

                                    *Counsel for Plaintiffs Omar Hurlock & Anuj Mehta*