

September 18, 2025

**Via E-File**

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

> Request GRANTED. The Kelsier Defendants may file a consolidated memorandum of law in support of their anticipated motion to dismiss. The word limit for the consolidated memorandum shall be enlarged to 20,000 words. Plaintiffs may file a consolidated opposition brief not to exceed 12,000 words.
>
> Dated: September 19, 2025      **SO ORDERED.**
> New York, New York
>
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

Regarding the September 29, 2025 deadline to respond to Plaintiffs' Amended Class Action Complaint [Dkt. No. 115], Defendants Kelsier Labs, LLC d/b/a Kelsier Ventures, Hayden Mark Davis, Gideon Davis, and Charles Thomas Davis (together, "Kelsier Defendants") respectfully request leave of court to file a consolidated memorandum of law in support of their forthcoming motion to dismiss not to exceed 20,000 words.

Good cause exists for leave to be granted. Instead of filing four individual memorandums of law at 8,500 words each, totaling up to 34,000 words, Defendants request leave to file a consolidated memorandum of law not to exceed 20,000 words on behalf of all four Kelsier Defendants. In addition to streamlining the briefing, we note that Plaintiffs' amended class action complaint consists of 109 pages and 465 paragraphs, and their principal civil RICO claims implicates numerous elements and sub-elements, thus making the requested 20,000-word limit necessary and reasonable to address the deficiencies under Rules12(b)(6 and 9(b).

Kelsier Defendants' counsel have conferred with counsel for Plaintiffs, who is not opposed to the relief requested.[1]

*Signature on next page*

---

[1] Plaintiffs' counsel has also requested the following "terms:" Plaintiffs' opposition may be up to 12,000 words, a single consolidated reply for "all moving defendants" up to 7,000 words, and no separate briefs or incorporation by reference to additional arguments outside the consolidated papers. Kelsier Defendants will not oppose a motion by Plaintiffs for leave for Plaintiffs to file a consolidated opposition up to 12,000 words; however, we cannot speak for "all moving defendants"—but would not oppose such a motion. Kelsier Defendants do not intend to file separate briefs or incorporate by reference additional arguments.

Letter to Judge Rochon
September 18, 2025
Page 2

Respectfully submitted,

*/s/ George M. Padis*

**Mazin A. Sbaiti**
New York Bar No. 4339057
**George M. Padis** (*Pro Hac Vice*)
Texas Bar No. 24088173
2200 Ross Avenue – Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
　　george.padis@sbaitilaw.com

*Counsel for Defendants Kelsier Labs, LLC d/b/a Kelsier Ventures, Hayden Mark Davis, Gideon Davis, and Charles Thomas Davis*

**M. CRIS ARMENTA, P.C.**
M. Cris Armenta (*Pro Hac Vice*)
217 Clancy Way
Bozeman, MT 59718
T:: (310) 488-2080
F: (310) 421-1021
E: cris@crisarmenta.com

*Counsel for Hayden Mark Davis*

cc:  All Counsel via ECF