# **Exhibit D**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | **Case No.: 1:25-cv-03891-JLR**<br><br>Hon. Jennifer L. Rochon |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' LETTER-MOTION TO FILE MATERIALS UNDER SEAL

    WHEREAS, Plaintiffs moved by letter-motion for leave to file certain confidential-informant materials under seal and to maintain them in camera at this stage (the "CI Materials"), asserting that sealing is narrowly tailored to protect higher values, including safety and anonymity of a non-party confidential informant, and proposing that only sanitized public versions appear on the docket; and the Court has considered that submission, its supporting documents, and the record of this case.

The Court, having weighed the presumption of public access against the higher values asserted and finding that the requested sealing is narrowly tailored to protect those interests at this stage, it is hereby:

ORDERED that Plaintiffs' letter-motion for leave to file the CI Materials under seal is **GRANTED**; and it is further

ORDERED that Plaintiffs may file under seal unredacted versions of the CI Materials as described in their letter-motion; such materials shall be maintained in camera and accessible only to the Court and authorized court personnel unless and until the Court orders otherwise; and it is further

ORDERED that nothing in this Order resolves or addresses Plaintiffs' separate request for entry of a protective order; that request will be addressed separately, and the parties' rights are otherwise preserved; and it is further

ORDERED that this sealing determination is without prejudice to future applications to unseal or modify and may be revisited by the Court as the litigation progresses.

**IT IS SO ORDERED** this \_\_\_\_ day of October, 2025.

HON. JENNIFER L. ROCHON  
UNITED STATES DISTRICT  
JUDGE