# Exhibit A

**A-1**



**A-2**



**A-3**



**A-4**



**A-5**



**A-6**



**A-7**



**A-8**



9

**A-9**



**A-10**



**A-11**



**A-12**



**A-13**



14

**A-14**



15