UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | **Case No.: 1:25-cv-03891-JLR**<br><br>Hon. Jennifer L. Rochon |

### NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Max Burwick with exhibits, and all prior proceedings and filings in this action, Plaintiffs respectfully move under Rule 15(a)(2) and Rule 16(b)(4) for leave to file a Second Amended Complaint and to modify the scheduling order for good cause. Plaintiffs respectfully request that the Court:

1. Pursuant to Federal Rule of Civil Procedure 15(a)(2), grant Plaintiffs motion for leave to file a Second Amended Complaint ("SAC") to incorporate newly-available evidence,

2. Pursuant to Federal Rule of Civil Procedure 16(b)(4) modify the scheduling order for good cause.

3. Grant any such further relief that the Court deems just and proper.

Dated: October 21, 2025
New York, New York

By: */s/ Max Burwick*

**BURWICK LAW PLLC**

Max Burwick
1 World Trade Center
84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

*Counsel for Plaintiffs Omar Hurlock & Anuj Mehta*