UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of himself and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | **Case No.: 1:25-cv-03891-JLR**<br><br>Hon. Jennifer L. Rochon |

## DECLARATION OF MAX BURWICK IN SUPPORT OF PLAINIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

I, Max Burwick, declare pursuant to 28 U.S.C. § 1746:

1. I am counsel for Plaintiffs in this action. I submit this declaration in support of Plaintiffs' Motion for Leave to File a Second Amended Complaint.

2. I have personal knowledge of the facts herein.

3. Attached as Exhibit A is a true and correct copy of Plaintiffs' proposed Second Amended Complaint.

4. Attached as Exhibit B is a true and correct copy of a redline comparing the proposed Second Amended Complaint with the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 21, 2025
New York, New York

                                           */s/ Max Burwick*

                                           Max Burwick

Case 1:25-cv-03891-JLR   Document 205   Filed 10/21/25   Page 3 of 3