**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | Case No. 1:25-cv-03891 (JLR) |

**DECLARATION OF MEGHAN K. SPILLANE IN SUPPORT OF DYNAMIC LABS LIMITED'S MOTION TO DISMISS <u>THE AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to 28 U.S.C. § 1746, I, MEGHAN K. SPILLANE, ESQ., declare under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Goodwin Procter LLP, and I am counsel for Dynamic Labs Limited.

2. I respectfully submit this Declaration in Support of Dynamic Labs Limited's Motion to Dismiss the Amended Class Action Complaint.

3. Attached hereto as **Exhibit A** is a true and correct copy of a post on the social media platform X by the @MeteoraAG account dated January 31, 2025.

4. Attached hereto as **Exhibit B** is a true and correct copy of a post on the social media platform X by the @WEAREM3M3_ account dated December 5, 2024.

5. Attached hereto as **Exhibit C** is a true and correct copy of a post on the social media platform X by the @WEAREM3M3_ account dated January 13, 2025.

6. Attached hereto as **Exhibit D** is a true and correct copy of the State of Delaware Annual Franchise Tax Report of Dynamic Labs, Inc., dated February 25, 2025.

7. This declaration is made based on my good faith understanding of the facts as of this date, and I reserve all rights to modify or supplement this declaration.

Date: October 31, 2025
New York, New York

*/s/ Meghan K. Spillane*
Meghan K. Spillane