# Exhibit A

M3M3 reposted

**Meteora**
@MeteoraAG

X.com

**1/ Currently, over $800,000 in fee rewards are being distributed to all the top stakers in M3M3.**

But how does the fee reward distribution work?

Here’s all you need to know in a few tweets: 👇




1:40 PM · 1/31/25 · **54K** Views

35 75 391 55