# Exhibit B

**M3M3** @WEAREM3M3_ · Dec 5, 2024

Over $4.5M in total rewards. 🤑

$200K+ DAILY to the top 999 Stakers. 🔒




14 11 129 7.7K