# Exhibit C

**M3M3** @WEAREM3M3_ · 1/13/25

M3M3 Monthly #1

The (3,3) community is gaining momentum. Check out what we've achieved in our first month. 🔥

Higher.




32 65 266 8.4K


M3M3
RECAP 001
MILESTONES
REACHED 20% OF SUPPLY STAKED
OVER $205M TRADING VOLUME
18K X/TWITTER FOLLOWERS
25K TELEGRAM MEMBERS
20K HOLDERS
OVER $5M FEES REWARDS REDISTRIBUTED BACK TO STAKERS
M3M3 NOTEABLE HIGHLIGHTS
$M3M3 BECAME THE OFFICIAL MEMECOIN OF METEORA AND THE FIRST TOKEN TO LAUNCH ON M3M3
AIRDROPPED 20% OF $M3M3 SUPPLY TO LOYAL METEORA USERS, SOLANA NFT PROJECTS, AND DAOS
CREATED THE M3M3 SCORE A NEW WAY TO MEASURE COMMUNITY ACTIVITY AROUND AIRDROPS
ALL $M3M3 STAKERS RECEIVED AIRDROPS FROM $LGTB, $PUMPAI, AND MORE
LISTINGS
KUCOIN
moonshot
MEXC
Banx
BAGS.GG
CoinGecko
Solcasino.io
CoinMarketCap
SonarWatch
PARTNERSHIPS/ CAMPAIGNS
KUCOIN LISTING CAMPAIGN
TRADE TO EARN SHARE OF 795,000 $M3M3 PRIZE POOL
KUCOIN LISTING CAMPAIGN
FOLLOW/LIKE/SHARE CONTEST 20,000 $M3M3 TO 100 WINNERS
VECTOR TRADING COMPETITION
TRADE $M3M3 ON VECTOR TO EARN SHARE OF PRIZE POOL
KAMINO INCENTIVE POOL
M3M3-SOL VAULT WILL RECEIVE 550K $M3M3 IN INCENTIVES OVER 3 MONTHS
SOLSNIPER TRADING COMPETITION
TOP 25 $M3M3 TRADERS ON SNIPERX WIN SHARE OF $15K PRIZE POOL