# Exhibit D

# State of Delaware
# Annual Franchise Tax Report

| CORPORATION NAME | TAX YR. |
|---|---|
| DYNAMIC LABS, INC. | 2024 |

| FILE NUMBER | INCORPORATION DATE | RENEWAL/REVOCATION DATE |
|---|---|---|
| 6463436 | 2021/12/09 | |

**PRINCIPAL PLACE OF BUSINESS**
382 NORTHEAST 191ST STREET, PMB 29339
MIAMI, FL 33179

**PHONE NUMBER**
(617)459-0905

**REGISTERED AGENT**
COGENCY GLOBAL INC.
850 NEW BURTON ROAD
SUITE 201
DOVER DE 19904

**AGENT NUMBER**
9070044

**AUTHORIZED STOCK**

| BEGIN DATE | END DATE | DESIGNATION/ STOCK CLASS | NO. OF SHARES | PAR VALUE/ SHARE |
|---|---|---|---|---|
| 2023/07/14 | | COMMON | 21,000,000 | .0001000000 |
| | | PREFERRED | 7,808,928 | .0001000000 |

| OFFICER NAME | STREET/CITY/STATE/ZIP | TITLE |
|---|---|---|
| ITAI TURBAHN | 918 VAN AUKEN CIRCLE<br>PALO ALTO, CA 94303 | CEO |

| DIRECTORS NAME | STREET/CITY/STATE/ZIP |
|---|---|
| ITAI TURBAHN | 918 VAN AUKEN CIRCLE<br>PALO ALTO, CA 94303 |
| JONATAN GOLDBERG KIDON | 75 NE 92ND ST<br>MIAMI SHORES, FL 33138 |

*NOTICE: Pursuant to 8 Del. C. 502(b), If any officer or director of a corporation required to make an annual franchise tax report to the Secretary of State shall knowingly make any false statement in the report, such officer or director shall be guilty of perjury.*

| AUTHORIZED BY (OFFICER, DIRECTOR OR INCORPORATOR) | DATE | TITLE |
|---|---|---|
| KYLE WALKER<br>984 VALLEY DR<br>KNOXVILLE, TN 37920 US | 2025/02/25 | ACCOUNTANT |