# EXHIBIT A

**From:** Wiley, Miles C.
**Sent:** Monday, September 22, 2025 5:58 PM
**To:** Max Burwick; 'brendan.johnson@burwick.law'; Emily Latina; 'Dave Goldman'; Peter Rowe
**Cc:** Enzer, Samson; Mortenson, Gregory; Simard, Danielle
**Subject:** Hurlock Action- Potential Complaint Amendment

Good evening Max,

We understand that you are contemplating seeking leave under Rule 15 to file an amended complaint.

Given that our motion to dismiss the currently operative complaint is due Monday, we need to know as soon as possible if you intend to seek leave to amend. Please let us know either way.

If you are planning to seek leave to amend, we respectfully request a copy of the proposed amended pleading as soon as possible.

Thanks,
Miles

---

**Miles C. Wiley, IV** *(he/him/his)* **| Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3395 | **m**: +1.703.203.8361 | MWiley@cahill.com
www.cahill.com