# EXHIBIT B

---

**From:** Max Burwick <max@burwick.law>
**Sent:** Wednesday, September 24, 2025 10:00 PM
**To:** Wiley, Miles C.
**Cc:** Enzer, Samson; Mortenson, Gregory; Simard, Danielle
**Subject:** Re: Meet and confer re scheduling- hurlock

Miles -- We don't agree that our filings are Local Rule 6.3 reconsideration. As our papers make clear, we filed a Rule 52(b) motion seeking supplemental findings and, separately, a Rule 54(b)/65 application for a narrow, address-specific preservation injunction.

We oppose any request to resolve our motions by letter. If you intend to submit a letter addressing the merits, we will respond.

We consent to Mr. Chow filing a single consolidated opposition by Wednesday, October 8, 2025. We propose Plaintiffs' consolidated reply by Wednesday, October 15, 2025. We're prepared to file a short letter motion memorializing those dates. If you prefer a joint letter limited to scheduling (and without argument or characterizations), we can do that—please confirm in the morning and we'll circulate language.

Consistent with Rule 43(c), we intend to move by 3-page letter motion for a brief, targeted evidentiary hearing focused on irreparable harm - dissipation/ability-to-move funds and the narrow tailoring of the requested wallet-specific order. Please let us know whether you consent or object so we can reflect your position in our letter.

Our prior note regarding a possible amendment was a courtesy heads-up only and has no bearing on the motions now before the Court. We'll confer with you if and when we decide to seek leave.

We reserve all rights.

Regards,
Max

**Max Burwick, Esq.**
Managing Partner
Burwick Law - www.burwick.law
917-716-6177
BURWICK

**Read more about our firm in the news:**
Wired.com: They Went After the Hawk Tuah Crypto Promoters. Now They're Suing Pump.Fun
Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim
Burwick Law, PLLC

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.

On Wed, Sep 24, 2025 at 9:34 PM Wiley, Miles C. <MWiley@cahill.com> wrote:

Max,

Please let us know if you have any updates on the below, including whether you intend to seek leave to amend the complaint.

We will file the letter requesting that the court deny the Rule 52,54, and 65 motions tomorrow. We will be requesting that the Court deny the motions or, in the alternative, grant Mr. Chow permission to file a consolidated opposition and an extension to respond to the motions until two weeks from any action the Court takes in response to the letter. Please let us know your position on this alternative request for an extension of Mr. Chow's deadline to respond and to file the response in a consolidated fashion.

Thanks,

Miles

---

**Miles C. Wiley, IV** *(he/him/his)* | **Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3395 | **m**: +1.703.203.8361 | MWiley@cahill.com
www.cahill.com

---

**From:** Wiley, Miles C. <MWiley@cahill.com>
**Sent:** Tuesday, September 23, 2025 6:41 PM
**To:** 'Max Burwick' <max@burwick.law>
**Cc:** Enzer, Samson <SEnzer@cahill.com>; Mortenson, Gregory <GMortenson@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Subject:** RE: Meet and confer re scheduling- hurlock

Max,

We object to holding the current opposition in abeyance until the Court rules on Plaintiff's motion for alternative service. We are amenable, however, to amending the current schedule to permit you to file a consolidated opposition on October 28th with replies due on November 18.

We are not later-appearing defendants and take no position on how they should be permitted to respond to the complaint.

We are fine to cancel the meet and confer but there are several additional issues the parties need to address. First—yesterday I asked whether you intend to seek leave to file an amended complaint. Given that our motion to dismiss the operative complaint is due Monday, we need to know as soon as possible if you intend to seek leave to amend. Do you have an update for us?

Second, on September 17th you filed motions under Rules 52, 54, and 65 that are nothing more than a motion for reconsideration of the Court's order denying the preliminary injunction. The motions are facially defective and should be denied for a host of reasons, including because they are untimely under Local Civil Rule 6.3. We intend to ask the Court to deny the motions and, in the alternative, to permit Mr. Chow to respond to the motions by two weeks from tomorrow, Wednesday October 8th, in a consolidated opposition. Please let us know your position on this alternative request for an extension of Mr. Chow's deadline to respond and to file the response in a consolidated fashion.

