# BURWICK LAW
### 1 World Trade Center, 84th Fl.
### New York, NY 10007

Request GRANTED. The Plaintiffs are permitted to file a consolidated reply brief no longer than **15,000 words**. That reply will be filed no later than **November 25, 2025**.

November 4, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street New York, NY 10007

Date:   November 5, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

**Re: Hurlock v. Kelsier Labs et al., Case No. 1:25-cv-03891 (JLR)**

Dear Judge Rochon:

Plaintiffs respectfully request leave to file a single consolidated reply brief in response to the forthcoming oppositions to Plaintiffs' motion for leave to file a second amended complaint (ECF No. 203). Plaintiffs renew the urgent concerns detailed in their October 31, 2025 opposition (ECF No. 217) regarding the escalating, ongoing fraud that continues to enrich defendants, create new victims, and dissipate assets. Because the majority of defendants and non-parties will file their opposition to Plaintiffs' 15(a)(2) motion on November 18th, Plaintiffs acknowledge that a consolidated approach is the most efficient path forward and respectfully submit this request.

The current briefing schedule for Plaintiffs' motion for leave has become staggered: (1) Defendant Benjamin Chow's opposition is due November 4, 2025; (2) the oppositions for the Kelsier Defendants (Kelsier Ventures Ltd., Hayden Mark Davis, Gideon Davis, and Charles Thomas Davis) and for Dynamic Labs Limited (DLL) are due November 18, 2025.

This staggered schedule would ordinarily require Plaintiffs to file separate replies on different dates, creating inefficiency. In the interest of judicial economy and to avoid duplicative arguments, Plaintiffs respectfully request permission to file a single consolidated reply brief addressing all oppositions, with a total word limit of 15,000 words.

We respectfully propose that Plaintiffs' consolidated reply brief be due seven (7) days after all oppositions are filed: on November 25, 2025. This approach would streamline the briefing for the Court while ensuring Plaintiffs can adequately address the distinct arguments raised by each set of defendants in an efficient manner.

Plaintiffs' counsel has conferred with counsel for all Defendants regarding this request who indicated they do not oppose Plaintiffs' request to file a consolidated reply brief in support of their motion to file a second amended complaint or the requested 15,000 word limit. This is Plaintiffs' first and only request for an extension of time relating to ECF No. 203.

1

Respectfully submitted,

**BURWICK LAW, PLLC**

By: <u>/s/ Luis Muñoz de la Vega</u>
Luis Muñoz de la Vega
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
luis@burwick.law

*Counsel for Plaintiffs Omar Hurlock  & Anuj Mehta*

cc: All Counsel of Record via ECF