# APPENDIX A: SOCIAL MEDIA ACCOUNTS

| Party | Platform | Channel | Username | Handle | Link | Control Person |
|---|---|---|---|---|---|---|
| B. Chow | Discord[1] | Meteora | 21661210 | n/a | https://discord.com/invite/WwFwsVtvpH | n/a |
| B. Chow | X | n/a | benchow.sol | @hellowchow | https://x.com/hellochow | n/a |
| C. Thomas | X | n/a | Dr. Tom | @cthomasdavis | https://x.com/cthomasdavis | n/a |
| G. Davis | X | n/a | n/a | @gideondavis_ | n/a[2] | n/a |
| H. Davis | LinkedIn | n/a | Hayden Davis | n/a | https://www.linkedin.com/in/hayden-davis-433964296?trk=org-employees | n/a |
| Julian Peh | X | n/a | Julian @ KIP ㊋⋙ | @julian_kip | https://x.com/julian_kip | n/a |
| Jupiter | Discord | Jupiter Space Cadets | n/a | n/a | https://discord.com/invite/JUP | n/a |
| Jupiter | Reddit | r/jupiterexchange | n/a | n/a | https://www.reddit.com/r/jupiterexchange/ | n/a |
| Jupiter | Telegram | Jup Marketing Command Center | n/a | @jup_marketing | https://t.me/jup_marketing | n/a |
| Jupiter | X | n/a | Jupiter (🐱, 🐐) | @JupiterExchange | https://x.com/JupiterExchange | n/a |
| Jupiter | X | n/a | Jupiter Portfolio | @jup_portfolio | https://x.com/jup_portfolio | n/a |
| Jupiter | X | n/a | Jupiter Uplink | @Jup_Uplink | https://x.com/Jup_Uplink | n/a |
| Jupiter | X | n/a | JUP Catdets | @JUPCatdets | https://x.com/JUPCatdets | n/a |
| Jupiter | X | n/a | JupiterDAO | @Jup_dao | https://x.com/Jup_dao | n/a |
| Jupiter | X | n/a | JUP AND JUICE | @JUPANDJUICE | https://x.com/JupAndJuice | n/a |

[1] Discord is a social media platform organized into servers, which contain topic-based channels. Users can subscribe to specific chat rooms, such as the Meteora server. See *Discord*, **Wikipedia**, https://en.wikipedia.org/wiki/Discord; *What Is Discord?*, **Discord Safety Center**, https://discord.com/safety/360044149331-What-is-Discord.

[2] This X account no longer exists

| **Party** | **Platform** | **Channel** | **Username** | **Handle** | **Link** | **Control Person** |
|---|---|---|---|---|---|---|
| Jupiter | YouTube | Jupiter Exchange | n/a | @Jupiter-Exchange | https://www.youtube.com/@Jupiter-Exchange | Meow[3], Kash[4] |
| Kash | X | n/a | Kash (🐱, 🐐) | @kashdhanda | https://x.com/kashdhanda | n/a |
| Kelsier | LinkedIn | n/a | Kelsier | n/a | https://www.linkedin.com/company/kelsier | H. Davis |
| Kelsier | X | n/a | Kelsier | @KelsierVentures | https://x.com/kelsierventures?lang=en | H. Davis[5] |
| KIP | Discord | kipprotocol | n/a | n/a | https://discord.com/invite/Hma2Y | n/a |
| KIP | LinkedIn | n/a | Kip Protocol | n/a | https://www.linkedin.com/company/kip-protocol | J. Peh[6] |
| KIP | Telegram | KIPProtocol_Global | n/a | @KIPProtocol_Global | https://t.me/KIPProtocol_Global | n/a |
| KIP | X | n/a | KIP Protocol | @KIPprotocol | https://x.com/KIPprotocol | J. Peh[7] |
| KIP | YouTube | KIPprotocol | n/a | @KIPprotocol | https://www.youtube.com/@KIPprotocol | n/a |
| M3M3 | Telegram | M3M3ers | n/a | @M3M3ers | https://t.me/M3M3ers | n/a |
| M3M3 | X | n/a | M3M3 | @WEAREM3M3_ | https://x.com/WEAREM3M3_ | n/a |
| Meow | X | n/a | meow | @weremeow | https://x.com/weremeow | n/a |
| Meteora | LinkedIn | n/a | Meteora.ag | n/a | https://www.linkedin.com/company/meteora-ag?trk=public_jobs_topcard-org-name | B. Chow[8] |
| Meteora | Discord | Meteora | n/a | n/a | https://discord.com/invite/WwFwsVtvpH | B. Chow |

