# Appendix F

Meteora.ag

# Developer Relations

United States · 1 month ago

Promoted by hirer · Responses managed off LinkedIn

$180K/yr - $240K/yr | Remote | Full-time

No longer accepting applications

## Meet the hiring team

**Daryl Tan** 3rd
Fractional HR in Web3 | Talent Acquisition
Job poster

Message

## About the job

**About the Company**

MeteoraAG's mission is the original mission of DeFi — build a world where liquidity is provided by retail, profitably, on-chain. Meteora achieves this purpose by building dynamic AMM technology, AMMs that bring tools and profitability back to the retail users. The flagship DLMM product today is the backbone of many token launches, or retail liquidity providers. Today, MeteoraAG's LP Army is the strongest retail community of Liquidity Providers in all of crypto. Together, they provide liquidity in excess of hundreds of millions and regular capture tons of volume on Solana. Meteora shares an office and parent company with the Jupiter team, and together we are a team who loves to build cool products, be on the cutting edge of DeFi innovation, and drive the adoption of crypto via awesome products on crypto rails. We are super well-capitalized, allowing us to take big, high conviction bets as a company on various products.

**About the Role**

We're looking for a Devrel hire in Eastern Timezone to lead our efforts in supporting our partners with Meteora's technology. Today's Meteora's product-suite is one of the most advanced and strongest on Solana, and frequently relies on DevRel engineers to support our partners on implementation and day-to-day reliance on Meteora's technology.

**Responsibilities**

- Refactor and maintain repositories that interacts with Meteora's core programs
- Replying and supporting our partners through your working hours
- Work with the rest of the team in Asia to solve difficult problems or handing over at the end of the day
- Writing functions and features that simplify or ease the load for our partners.

**Qualifications**

- Earnest, hardworking folks who enjoy talking to people and solving their problems.
- Ability to thrive in a fast-paced, ever-changing environment
- Preferably based in Eastern Timezone, with comfort working with teams in Asia.

**Pay range and compensation package**

- Attractive market compensation in USDC + $MET alignment (Pre-TGE)
- Highlight the tangible benefits, like salary, tokens, ESOPs, and also emphasise the less obvious aspects, such as career growth, company culture, and the chance to make a real impact.

See less

## Set alert for similar jobs

Developer, United States

Off





Job search faster with Premium

Access company insights like strategic priorities, headcount trends, and more

Adithi and millions of other members use Premium

**Retry Premium for $0**

1-month free trial. Cancel whenever. We'll remind you 7 days before your trial ends.

## About the company

**Meteora.ag**
189 followers

+ Follow

Software Development • 11-50 employees • 11 on LinkedIn

Meteora aims to create a secure, sustainable, and composable liquidity layer for the Solana blockchain. It enables liquidity providers to earn optimal fees and yields through dynamic liquidity tools like DLMM, AMM Pools, and Vε ... show more

Show more

## More jobs

**Back End Developer**
MangoDesk (YC S25)
United States (Remote)
$70/hr - $200/hr
Actively reviewing applicants
1 week ago Easy Apply

**Software Engineer, Backend (Entry Level) (Remote)**
Jobright.ai
United States (Remote)
4 benefits
5 hours ago

**Python Backend Developer, Associate, (Remote)**
Jobright.ai
United States (Remote)
4 benefits
1 day ago

**Junior Rust Developer**
DeFinitive
United States (Remote)
$60K/yr - $80K/yr
Actively reviewing applicants
1 week ago Easy Apply

**Senior Full Stack Developer**
Poppy AI
San Francisco, CA (Remote)
$350K/yr
Actively reviewing applicants
1 month ago Easy Apply

**Software Engineer, Backend - Entry Level - (Remote)**
Jobright.ai
United States (Remote)
4 benefits
5 hours ago

SOCIAL CASCADE

**Software Engineer (Full-Time or Contractor)**
Social Cascade
United States (Remote)
$70K/yr - $130K/yr
6 hours ago Easy Apply

**Software Engineer - Full Stack - Entry Level - (Remote)**
Jobright.ai
United States (Remote)
4 benefits
3 hours ago

**Back End Developer**
Elios Talent
United States (Remote)
5 days ago Easy Apply

**Full Stack Developer - Associate - (Remote)**
Jobright.ai
United States (Remote)
4 benefits
3 hours ago

**Web Developer - Entry Level - (Remote)**
Jobright.ai
United States (Remote)
4 benefits
1 hour ago

**Python Full Stack Developer**
SocialPost.ai
United States (Remote)
Actively reviewing applicants
1 month ago Easy Apply

See more jobs like this

in LEARNING

Learn skills to get a new job with these courses



**Developing Your Professional Image in a New Job**
312,398 viewers

Show more on LinkedIn Learning

Looking for talent? Post a job