**SBAITI & COMPANY**
A TEXAS PROFESSIONAL LIMITED LIABILITY COMPANY

November 6, 2025

**Via E-File**

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street

New York, NY 10007

Re: *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

Defendants Kelsier Labs, LLC d/b/a Kelsier Ventures, Hayden Mark Davis, Gideon Davis, and Charles Thomas Davis (the "Kelsier Defendants") respectfully request leave of court to file a consolidated reply memorandum of law in support of the Kelsier Defendants' Motions to Dismiss not to exceed 7,000 words.

Good cause exists for leave to be granted. Instead of filing four individual reply memorandums of law at 3,500 words each, totaling up to 14,000 words, Kelsier Defendants request leave to file a consolidated reply not to exceed 7,000 words on behalf of all four Kelsier Defendants.

Kelsier Defendants' counsel have conferred with counsel for Plaintiffs, who is not opposed to the relief requested.

Respectfully submitted,

*/s/ George M. Padis*

**Mazin A. Sbaiti**
New York Bar No. 4339057
**George M. Padis** (*Pro Hac Vice)*
Texas Bar No. 24088173
2200 Ross Avenue – Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
george.padis@sbaitilaw.com

*Counsel for Defendants Kelsier Labs, LLC d/b/a Kelsier Ventures, Hayden Mark Davis, Gideon Davis, and Charles Thomas Davis*

**M. CRIS ARMENTA, P.C.**
M. Cris Armenta (*Pro Hac Vice*)
217 Clancy Way
Bozeman, MT 59718
T:: (310) 488-2080
F: (310) 421-1021
E: cris@crisarmenta.com

*Counsel for Hayden Mark Davis*