UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK AND ANUJ MEHTA, *on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: Case No. 1:25-cv-03891-JLR |

**NOTICE OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER TO PREVENT DESTRUCTION OF BLOCKCHAIN EVIDENCE**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Emergency Motion for Temporary Restraining Order, the Declaration of Max Burwick, Esq. with accompanying exhibits, the Declaration of David Goldman with technical analysis, and all pleadings and proceedings heretofore had herein, Plaintiffs respectfully move this Court, before the Honorable Jennifer L. Rochon, United States District Judge, for a Temporary Restraining Order pursuant to Federal Rule of Civil Procedure 65(b).

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs seek emergency relief to prevent Defendants from converting traceable digital assets into untraceable, anonymous formats that would constitute spoliation of critical blockchain evidence necessary to prosecute this fraud and Civil RICO action. This motion does NOT seek to freeze Defendants' assets or prevent their legitimate use of funds but rather seeks only to prevent the specific act of anonymization that

would destroy irreplaceable evidence.

**PLEASE TAKE FURTHER NOTICE** that relief is necessary because: (1) Defendants have already demonstrated the capability and intent to anonymize assets through the NEAR Intents protocol on November 16, 2025; (2) as of November 18, 2025, Defendants have converted over $61.5 million from USDC to SOL, the documented precursor to anonymization; and (3) notification would enable Defendants to complete irreversible anonymization in under 60 seconds through decentralized exchanges operating 24/7.

**PLEASE TAKE FURTHER NOTICE** that a proposed Order accompanies this motion.

Dated: November 19, 2025
New York, New York

<div style="margin-left: 50%;">

Respectfully submitted,

**BURWICK LAW, PLLC**

*/s/ Max Burwick*
Max Burwick, Esq.
1 World Trade Center, 84th Fl.
New York, NY 10007
(646) 762-1080
max@burwick.law

*Counsel for Plaintiffs*

</div>