UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK AND ANUJ MEHTA, *on behalf of themselves and all others similarly situated*<br><br>Plaintiffs,<br><br>v.<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, *an unincorporated association*, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: Case No. 1:25-cv-03891-JLR |

### DECLARATION OF DAVID GOLDMAN IN SUPPORT OF TEMPORARY RESTRAINING ORDER TO PREVENT DESTRUCTION OF BLOCKCHAIN EVIDENCE

I, David Goldman, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am employed by Burwick Law PLLC as Head of Research & Investigations. In that role, I conduct blockchain asset tracing and analysis on behalf of the firm's clients. I have performed this work for approximately five years using both public blockchain explorers and licensed forensic tools.

2. I was asked to document, using objective on-chain data, the proceeds movements and exit activities related to the LIBRA token on Solana for the period of November 16, 2025 through November 18, 2025.

3. I relied on public blockchain explorers (eg SolScan, Helius Orb, Near Intents Explorer, 3XPL, etc) and forensic blockchain analysis tools (eg Chainalysis Reactor) to trace transaction paths, token swaps, and fund movements during the relevant period.

4. For clarity, I use consistent wallet labels and include the full base58 addresses below (and incorporate detailed transaction records and visualizations as Exs. DG-A to DG-H):

   a. $Libra Team Wallet 2 — 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh

   b. $Libra Team Wallet 2 (First Hop) — 7mXzWU5MB6wnzhZjsZXh24Pi3yT1j26PvsPoqSNt9SNi

   c. NEAR Intents (Cross-chain Bridge) — HWjmoUNYckccg9Qrwi43JTzBcGcM1nbdAtATf9GXmz16

   d. ZCash Shielded Address — t1LDZCdrHLGuJuNzAqXPVx8zXhB84FvjJ2B

   e. Exit Wallet 1 (Multi-signature Wallet) — 61yKS9bjxWdqNgAHt439DfoNfwK3uKPAJGWAsFkC5M4C

   f. Exit Wallet 1 Member 1 — 3qAbEVhxvehqWae3iHtMSfE6mR2uhzmwjyKb5NGdQj2s

   g. Exit Wallet 1 Member 2 — 4Tmxqm4PPVSwVo3jeFyGcXVojwP1WLGehQZupHdezpxv

   h. Exit Wallet 1 Member 3 — BEvWDydWcectQ1Q5HmiFjkBpBjGgW24Yq83C2y3FVrFN

   i. $Libra Team Wallet 1 (Deployer) aka $Libra Deployer Wallet — DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z

   j. $Libra Deployer Wallet (First Hop) — FKp1tEiy55hiAZs3RaYr8mj87U5ZcopB5aXgCPD8dNX7

**Background on Privacy Blockchain "ZCash" and Anonymity**

5. ZCash is a privacy-focused blockchain cryptocurrency explicitly designed to obscure transaction details.

6. Unlike Solana, where every transaction (sender, receiver, and amount) is fully public and permanently recorded, ZCash shielded transactions are fully private; the sender, receiver, and amount are cryptographically hidden. The blockchain only records that a valid transaction occurred, with no other details.

7. Once assets are transferred to a ZCash shielded address, it is cryptographically impossible to trace those assets further. In plain language, those assets are forever untraceable.

8. ZCash is distinct from mixers and tumblers. Mixers and tumblers are protocols on a blockchain that pool funds from multiple users, can add delays and randomized outputs, and may include cross-chain conversions, making it very difficult or often impossible to link a particular input to a particular output.

**November 16, 2025 – LIBRA Token Swap and Transfer to Privacy Blockchain ZCash**

9. On November 16, 2025 at 18:48:07 UTC, $Libra Team Wallet 2 swapped 1,367,016.21 LIBRA tokens for 16.65 SOL tokens, worth approximately $2,259 USD at the time of the transaction. (See Ex. DG-H)

10. At 18:49:35 UTC, $Libra Team Wallet 2 transferred 23.4 SOL tokens (the newly obtained 16.65 SOL plus approximately 6.8 SOL in existing proceeds from the LIBRA token scheme) to the newly funded $Libra Team Wallet 2 (First Hop). (See Ex. DG-B)

11. At 18:49:49 UTC, $Libra Team Wallet 2 (First Hop) transferred 23.4 SOL tokens to NEAR Intents, a cross-chain anonymous token swap protocol. (See Exhibit DG-B)

12. In two (2) transactions on November 16, 2025, NEAR Intents anonymously swapped the 23.4 SOL for 4.65 ZCash cryptocurrency and transferred the ZCash to a shielded address via the intermediary t1LDZCdrHLGuJuNzAqXPVx8zXhB84FvjJ2B wallet.

