# Exhibit DG-A

| WALLET NAME | WALLET ADDRESS |
| --- | --- |
| $Libra Team Wallet 2 | 2QmyirshoyT2ApsQU8bXdeGa2vTsNp1rxEzv4qhzTwyh |
| $Libra Team Wallet 2 (First Hop) | 7mXzWU5MB6wnzhZjsZXh24Pi3yT1j26PvsPoqSNt9SNi |
| NEAR Intents (Cross-chain Bridge) | HWjmoUNYckccg9Qrwi43JTzBcGcM1nbdAtATf9GXmz16 |
| ZCash Shielded Address | t1LDZCdrHLGuJuNzAqXPVx8zXhB84FvjJ2B |
| Exit Wallet 1 | 61yKS9bjxWdqNgAHt439DfoNfwK3uKPAJGWAsFkC5M4C |
| Exit Wallet 1 Member 1 | 3qAbEVhxvehqWae3iHtMSfE6mR2uhzmwjyKb5NGdQj2s |
| Exit Wallet 1 Member 2 | 4Tmxqm4PPVSwVo3jeFyGcXVojwP1WLGehQZupHdezpxv |
| Exit Wallet 1 Member 3 | BEvWDydWcectQ1Q5HmiFjkBpBjGgW24Yq83C2y3FVrFN |
| $Libra Deployer Wallet | DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z |
| $Libra Deployer Wallet (First Hop) | FKp1tEiy55hiAZs3RaYr8mj87U5ZcopB5aXgCPD8dNX7 |