# Exhibit DG-B


Shielded Assets
(Private)
Suspect
$3.17K
$Libra Team Wallet 2
$3.17K (1)
$Libra Team Wallet 2
(First Hop)
$3.17K (1)
NEAR-Intents.org
Bridge
$3.17K (1) - Convert to ZCash
t1LDZCd...vjJ2B
$0.41 (2)
$Libra Team Wallet 1
(Deployer)