# Exhibit DG-D

a.







$2.14M (1)
$855K (1)
$55.5K (1)
$Libra Team Wallet 1
(Deployer)
DLMM Pool 1
$1.06K (1)
$3.15K (1)
$8.34K (1)
$17.4M (4)
$Libra Deployer
Wallet (First Hop)