# Exhibit DG-E

All below transactions take place at 2025-11-18 04:28:54 (UTC). The transactions are all executed by $Libra Deployer Wallet (DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z).

| Signature | Transaction Type | From | To | Amt Received (USDC) | Amt Received (LIBRA) |
|---|---|---|---|---|---|
| 2fx6u3KBPveCqeteaBPMG3fS1RRoFvXyQQaFS1ugGvdzTgs6F7yRKy7tugdeRDFHV5PUuRuVhKByPduMB2n17rDM | Remove Liquidity / Fees | Meteora DLMM | $Libra Deployer Wallet | 634,277.21 | 3,035,099.53 |
| 49g79daGH5JeNEF7NKNZ5VV7Gq1oPm1B2nzT15DvxRbpLy63CpW85UHYAdMBiF7WU7FyCShbJb31d5JF6Byrt3Cx | Remove Liquidity / Fees | Meteora DLMM | $Libra Deployer Wallet | 917,820.98 | 2,387,890.11 |
| 3JSREu9dPuA5Ma1UBc3M5K8ZuHV5QJuHLQPz7ojwDm7gMEqgy6JkhFA6QvSPWWLNeVCCr7etSEZyFM3LDWT891NU | Remove Liquidity / Fees | Meteora DLMM | $Libra Deployer Wallet | 2,387,874.71 | 5,296,221.62 |