# Exhibit DG-F

All below transactions take place between 2025-11-18 04:29:57 to 04:35:31 (UTC). The transactions are all executed by $Libra Deployer Wallet (DefcyKc4yAjRsCLZjdxWuSUzVohXtLna9g22y3pBCm2z).

| Transaction Signature | Transaction Type | USDC Amt Sent | SOL Amt Received |
|---|---|---|---|
| tC9VgKe8NNjaZPm5hQU9dqG16aF4zwe4PTyxUctQx7tLK9BoZnd11kTGzehzLa2JERbmzUbkALJFbQe2KL5rMwu | Swap | 500,455.10 | 3,746.29 |
| 3UXry73WHqtzvZGb2dS6aVwr3obvXV4G7Wi3CRVKZtAog1ccRe1JRpVNcYMXKMyjUq2ZQosiutFGJZVjnQ35g638 | Swap | 500,000.00 | 3,741.95 |
| 3Mrpr8xzJE6avoVLphVcWKaRE6tKPAKM1SXwtbm3GsxygmeApuY1YnXrwnBSASzMWn3CAJ1kCAxspBhXmezfQS3q | Swap | 500,000.00 | 3,740.63 |
| 5ABDuVGzMggKEhPfSNpGqMErcUwgCsKQk42F5ipQQvZhoeBX1UgePvsDfZVez6pu473FaZD4Jmzfd1WoGGW62EL8 | Swap | 500,000.00 | 3,743.65 |
| 4yUqSRfG8dSemMj1raeWSjNDheAjcRDB352DrKDXof7iQXfxzFV5ViY7JkFZZpQyZMGnw2uAYny4kJavb6vQVNXH | Swap | 500,000.00 | 3,746.00 |
| 4DeR7n3HcAHkzipqGit92e2FzUvNMPbsppTnGAXDaSHz6c7h7vwox6JzqTb8X59hBaFVkBvgWjCg2ZNX28iAcNvp | Swap | 500,000.00 | 3,747.85 |
| 2hzdKWRCT6nmWvJ32TNQ67B43CDH8Brkcv4QzWjGLxiWApzfUJJ7kk3qaLsjr2N3N5thM7eTNLfQnkAvPSvMCTmG | Swap | 500,000.00 | 3,751.33 |
| 4QB4xdp7uvffLX3dhfrmv5EsDCpeEYQodDPjUaJHd7veXKeeShCMWShQqDZ3ky5n2Bgbsbf4Wu77YqTBMTV8SBZE | Swap | 500,000.00 | 3,749.67 |
| 5GtsKCgYvbb4mhTBb23kEu16jJt66Ycw6hWqt8rUfePCTAo2uDLYCp19MaF91QdJskZgwF44PiBE1WdpYk72yzvj | Swap | 500,000.00 | 3,748.86 |
| Lfyp5mswCrCTYLAmzjMsDXApcMtzKxXC1n8cd86bfYNbcDMRAQJ3RM94cWNW5PGrCd2Lp3Rie5649QXXxpE9an8 | Swap | 500,000.00 | 3,749.06 |
| 2juxRousGHV1U7NhpkxK7DW4kSGVxuPVy88rndS2Lkq3qiNcWwgResf16k3j6QKL3gawb4ZToNiA8RoJXhceXVKe | Swap | 500,000.00 | 3,754.07 |
| 2QkVdUBSv2FiTRCe458QzhfRpThf1PwHudZ1Xc1b4VK69grZc2 | Swap | 500,000.00 | 3,757.25 |

