# Exhibit DG-G

All below transactions take place between 2025-11-18 04:38:51 to 05:57:44 (UTC). The transactions are all executed by Exit Wallet 1 (61yKS9bjxWdqNgAHt439DfoNfwK3uKPAJGWAsFkC5M4C).

| Transaction Signature | Transaction Type | USDC Amt Sent | SOL Amt Received |
|---|---|---|---|
| 45ZQrca1ehv3mfP7PunR5AXddHy9zfd8F5jWLATb44jhYbumMry2DaDxPT98SxohWbsjjyyBNgNjGeXZfjMKeH4t | Swap | 1,093,888 | 8,050.67 |
| mzfGRByW9tBfGu2teDGZwoVPJoVAHBUMuQdT2Nqip9mtUw4sSVV75rDDD7J39DpPcfLFLfuoQsMpZ2DfveXmBoP | Swap | 900,000 | 6,616.26 |
| 5VXoL6fWUgV7szrBHggNqkj6S1bMoroEubV8vr9xfvujyCXgFp9cKEF4hrYy2Uj2D8uAx2XDPta6Y4WYoquGp21V | Swap | 1,100,000 | 8,082.95 |
| 3jD2RVsGnGHxwFLWL9iFKn3TmPamhHURttQHmVLCu4sxibtvip5KnBgPxEuky8cFxrA4dLi8xcicF2iV7QENLbh1 | Swap | 500,000 | 3,675.16 |
| k2u7afehhuabwymoyzepmvYvuH7tdaGQf7H5g1DesMJWPDRtTwzpzp1KNCQTppCc1WZjh9PkTNpriBXQDcpm3xV | Swap | 1,000,000 | 7,325.80 |
| 5vWmqKoVK9eVct22v1SrFDC9H5PNMDHQuHoQ2A1e3aER4znHVbqL4qMk16tDkrB88ue7nkNfxWRqNvARqkaCTjcL | Swap | 1,000,000 | 7,354.56 |
| 5yn45gWLB6uDDJd4yG5H3R7TaD4NFhv2MJrjfGN4aNwbTp39KHuaiXVbt18dCEM6ckzYWm6SD2ac2QmdFVSXYDgi | Swap | 2,000,000 | 14,602.17 |
| 5KDpZjqF4XezU3rZx7HvL4m9fq7tkXmMNKq1HsHE9UFn4fpSaSWsm8vACWsbf8qDRXq6Ym7PCmks9xBUY7n24sLD | Swap | 2,000,000 | 14,651.51 |
| 48UcKHZWdoCqnipDvdpxrp8chNbLrhTvo9qqAhhZyVfvwDzWmGNUqYTg9frnc6sG1ewbz3cK6YH5JbJvCjLi3Uiz | Swap | 2,000,000 | 14,635.54 |
| TZKrRnTL4KywL8B1UZLC5GkJhPz5iyRtya9CY9zfvGiLpARhXmNjFPystYmeG7wf4YKUQMrhNCrgvinia2svRbr | Swap | 2,000,000 | 14,695.78 |
| 41ZGq8wvmubdscHKyU7LBCzGrgvGjGYBunvYQHn67iMhtNt8tkpZF2qA6NFdYaz15VfyDMa9ffB1nezD8Pr15BQr | Swap | 1,000,000 | 7,368.03 |
| 4azw4Z39bsTD9t13garYpzYUcFkxYdqWi72pj3aAjyAfhK8W5TZWnTB8pcWDjpj52H2uL6ScnYQJuw6kz4MbYZHo | Swap | 2,000,000 | 14,658.80 |

