# Exhibit DG-H

**Transaction:**
65jNutLAN7R1JtCoexEFzAyZo3nogjAG3bpckZk7gwSrR63sZrc1Z5BwFjcdwxHfCHF1Zgymk PmTqXSwTcNKeVru

SWAP

Explain with AI

2Qm..wyh → -1,367,016.2 LIBRA → +16.650654123 SOL

Transaction using Jupiter Aggregator V6 that involves SOL, LIBRA

SUMMARY | BALANCES | INSTRUCTIONS | LOGS | RAW

| 65jNutLAN7R1JtCoexEF ... ZgymkPmTqXSwTcNKeVru | Time | Programs |
|---|---|---|
| 65jN ... eVru | 3 d ago (Nov 16, 2025 18:48:07 UTC) | CB TP SP |

INSTRUCTION SUMMARY

Show Token Accounts

Interact with Jupiter Aggregator V6

Opened account 7dUex ... 8j2xC for SOL with a deposit of 0.00203928 $0.28 SOL from 2Qmyi ... zTwyh

Interact with Jupiter Aggregator V6

Transfer from 2Qmyi ... zTwyh to Raydium Vault Authority for 1,367,016.20842 $2,256.86 LIBRA

Transfer from Raydium Vault Authority to 2Qmyi ... zTwyh for 16.66743 $2,256.86 SOL

Transfer from 2Qmyi ... zTwyh to Jupiter Aggregator Authority 11 for 0.01667 $2.26 SOL

Interact with instruction closeAccount through Token Program

Closed account 7dUex ... 8j2xC and redeemed 0.00203928 $0.28 SOL to 2Qmyi ... zTwyh