

November 20, 2025

**Via E-File**
Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  *Hurlock v. Kelsier Ventures, et al*, Case No. 1:25-cv-03891

Dear Judge Rochon:

    We write on behalf of Defendants Hayden Davis, Charles Thomas Davis, Gideon Davis and Kelsier Labs. We are in receipt of the Motion for Temporary Restraining Order filed yesterday, November 19, 2025.  We intend to file an opposition by Noon tomorrow, November 21, 2025.

    Respectfully submitted,

*/s/ Mazin A. Sbaiti*
SBAITI & COMPANY PLLC
Mazin A. Sbaiti, Esq.
New York Bar No. 4339057
2200 Ross Avenue – Suite 4900W
Dallas, TX 75201
T: (214) 432-2899
F: (214) 853-4367
E: mas@sbaitilaw.com
**Counsel for Hayden Davis, Charles Thomas Davis, Gideon Davis and Kelsier Labs LLC**

**M. CRIS ARMENTA, P.C.**
M. Cris Armenta
*Pro Hac Vice*
cris@crisarmenta.com
217 Clancy Way
Bozeman, MT 59718
T:: (310) 488-2080
F: (310) 421-1021
E: cris@crisarmenta.com
**Counsel for Hayden Davis**

cc:  All Counsel (Via E-File)