UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    -against-<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, an unincorporated association, and BENJAMIN CHOW,<br><br>        Defendants. | Case No. 1:25-cv-03891 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The parties are HEREBY ORDERED to appear for a virtual conference on November 24, 2025, at 4:00 p.m. regarding Plaintiffs' motion for injunctive relief. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the record. The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 113 565 336 4 #.

Dated: November 24, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge