UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,<br><br>                      Plaintiffs,<br><br>        -against-<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, an unincorporated association, and BENJAMIN CHOW,<br><br>                      Defendants. | Case No. 1:25-cv-03891 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court issued an order on November 24, 2025, scheduling a hearing at 4:00 p.m. on November 24, 2025.  *See* Dkt. 253.  Due to a clerical error, that date is incorrect, and the hearing shall be held on **November 25, 2025 at 4:00 p.m**.  Therefore, the parties are HEREBY ORDERED to appear for a virtual conference on **November 25, 2025, at 4:00 p.m.** regarding Plaintiffs' motion for injunctive relief.  Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the record.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 113 565 336 4 #.  The parties may disregard the prior order scheduling the hearing for November 24, 2025.

Dated: November 24, 2025
       New York, New York

                                                         SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge