# BURWICK LAW
### 1 World Trade Center, 84th Fl.
### New York, NY 10007

November 24, 2025

*Via ECF*
The Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re: *Hurlock v. Kelsier Ventures, et al.*, No. 1:25-cv-03891-JLR
**Emergency Motion for Temporary Restraining Order**

Dear Judge Rochon:

    We represent Plaintiffs Omar Hurlock, Anuj Mehta, and a putative Class in the above-referenced action involving the sale of the $LIBRA and $M3M3 digital meme tokens. On November 19, 2025, Plaintiffs filed an Emergency Motion for Temporary Restraining Order to Prevent Destruction of Blockchain Evidence [Dkt. 243], set for hearing on November 25, 2025. Plaintiffs also filed a Proposed Temporary Restraining Order for the Court's consideration [Dkt. 247]. We write to respectfully notify the Court that Plaintiffs are filing an Amended Proposed Temporary Restraining Order that narrows the scope of the requested injunctive relief.

    Upon further review of the blockchain evidence, Plaintiffs have determined that two digital wallets included in the original Proposed Temporary Restraining Order [Dkt. 247 at ¶19] are not implicated in the anonymization conduct at issue. Accordingly, Plaintiffs are filing contemporaneously herewith an Amended Proposed Temporary Restraining Order that removes the following two wallets:

- Meteora (LIBRA) Fee Account 1:
  3DMUfMxguNdSQYXWLQjYP4U7k6wa57QeLRBoLA6vTZ9S

- Meteora (LIBRA) Fee Account 2:
  2YhiUahn1pem721ermAvabGmnWqtAjXCsyBw3ZLfviV1

    No other changes have been made to the Proposed Temporary Restraining Order. We thank the Court for its attention to this matter.

          Respectfully submitted,

          **BURWICK LAW, PLLC**

          <u>*/s/ Max Burwick*</u>
          Max Burwick, Esq.
          1 World Trade Center, 84th Fl.
          New York, NY 10007
          (646) 762-1080
          max@burwick.law

          *Counsel for Plaintiffs*

cc: All counsel of Record, via ECF