UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR HURLOCK and ANUJ MEHTA, on
behalf of themselves and all others similarly
situated,

                      Plaintiffs,

            -against-

KELSIER LABS, LLC, d/b/a KELSIER
VENTURES, HAYDEN MARK DAVIS,
GIDEON DAVIS, CHARLES THOMAS
DAVIS, METEORA, an unincorporated
association, and BENJAMIN CHOW,

                    Defendant.

Case No. 1:25-cv-03891 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the November 25, 2025 hearing Plaintiffs'

emergency motion for a temporary restraining order is DENIED.  The Clerk of Court is

respectfully requested to terminate the motion at Dkt. 243.

Dated:  November 25, 2025
       New York, New York

                           SO ORDERED.

                           _____
                           JENNIFER L. ROCHON
                           United States District Judge