UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,<br><br>                     Plaintiffs,<br><br>              -against-<br><br>KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, an unincorporated association, and BENJAMIN CHOW,<br><br>                     Defendant. | Case No. 1:25-cv-03891 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      For the reasons stated on the record at the November 25, 2025 hearing Plaintiffs' emergency motion for a temporary restraining order is DENIED. The Clerk of Court is respectfully requested to terminate the motion at Dkt. 243.

Dated: November 26, 2025
          New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge