UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: 25 CV 03891 (JLR)<br><br>**SEALED PROPOSED ORDER**<br><br>**ORAL ARGUMENT REQUESTED** |

Based on the letter application of Treanor Law dated June 10, 2025, and the grounds set forth therein, and given the importance of resolving this issue expeditiously and in a manner that protects the interests of both Omar Hurlock and the putative class, I hereby ORDER the Parties to proceed as follows:

(1) Treanor Law shall file its Motion addressed to its purported termination promptly upon receipt of this order.

(2) Burwick Law shall file any Opposition by June 13, 2025.

(3) Treanor Law shall file any Reply by June 16, 2025.

(4) The Court shall hear argument on ________________________________.

(5) All filings with respect to this Motion and any related issues shall be made in the first instance under seal and provided to the Court *in camera*, and shall be *ex parte*, except with respect to Treanor Law and Burwick Law and their counsel.

(6) [redacted]

IT IS SO ORDERED this ____ day of June, 2025.

______________________________
Hon. Jennifer L. Rochon
United States District Judge