# EXHIBIT A

**Termination Notice**

May 30, 2025

The Treanor Law Firm, PLLC

Attn: Tim Treanor

Dear Mr. Treanor,

I, Omar Hurlock, plaintiff in the matter of Meteora/$LIBRA and related digital-asset claims, as well as a client in any other potential matters (the “Matter”), do hereby terminate The Treanor Law Firm PLLC (“Treanor”) and all attorneys formally or informally associated therewith (including without limitation, Timothy Treanor and Arlo Devlin Brown), as my counsel in the Matter, effective immediately. Burwick Law, PLLC (Burwick”) shall remain as my counsel in the Matter.

In addition, I hereby withdraw and terminate the consent that I provided to have Treanor act as co-counsel in the Matter pursuant to an Addendum to Burwick Engagement Letter dated May 20. 2025 (“Addendum”) and such Addendum shall have no further force and effect, effective immediately. The Engagement Letter with Burwick dated February 15, 2025 shall revert as the governing engagement letter for the Matter.

I ask that you cooperate with Burwick to transition all files and materials for the Matter to Burwick and promptly prepare and file a notice of withdrawal as co-counsel in the Matter as recommended, and in the form approved by, Burwick. Thank you for your cooperation and prompt attention to this matter.

**Omar Hurlock**

By: ______________________________

Name: Omar Hurlock

Date: 06/02/2025