UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: 25 CV 03891 (JLR) |

**MOTION FOR HEARING WITH RESPECT TO COUNSEL AND APPOINTMENT AS INTERIM CLASS COUNSEL**

Timothy J. Treanor
Arlo Devlin-Brown
Managing Principals
Treanor Devlin Brown PLLC
666 Third Avenue
New York, NY 10017

For the reasons set forth in the Memorandum of Law and accompanying Declaration, counsel Timothy J. Treanor hereby moves for an Order:

(1) Setting a hearing to assess whether the purported termination of Treanor Devlin Brown PLLC as co-counsel in this matter was valid and based on the informed consent of plaintiff and putative class representative Omar Hurlock; and

(2) Appointing Treanor Devlin Brown PLLC as interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure.

DATED: June 23, 2025

Respectfully submitted,

/s/ Timothy J. Treanor

Timothy J. Treanor
Arlo Devlin-Brown
Managing Principals
Treanor Devlin Brown PLLC
666 Third Avenue
New York, NY 10017

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed with the Clerk of Court via the CM/ECF system, which will send Notice of such filing to all counsel to Plaintiff Omar Hurlock.

Dated: June 23, 2025

/s/ Timothy J. Treanor
Timothy J. Treanor