UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OMAR HURLOCK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELSIER VENTURES, KIP PROTOCOL, HAYDEN DAVIS, GIDEON DAVIS, METEORA, THOMAS DAVIS, JULIAN PEH, and BENJAMIN CHOW,<br><br>Defendants. | Case No.: 25 CV 03891 (JLR)<br><br>**PROPOSED ORDER** |

Before the Court is a Motion for Hearing With Respect To Counsel And Appointment As Interim Class Counsel (the "Motion").

Upon consideration of: (1) the Motion; (2) the Memorandum of Law in support thereof; (3) the Declaration of Timothy J. Treanor; and (4) all other pleadings and argument and submissions made to this Court in this matter, and for good cause shown, the Court hereby finds that the Plaintiff has established that there is sufficient cause for the Court to inquire into the circumstances surrounding the termination of Treanor Devlin Brown PLLC ("Treanor Devlin Brown") as co-counsel to Plaintiff Omar Hurlock in this matter, including questions regarding whether Hurlock's termination of Treanor Devlin Brown was the product of informed consent.

The Court further finds that, at this time, it is necessary to appoint interim class counsel to protect the interests of the putative class.

Upon consideration of Plaintiff's motion for appointment of Treanor Devlin Brown as interim class counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, and having reviewed the submissions and qualifications of proposed counsel, the Court further finds that Treanor Devlin Brown meets the requirements set forth in Rule 23(g)(1) for appointment as interim class counsel.

Therefore, it is hereby ORDERED that a Hearing With Respect to Counsel will be held before this Court in Courtroom 20B, United States District Court for the Southern District of New York, 500 Pearl Street, on __________________, 2025 or as soon thereafter as counsel may be heard.

The Court FURTHER ORDERS that Treanor Devlin Brown PLLC, and any successor firm, is appointed Interim Class Counsel and charged with the responsibility of ensuring that the interests of the putative class are protected. Interim Class Counsel shall have the authority and responsibility for managing the litigation on behalf of the class, including but not limited to: considering additional claims and addressing any applicable defenses, if any, that might affect the interests of the putative class, coordinating discovery, briefing and arguing motions, negotiating settlement terms, if any, and all other matters pertinent to the effective representation of the class.

IT IS SO ORDERED this ____ day of June, 2025.

________________________________

Hon. Jennifer L. Rochon
United States District Judge