**BURWICK LAW**
*43 W 43rd St, Suite 114*
*New York, NY 10036*

**FILED BY ECF/EX PARTE**

**TO BE FILED UNDER SEAL**

June 24, 2025

The Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court, Southern District of New York
500 Pearl Street New York, NY 10007

Re: *Hurlock v. Kelsier Ventures, et al.,* Case No. 25-cv-03891

Dear Judge Rochon:

We write in response to the "Motion for Hearing With Respect to Counsel and Appointment As Interim Class Counsel" filed yesterday *ex parte* and under seal by Mr. Treanor and his law firm (the "Motion").[1] Before responding to the substance of the Motion, we respectfully request guidance from Your Honor on whether and how to do so. If the Court intends to consider any aspect of Mr. Treanor's Motion, we respectfully request that Burwick Law and Hoppin Grinsell be given an appropriate opportunity to respond to the substance of his submission and to oppose the relief requested therein.

This Court's June 13 Order stated in relevant part:

> [redacted]
> If, as Mr. Burwick maintains, Plaintiff has terminated Mr. Treanor as counsel, Plaintiff shall forthwith provide the Court with a sworn affidavit attesting to that decision and Mr. Treanor shall take appropriate next steps. See also NYRPC Rule

[1] According to Mr. Treanor's Declaration, "Treanor Law PLLC became Treanor Devlin Brown PLLC" as of June 19, 2025. ECF No. 39-1 at 2, note 1.

Hon. Jennifer L. Rochon
June 24, 2025
Page 2

> 1.16(b) ("[A] lawyer shall withdraw from the representation of a client when . . . the lawyer is discharged.").

The Order therefore contained two clear directives to Mr. Treanor's firm: [redacted] to [redacted] (ii) upon a showing by affidavit that Plaintiff has terminated Mr. Treanor as counsel, file an appropriate motion to withdraw as required by NYRPC 1.16(b). Mr. Treanor has done neither.

Burwick Law and Plaintiff Omar Hurlock complied with the June 13 Order by filing a notarized affidavit from Mr. Hurlock attesting to the termination of Mr. Treanor and his law firm as counsel in this action. Mr. Treanor, by contrast, filed an unauthorized *ex parte* motion in direct violation of Your Honor's Order, which authorized only a letter submission limited in scope to [redacted] In addition, notwithstanding Mr. Hurlock's sworn statement attesting unequivocally to Mr. Treanor's termination, Mr Treanor has not only failed to comply with his obligation to withdraw under NYRPC 1.16(b); he has affirmatively moved to replace Mr. Hurlock's authorized counsel in this action, Burwick Law and Hoppin Grinsell.

For the avoidance of doubt, Burwick Law disputes the material factual assertions and accusations in Mr. Treanor's submission. We stand ready to rebut them. However, because the Motion was not authorized by the Court's June 13 Order, we are unsure whether any response is permitted or required. We therefore respectfully request that Your Honor strike Mr. Treanor's submission in its entirety and direct Mr. Treanor and his firm to withdraw from this action. In the alternative, if the Court intends to consider any aspect of Mr. Treanor's Motion, we respectfully request that Burwick Law and Hoppin Grinsell be given an appropriate opportunity to respond to the substance of his submission and to oppose the relief requested therein.

Respectfully submitted,
/s/ Max L. Burwick
Max L. Burwick

FILED UNDER SEAL

Hon. Jennifer L. Rochon
June 24, 2025
Page 3

Managing Partner
**Burwick Law, PLLC**
(917) 716-6177, max@burwick.law

FILED UNDER SEAL