UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR HURLOCK and ANUJ MEHTA, on behalf of themselves and all others similarly situated,

Plaintiff,

-against-

KELSIER LABS, LLC, d/b/a KELSIER VENTURES, HAYDEN MARK DAVIS, GIDEON DAVIS, CHARLES THOMAS DAVIS, METEORA, an unincorporated association, and BENJAMIN CHOW,

Defendants.

25 CIVIL 3891 (JLR)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion & Order dated September 29, 2026, the Kelsier Defendants' motion to dismiss Counts IV and V for failure to state a claim under Rule 12(b)(6) is GRANTED. The Kelsier Defendants' motion to dismiss for lack of personal jurisdiction under Rule 12(b)(2) is GRANTED as to all other Counts. Defendant Chow's motion to dismiss all Counts for failure to state a claim under Rule 12(b)(6) is GRANTED, and Intervenor Plaintiff Dynamic Labs's motion to dismiss all Counts for failure to state a claim against Meteora under Rule 12(b)(6) is GRANTED. The Court DENIES Plaintiffs' motion for leave to file a second amended complaint, and therefore the Amended Complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**