Solana network is experiencing degraded performance. Transactions may fail to send or confirm.

Search Campaigns Connect

# We build liquidity pools

For Liquidity Providers, Launchpads, and Launches

New? Start Here! LP Army

| Total Value Locked | Swap Volume | Fees Generated |
|---|---|---|
| $318.89M | $364.77B | $2.04B |

All Favorites **Top Performers** Trending New Tokens RWA

0.1 Filter Token 2H 5

| # | Pools | Price Trend | Token Age | Market Cap | Pool Price | TVL | Active TVL | Fees | Fees/Act | Ape |
|---|---|---|---|---|---|---|---|---|---|---|
| #1 DLMM | SEALS-SOL Fee: 0.3% Bin Step: 100 | | 7h 29m | $569.95K -18.78% | 0.0000057 SOL -19.66% | $12K 0% | $11.26K +84.29% | $1.28K -80.48% | | |
| #2 DLMM | SEALS-SOL Fee: 2% Bin Step: 100 | | 7h 29m | $569.95K -18.78% | 0.0000056 SOL -18.05% | $36.96K 0% | $32.76K +65.86% | $3.09K -77.99% | | |
| #3 DLMM | CMG-USDC Fee: 0.1% Bin Step: 50 | | 1mo 19d | $187.64K -29.5% | 30.46 USDC 0% | $16.34K 0% | $16.25K 0% | $846.91 0% | | |
| #4 DAMM V2 | BORDR-SOL Fee: 2.5% Lock: 98.08% | | 5d 15h | $5M +48.32% | 0.000047 SOL +47.44% | $208.29K +118% | $205.2K +114% | $5.94K +1,476% | | |
| #5 DLMM | BORDR-USDC Fee: 2% Bin Step: 80 | | 5d 15h | $5.03M +49.39% | 0.00504 USDC +46.59% | $35.2K +181% | $29.83K +172% | $1.04K +2,209% | | |
| #6 DAMM V2 | -SOL Fee: 1% Lock: 0% | | 1d 1h | $122.48K +244% | 0.000011 SOL +235% | $57.86K +228% | $45.92K +175% | $908.2 +8,554% | | |
| #7 DLMM | TM-SOL Fee: 5% Bin Step: 100 | | 3d 11h | $483.18K +10.24% | 0.0000045 SOL +5.1% | $23.99K +611% | $22.83K +850% | $1.02K +939% | | |
| #8 DLMM | VEIL-SOL Fee: 1.5% Bin Step: 125 | | 22h 16m | $7.29M +37.88% | 0.000070 SOL +36.42% | $107.22K +749% | $96.32K +212% | $1.67K +291% | | |
| #9 DLMM | LOAD-SOL Fee: 1% Bin Step: 20 | | 22h 18m | $8.4M -5.71% | 0.000081 SOL -3.34% | $46.04K +114% | $44.66K +90.86% | $470.11 -72.05% | | |
| #10 DLMM | BORDR-SOL Fee: 2% Bin Step: 100 | | 5d 15h | $5.03M +49.39% | 0.000047 SOL +47.41% | $580.94K +145% | $516.04K +123% | $6.44K +806% | | |

Cited in Hurlock v. Kelsier Labs LLC 1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright. Further reproduction is prohibited without permission.

Solana network is experiencing degraded performance. Transactions may fail to send or confirm.

Swap | 9999ms | Ultra

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| #11 DLMM | Fee: 2% Bin Step: 100 | 23h 40m | $265.83K -31.78% | 0.0000024 SOL -32.83% | $13.04K +105% | $12.6K +74.41% | $373.66 +42.2% | |
| #12 DAMM V2 | VBC-SOL Fee: 3% Lock: 75.99% | 5h 19m | $598.06M -9.02% | 0.00558 SOL -5.88% | $2.04M +116% | $1.99M +110% | $3.73K -69.9% | |

Cited in Hurlock v Kelsier Labs LLC
1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.