Third, regarding your request for a hearing and testimony from Mr. Chow, we object on several grounds, including but not limited to because it is not appropriate to submit additional evidence in connection with a motion for reconsideration.

Thanks,

Miles

---

**Miles C. Wiley, IV** *(he/him/his)* **| Partner**
**Cahill Gordon & Reindel LLP**
32 Old Slip, New York, NY 10005
**t**: +1.212.701.3395 | **m**: +1.703.203.8361 | MWiley@cahill.com

www.cahill.com

**From:** Max Burwick <max@burwick.law>
**Sent:** Tuesday, September 23, 2025 6:03 PM
**To:** Wiley, Miles C. <MWiley@cahill.com>
**Cc:** Enzer, Samson <SEnzer@cahill.com>; Mortenson, Gregory <GMortenson@cahill.com>; Simard, Danielle <DSimard@cahill.com>
**Subject:** Re: Meet and confer re scheduling- hurlock

Sam and Miles,

To keep the record clean while Plaintiffs' alternative-service motion as to Meteora is pending, we will handle tonight's scheduling item by email and cancel the 7:15 p.m. meet-and-confer. We're keeping this exchange among counsel of record for the appearing defendants.

Please let us know by 7:30 pm ET whether Cahill (for Mr. Chow) consents, takes no position, or opposes Plaintiffs' attached proposed letter motion seeking a coordinated Rule 12 briefing schedule.

Thanks very much.

Best,
Max

**Max Burwick, Esq.**

Managing Partner

Burwick Law - www.burwick.law

917-716-6177

**Read more about our firm in the news:**
Wired.com: They Went After the Hawk Tuah Crypto Promoters. Now They're Suing Pump.Fun

Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim

Burwick Law, PLLC

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.

On Tue, Sep 23, 2025 at 3:52 PM Max Burwick <max@burwick.law> wrote:

Hi Miles,

Thanks for the quick reply. 7:15-8:00 pm ET works on our end.

Given the narrow purpose, scheduling mechanics for the Rule 12 briefing among the appearing defendants, we're going to keep tonight's meet-and-confer to counsel of record for parties who have appeared. We appreciate that Goodwin now has a limited appearance for Dynamic Labs Limited (DLL), but DLL is not a party, and the alternative-service motion regarding "Meteora" remains pending. To avoid any confusion on appearance, identity, or service, we'll proceed without Goodwin on this call. If DLL would like to address matters within the scope of its limited appearance, we're happy to set a separate time for that.

For tonight, we'll focus on dates. Several defendants have already consented to Plaintiffs' second proposal (consolidated opposition due October 28, 2025, replies November 18, 2025). We're hopeful we can confirm that schedule at 7:15 and file a short letter reflecting the parties' positions.

I'll circulate a brief agenda and meeting invite shortly.

Best,

Max

**Max Burwick, Esq.**

Managing Partner

Burwick Law - www.burwick.law

917-716-6177

**Read more about our firm in the news:**
Wired.com: They Went After the Hawk Tuah Crypto Promoters. Now They're Suing Pump.Fun

Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim

Burwick Law, PLLC

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.

On Tue, Sep 23, 2025 at 1:41 PM Wiley, Miles C. <MWiley@cahill.com> wrote:

Good afternoon Max

We're happy to meet at 7:15 this evening, limit our discussion to scheduling issues, and work to keep this as efficient as possible.

We do not, however, believe that working to schedule a meet and confer about timing issues that may affect everyone is an appropriate time to negotiate conditions like forwarding of documents or who will speak during our discussions.  Goodwin would be participating on behalf of its client, Dynamic Labs Limited, which has already made a limited appearance.

If you are still willing to meet and confer, we look forward to speaking to you this evening.