[3] *See, e.g.*, *Major Updates for the Jupiverse and Jupiter Platform | JUP Rally,* **YouTube** (Jun. 20, 2025), https://www.youtube.com/watch?v=2Lbs949a108; id. at 4:52:14 ( Meow, cat ).

[4] *See, e.g.*, *Welcome to Jupiter Exchange: Your Ultimate Solana Trading Hub* **YouTube** (___) https://www.youtube.com/watch?v=QB5pY5L-tJ8; id. at__ ("KASH DHANDA Cat Herder, Jupiter")

[5] *See, e.g.*, Hayden Davis (@KelsierVentures), **X** (Feb. 15, 2025), https://x.com/KelsierVentures/status/1890914583910449505; id. at 7:02 pm ("[…] I remain committed to transparency an[d] will continue to provide updates as the situation develops.").

[6] *See, e.g.*, https://julianpeh.com/ (citing a link to **KIP Protocol**, **LinkedIn**, https://www.linkedin.com/company/kip-protocol).

[7] See, e.g., https://julianpeh.com/ (citing a link to **KIP Protocol**, **X**, https://x.com/KIPprotocol).

[8] *See, e.g.*, *https://www.linkedin.com/in/hellochow/* (B. Chow as the Co-Founder in the experience section on LinkedIn)

| **Party** | **Platform** | **Channel** | **Username** | **Handle** | **Link** | **Control Person** |
|---|---|---|---|---|---|---|
| Meteora | Medium | Meteora | n/a | @meteoraag | https://meteoraag.medium.com/ | B. Chow[9], Meow[10] |
| Meteora | X | n/a | Meteora | @MeteoraAG | https://x.com/MeteoraAG | n/a |
| Meteora | YouTube | Meteora | n/a | @meteora-ag | https://www.youtube.com/@meteora-ag | B. Chow[11] |
| Moty Povolotsky | X | n/a | Dhirk | @CavemanDhirk | Dhirk 🦣 (@CavemanDhirk) / X | n/a |
| Raccoon | GitHub[12] | Team Raccoons | Studio Raccoons | n/a | https://github.com/TeamRaccoons | n/a |
| Racooon | X | n/a | R.A.C.C.O.O.N.S | @studio_raccoons | https://x.com/studio_raccoons | n/a |
| Yong | X | n/a | Zen | @realdezen | https://x.com/realdezen | n/a |

[9] *See, e.g.,* B. Chow, *I'm Excited to Share With You Crypto's First Reputation System to Incentivize PPP*, **Medium** (Jan. 3, 2025), https://meteoraag.medium.com/im-excited-to-share-with-you-crypto-s-first-reputation-system-to-incentivize-ppp-1e8b413b5f94 ("Can't wait to meet all you M3M3ers in telegram. Ben.").

[10] *See, e.g.,* Meow *Update for Mercurial Stakeholders (as of feb 2023)*, **Medium** (Dec. 9, 2023), https://meteoraag.medium.com/update-for-mercurial-stakeholders-as-of-feb-2023-2bf091627e52 ("Hi all, Meow here").

[11] *See, e.g., Getting Started on Meteora,* **YouTube** (Jan. 5, 2024), https://www.youtube.com/watch?v=Lz1h4AGK5YA; id. at 4:43:59 ("Hi everyone, I'm Ben. I'm one of the co-founders of Meteora.").

[12] GitHub is a website where developers can share, store, and collaborate on software projects. *See What Is GitHub and What Do Geeks Use It For?*, **How-To Geek**, https://www.howtogeek.com/180167/htg-explains-what-is-github-and-what-do-geeks-use-it-for/