The first transaction occurred at 18:49:09 UTC, and the second transaction which shielded the funds occurred at 19:08 UTC. (See Exhibit DG-B)

13. As of November 18, 2025 and forever hereafter, the 4.65 ZCash (approximately $3.17k USD in value at the time of shielding) transferred to the shielded address is permanently untraceable. The on-chain trail terminates at the ZCash shielded pool.

**November 18, 2025 – Exit Wallet Activity**

14. On November 18, 2025, Exit Wallet 1 executed 37 separate transactions to swap $44,593,888 USDC for 328,619.45 SOL tokens. (See Exs. DG-C and DG-G)

15. As of 3:00 PM ET on November 18, 2025, the 328,619.45 SOL proceeds (worth approximately $44.5 million USD) remain in Exit Wallet 1.

16. Exit Wallet 1 is configured as a multi-signature wallet requiring approval from two of three designated member wallets to execute transactions. For each of these 37 swap transactions, Exit Wallet Member 1 and Exit Wallet Member 2 both signed and approved the transactions.

17. The multi-signature configuration of Exit Wallet 1 requires two of three designated member wallets to approve each transaction. The consistent pattern of Exit Wallet Member 1 and Exit Wallet Member 2 signing all 37 swap transactions on November 18, 2025 demonstrates coordinated control over the wallet and its substantial proceeds. While also a member wallet, Exit Wallet Member 3 does not sign any of these transactions.

**November 18, 2025 – Deployer Wallet Liquidation**

18. Also on November 18, 2025, $Libra Deployer Wallet executed three (3) transactions to remove all remaining liquidity from the Meteora Dynamic Liquidity Market Maker (DLMM) pool. These transactions withdrew $3,939,972.91 USDC and 10,719,211.25

LIBRA tokens from the liquidity pool to the Deployer Wallet. (See Ex. DG-D and DG-E)

19. Following the liquidity removal, $Libra Deployer Wallet executed 34 separate transactions on November 18, 2025 to swap $17,000,455.10 USDC for 127,783.28 SOL tokens. (See Ex. DG-F)

20. $Libra Deployer Wallet then transferred 127,871.66 SOL tokens (comprised of 127,783.28 SOL in new proceeds plus 88.36 SOL in existing proceeds) and 54,287,599.19 LIBRA tokens to the newly funded $Libra Deployer Wallet (First Hop) address. At the time of the transfer, the total value of the transfer of SOL was approximately $17.4 million USD. (See Ex. DG-D)

21. As of 3:00 PM ET on November 18, 2025, $Libra Deployer Wallet (First Hop) holds 127,871.66 SOL tokens, worth approximately $17 million USD.

22. In addition to the 456,491.11 SOL newly converted from USDC on November 18, 2025 and now held in Exit Wallet 1 and the $Libra Deployer Wallet (First Hop), the LIBRA Team and Exit wallets that I previously traced continue to hold approximately 249,665 SOL in earlier-acquired LIBRA proceeds. Taken together, as of November 18, 2025, these wallets held approximately 706,156 SOL.

23. Based on contemporaneous SOL/USDC exchange rates on that date, the aggregate U.S.-dollar value of these SOL balances was approximately $94.5 million. Because SOL is a volatile digital asset, the U.S.-dollar value of this same SOL balance has fluctuated over time and was approximately $110 million at prior measurement dates referenced in my earlier declarations.

24. I express no opinion on who controls any wallet. My statements are limited to observable on-chain facts: wallet addresses, transaction times, transaction hashes, token amounts, swap details, and multi-signature approval patterns.

25. Supporting blockchain explorer screenshots, Chainalysis Reactor flow diagrams, and detailed transaction records are incorporated as Exs. DG-A to DG-H and constitute true and correct copies of the materials I reviewed and prepared. All timestamps are in Coordinated Universal Time (UTC). USD values are calculated using contemporaneous SOL/USDC spot rates at the time of each transaction.

26. Where I reference "approximately" for USD values, I rely on the contemporaneous pricing at the time of the relevant transaction. Where I describe transaction sequences and wallet activities, I refer to the complete activity timelines for those addresses as displayed in blockchain explorers and Chainalysis Reactor over the relevant time period.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 19, 2025, New York, New York

_____
David Goldman