| | | | |
|---|---|---|---|
| RKD4vGXC4MUmaHEZXzDNRKmxPZKKoEH4QyU215 | | | |
| 3vNPSDKdGu1L8pRpU16RVbbVs9Dv3w9pYKEbUerhnwfgHQTQaKCpkXU2a3a2s76MqEakmWrroxacNgT8eyhqFDai | Swap | 500,000.00 | 3,765.40 |
| 2pU1C7hKxTk7hXqLPkieQvwZS7aqw5scWNGWCdeutNGnK8Kh7VYnYTnmBVgjD7mFkyoBDqja3JcswaCP6unsHkfg | Swap | 500,000.00 | 3,764.63 |
| 2veBvWGhyR6Pu41zx1rkAxtbhAPHTxRSxkcVKCEWDADLyWE6BpTNTd5qifE6MtWowcK64616WYDhz1unJbAnFQcw | Swap | 500,000.00 | 3,765.09 |
| 2bjiwXy676sqwb4N5peubf4WMX3763pKo135daVSwDfD2HrNha5hsc4mT7PNBdaUrLbU4ogMnt6TjjbhCh5wDC23 | Swap | 500,000.00 | 3,762.12 |
| 3dVXi8wD7k2F7EZDD4fr8TFRarDwGJn6enE45bYJL23HPPRckcwbupb2oPuM1h1MA1bKPqPHszBH4b6zy9JxXUiw | Swap | 500,000.00 | 3,767.97 |
| 5QdF2wAEEkzQDjt57USVPvFcL5ca7z6C9SnajDAVWD4gk12ULjvVNMLrK6yZ1CJQp5SW3P9ffjT8WHb6JSm5Guys | Swap | 500,000.00 | 3,766.53 |
| 4SW8Mypmx86fBwN6q5SZyN9YCQsTMHmsmnfPcfCBWFtTQ93fNmz8o2cGvQ2FdaEKCrRtd1bsRYVDVcxNioXgfbvQ | Swap | 500,000.00 | 3,764.81 |
| 48Z8QG8DYszeyTaQBFr1DxLJ3awQ1MkjpeP2uRgm4gsaurFV5EPuGC2H9Din3ZW6DoJHtvJQtXyrnKQRJcwsDZoX | Swap | 500,000.00 | 3,762.85 |
| 2qmbK7pBnyatCLhL4xwjACmjf7zddHU5HpJZwDnuNJXvjBUeuqHNYpbPisRwsMwris2K2CH4nTVWkGNzcKmVcjno | Swap | 500,000.00 | 3,762.43 |
| 4DDLqL1Kq2qaM5SU2WDNwsxwtDW4GrVpDpFZGs4WVDBYB9jdkM6AZvSon5nCbAeP7G1vc363jkqtymCMkdwkPUXN | Swap | 500,000.00 | 3,761.66 |
| 4ACuuv7Wyhtqn8ehnqnncAEkCm3K9muReqnE9Tba51jT2Uu5NFknAgX24qViMj7QiuUhpx4X5MaARUzbe9nQUgnH | Swap | 500,000.00 | 3,761.34 |
| 2hqksep6FgXACMHngw1R7hTZmvAP9YmF51GCjGiyUWzKrP58v9XKa93k1DYA1NRXXwCtcJrHLTyn1Gufptw49iNL | Swap | 500,000.00 | 3,760.92 |
| 4eozkeyxFz1gvhweHagcYQceGmoraG7ffAhmL9NH8YEw3eDWUSfPMpGBVYBetpfDNQyh64yPNTZfjaerJbjtwd5n | Swap | 500,000.00 | 3,761.75 |
| 22ee3jeFFQ1KNcpUPXQRUMSNrRYsJMbTPyg4tX5woKVCYFbxrSYKF4uaN5SMc2vZ9co3PhbXnbanovX4zGAJxe2N | Swap | 500,000.00 | 3,762.04 |
| 42QgfxEAfHLPvwNQueFtwQEyAYHzvmdVTTEAGF185BAT9NDP3Zkpc2nGXnFC5yZVj4eUFY9X9qBPJ2eNhqRrTjJj | Swap | 500,000.00 | 3,761.76 |
| 3SKW9noRHHdm1W8CPExD4jfvX2f75kcG17mKjEafSZgtWiyDBXyuqrYNJYr1s3uUQ1TH9iCae13pBf4wZRPkyDPj | Swap | 500,000.00 | 3,763.77 |
| 4BqUNacnPGeeRfSWM6bfkxs3QfHDd56WoGg6WZ7W9CQ1PBi | Swap | 500,000.00 | 3,759.94 |

| | | | |
|---|---|---|---|
| NJf98amxWCDJAQLDad62qvM2KN2MKyrCT4uNh7xnA | | | |
| EmaqFCWRpciLdUmRUjVoz9FtDuL4dMmL97Zuv6ZHuMuNfyqQBnk1SDKV6Vr22BZB4tqygkzaqJu7DRdrVXA5oKK | Swap | 500,000.00 | 3,764.44 |
| 35h6c1HnQQBtgkgtsKWMs1J9KUjuGhisWggrWzMZkkUYAcxLbtPyGJN5ZeLgqM8V7kBkcPame71jJQwmE19kbmiA | Swap | 500,000.00 | 3,761.48 |
| iJ24LD3JP9k5RrhnKYxAJHHX8KBwVjGrqsTp36goZdDkZmUtG2N4EhsDbeiGk88T3KiasVX8NPSfg5rPkpa6aLR | Swap | 500,000.00 | 3,764.91 |
| bHNsfGCvdgpTArMDPgBy2DVpUZTagaiDnkenyPx3aV3njqKw77zVx6PJF2LVzcXKvMXV9g23wkThyaEznESYyuL | Swap | 500,000.00 | 3,768.82 |
| 2muD9p9b8CNuVC2WigkEALBqQxE8wyD7ZMhidHvkHkYj7GsNur3ZhKVVse3Bh6SBjsKZED2BAH19Bmy8vD3RvtUv | Swap | 500,000.00 | 3,769.74 |