| | | | |
|---|---|---|---|
| kUS4rHPk3ERMKHdTFJziZpeenw9pR1VLH7ZHfBvk8x9XryrWrmDG51C7Mq6xuJbsycjDxrh3pqubUzGMHPLg15K | Swap | 2,000,000 | 14,689.86 |
| 5zYAATb1THTXyPKjBUEyFXSagncUYoUKxit1Xig5LxXutdyHiMAfprT6zaFBHWaEWCZNLLAnpTM3CwRV8wjifh3r | Swap | 2,000,000 | 14,647.20 |
| 5WcR7FRBifwJy8gVRFmA33snywagjgRZAJhpuLKzL1ZkD8MTUJMaXnsdzk4FR6gzD3mi4GLd6HBxpPmjuSAqdyaj | Swap | 2,000,000 | 14,662.55 |
| 5k7N917nAYPy9xe5tyKasTqxmyAknEXJZHprtMM6XBFaqqykDFhrgpJ8h7jRpzMxKRqsyyfF4Nxd5fJrXwvnzyNN | Swap | 2,000,000 | 14,645.81 |
| 5ixNdMD7CJoFNruw4Pc1deQJehPU2UPeZda1qLcbaEWQmxu57YWEDPLxGrb1GAc2jGjYjk9Y2RzgatQEZkbMg9MA | Swap | 1,000,000 | 7,339.96 |
| 2GWk4BGYfSYzqFacsp8XHyRvRKjkS7BL7uY6qtLwSgAxtasAuT1f7TzDJ28nUAvoZ7xqQWT1SHC3DiczFPyRdXKZ | Swap | 1,000,000 | 7,355.90 |
| 3w2LcAREagZrqMpUABCqww4DR74fdE6SoXFK9nNXPxgU6QrnS5aJy3F7SQ31jNvia6vbsFuA2AhXLcQ3facUnt5a | Swap | 1,000,000 | 7,360.52 |
| 4kkHz37M7NYySB22hDHt8yw1r2y61owK9oiu8r4AfSoMBzSsJYwUeRywVwamJgaUVXf9a7i9AsWM7xig1Dm4NNhA | Swap | 1,000,000 | 7,363.79 |
| xhGyiqpPyvpEtB241JzEpyyP5mxwnEGgeuZ6nroqfqf4gndtB2EAQcPFEkjHWnYRReXhXN2b2bqWxi6htieC3V5 | Swap | 1,000,000 | 7,377.24 |
| ADwyXyaxMJdYjoaxtmXPPviDUzckJciME8oae7ohXGTyhbj1HWRxnYrnNjCU36r3n5pDy3XTWCtjaTZEDkWdieP | Swap | 1,000,000 | 7,365.00 |
| 4o6FR64RsTj8FhHSEbWYTbAkXcuYB4fdpbwJRw2aUy4gLY2AeskQ1xn7r7y7TugxawJDi2JfLnsBT6XYjfeQzc5z | Swap | 1,000,000 | 7,380.59 |
| 5iRpKMhsSTVNcDE6pgf3ykeXyHjs1y7jowxosqdALCDTCWukpZZgKatuZ538k8bwvadhd2nBrs1hCxtRZrH72uc3 | Swap | 1,000,000 | 7,379.36 |
| 4oPQWUdbjnWc53QZtayYG72LmTV4WemrbDyRzWVCQiJEmybXykeMvcBS9U3Yr282jeUNiuyx3gQ5R1Nnp9jqv9JD | Swap | 1,000,000 | 7,365.93 |
| 5EqRUoh6CrHtrKaxQW46VWHkaiE9hg8QJtry9aQGC7vx1U3iHzoeyDFP5T2gcYKRFUc94arEPKMwXFzJJ5xz1o5z | Swap | 1,000,000 | 7,360.65 |
| 8hHESgEtgDrTy9AHxU4rT7EHssVyKvh4M6k838daSDhKbfR7GChQXMpA9P2SkTD3WCNGSfWnet9fhryroXDyRZo | Swap | 2,000,000 | 14,872.61 |
| 5osC4oFYKpnA3H48gZiTd1QyZzdS2oMa8wjEYaRk9aJKBar2J6cQveVvpnqKM5gMFmo4d2LEz2AVhbYEqVMGRLU8 | Swap | 1,000,000 | 7,450.15 |
| 25xoum2omDMyZM5v6aPEVY4ts7aWb3TKp2ztET27N46r1CWuSZE5E7A28EftGbCkEq1annPB7h924c6Knf96SRx2 | Swap | 1,000,000 | 7,456.38 |

| | | | |
|---|---|---|---|
| 2CsCcCcejvHLqyw7kNgfMcDgsJB4oyJBsCdwWyAVrhUr5rgUxsGtGC3MaDXjjFsL4fYHnXnP4Ch1wQumnkWJhQAR | Swap | 1,000,000 | 7,438.55 |
| 2prUAkee3EuQ7T2tcB5ctac1xkmK2B5Qn9RkyyGC7EbHXiUnkT8w9io1PeZaX4TF9we3gQkJdMYg5tFh9sEZGRS6 | Swap | 1,000,000 | 7,464.04 |
| 3QeB4Xu98ZeXQfbU2UKNPuisyufrpYNtHNbFwooejd6LjWgGyNhxEbNGV8LTyrwANHWASLbVRzS7q3bkLA1bivnV | Swap | 1,000,000 | 7,494.22 |
| R77tNNWF5xV7Bm6kh1c4n878CQiZSxHTHcbg4Vn6YRwTPSfa8wFtB9jCD1TNEm1ViafHQrYG4dzD1TjK9rzURFQ | Swap | 1,000,000 | 7,490.13 |
| 76ScxG9gcQ8oKhCWWrqBdyfWMmKuhzJ34W7eCZD3YRywEur58kuEA1eNiwQY9tHQLgDvNgSh7AqouiQjxbQUJkx | Swap | 500,000 | 3,739.62 |
| 4pJ61cB1sQsBrJeFqszL2ysSBNejiuzAXKytSYHjZqKLiXMstGChEwUfdm3a8CYdHoJ7RQcyShLbbyvXiULxasKs | Swap | 500,000 | 3,732.81 |
| 2pFP6zcVEWDnUtXkKj3kZXXMRFm4CXYtWYB9YGNDpcxapLusWK3u5oiAzzrkgzo7opNRzSSWp6s7M9KDhMRA56mr | Swap | 500,000 | 3,730.67 |
| utQ4H3gTnR6Ptap65aVeswBKBpAvF49jcHBQ39UdrqQxRUSLpt7wF9ZXjwuqyyApc3HfXivGW8w2NGGJSFeWB2D | Swap | 500,000 | 3,738.65 |