Best,

Miles

---

**Miles C. Wiley, IV** *(he/him/his)* **| Partner**
**Cahill Gordon & Reindel LLP**

32 Old Slip, New York, NY 10005
**t**: +1.212.701.3395 | **m**: +1.703.203.8361 | MWiley@cahill.com

www.cahill.com

On Sep 23, 2025, at 10:47 AM, Max Burwick <max@burwick.law> wrote:

Hi Miles,

Thanks for reaching out. I can do 7:15-8:00 pm ET this evening. Let me know if that works and I'll circulate a short agenda and a dial-in.

For tonight's call, my aim is to keep this to scheduling mechanics only (Rule 12 timing/coordination and related dates). Given that, it would be most efficient to limit any commitments on the call to counsel of record for the appearing defendants. If Goodwin (Dynamic Labs) wishes to attend, we'll permit it only on the following written conditions, confirmed by 3:00 pm ET:

- Non-party / no representation. Goodwin confirms it does not represent "Meteora" in this action and is not appearing for any party.
- Observer only. Goodwin attends solely as an observer and will not speak or purport to speak for any party.
- Scope. The call is limited to scheduling mechanics (briefing coordination and dates). No merits and no settlement discussions.
- No prejudice to service/jurisdiction. Goodwin's attendance will not be cited as consent to personal jurisdiction, service, or as an appearance, and will not be invoked to argue that Plaintiffs have waived or mooted any aspect of the pending motion for alternative service.
- Forwarding. As a courtesy and to avoid duplication, Goodwin will promptly forward any scheduling order or stipulation to the individuals/entities it has identified as having developed/deployed "Meteora," without conceding representation of those individuals.

To avoid confusion going forward: we are not seeking to serve software. "Meteora" is the common name used by the human operators who design, deploy, and monetize the platform and coordinate with launch teams; our scheduling proposal is tied to the Court's forthcoming alternative-service ruling so those operators receive notice, with all merits issues reserved.

Happy to keep this straightforward. Please confirm 7:15 pm ET, and I'll send the agenda and details.

Best,
Max

**Max Burwick, Esq.**

Managing Partner

Burwick Law - www.burwick.law

917-716-6177

**Read more about our firm in the news:**
Wired.com: They Went After the Hawk Tuah Crypto Promoters. Now They're Suing Pump.Fun

Law.com: Investors Sue in New York Over $440m International Crypto Ponzi Scheme
Rolling Stone: Hawk Tuah Girl Breaks Silence
Bloomberg: Hawk Tuah Memecoin Investors Sue Promoters Over Registration
Law360: Promises of Metaverse Art Club Were A Sham, Investors Claim

Burwick Law, PLLC

Please Note: The information in this E-mail message is legally privileged and confidential information intended only for the use of the individual(s) named above. If you, the reader of this message, are not the intended recipient, you are hereby notified that you should not further disseminate, distribute, copy, or forward this E-mail message. If you have received this E-mail in error, please notify the sender and delete the E mail from your records.

On Tue, Sep 23, 2025 at 8:40 AM Wiley, Miles C. <MWiley@cahill.com> wrote:

> Max,
> We received your request for our position on your proposed rule 12 briefing schedule. Along with your potential complaint amendment, recent motions under 52/54/65, and additional contemplated motions described in those papers, this group would likely benefit from a discussion about scheduling.
>
> We are free from 430-530 today. Are you available in that window to discuss?
>
> Thanks,
> Miles
>
> Miles C. Wiley, IV (he/him/his) | Partner
> Cahill Gordon & Reindel LLP
> 32 Old Slip, New York, NY 10005
> t:+1.212.701.3395 | m:+1.703.203.8361 | MWiley@cahill.com

* * * * * * * * * * * * * * * * * * * * * * *

The information contained in this e-mail message is confidential and may be privileged. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you believe you have received this communication in error, please notify the sender immediately by replying to this email and then delete this email from your system. Thank you.