Post

Log in Sign up



**benchow.sol**
@hellochow

There have been questions regarding Meteora and my involvement in $LIBRA, so I want to explain our role and share why we work with 3rd parties.

Meteora and I personally, have never received or managed any tokens on the side, do not receive knowledge or get involved with any offchain dealings, and we keep to the highest levels of confidentiality for any token launch happening on our platform.

To maintain the high levels of confidentiality, very few people in Meteora have access to any launch information. Often, the launch time is only known by me and the token/pool address is only given to me and an on-call engineer or two a few minutes before an actual launch, if at all.

Meteora's DLMM and Dynamic AMM is a complex permissionless system with an incredible number of configuration options for teams looking to launch with it. There are various ways to lock liquidity, assign custody, design liquidity curves, and different ways to combat snipers including using our Alpha Vault. I often personally provide tech support for launches to help teams navigate the product. Mistakes can seriously impact a launch and it's important to Meteora to help teams by configuring the product correctly.

Cited in Hurlock v. Kelsier Labs LLC
1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

We recognize that the complexity of the DLMM and the need to hand hold teams through its use is a problem. One mistake was not prioritizing a launch product so that teams would not need to rely on hand-holding to be successful.

When non-crypto natives (e.g. celebrities, politicians, etc.) want to launch a token, they typically need to hire a "deployer" and/or market-maker, which is a service we do not provide. These deployer teams are typically experts in using Meteora's SDK or CLI and can design more sophisticated launches, as our tech allows for tons of customization. In the past, if a project did not have those resources, they would often ask me for deployer and/or market-making referrals.

Hayden Davis of Kelsier Ventures is one of the deployer/market makers that I have referred projects to over the past few months. There was nothing exclusive or unique about our relationship with Kelsier.

When we launched our new memecoin AMM platform in December 2024, I asked Hayden and Kelsier Ventures if they would be interested in launching a token on the M3M3 platform in order to provide an initial case study on how it worked. And, while they deployed and launched M3M3 on their own, post-launch we decided on a new set of tokenomics and facilitated a grant for the Meteora community as well as to establish a long-term foundation for M3M3.

After this successful, if somewhat challenging launch, they appeared to be trustworthy and I referred them to a handful of other projects that had inquired with us about deployer firms, which included the team behind $MELANIA. As with other projects, our role was limited to IT support and the tech we built for token launches. Like with any other unaffiliated token that lives on Meteora, we did not purchase, receive or manage any tokens on the side related to $MELANIA.

For $LIBRA, although we were made aware of the possibility of it several weeks ago by Hayden, we had no involvement in the project at all beyond providing IT support, including commenting on the liquidity curve and helping verify the token's authenticity after the token was publicly launched.

Neither I nor the Meteora team compromised the $LIBRA launch by leaking information, nor did we purchase, receive, or manage any tokens.

I hope this clarifies what we do and how we have interacted with teams looking to launch major tokens on Meteora.

I'll be here to answer any questions you have.

**Readers added context they thought people might want to know**

SolanaFloor has obtained exclusive video evidence exposing a $200M+ memecoin extraction scheme.
The footage, featuring DeFi Tuna Founder @CavemanDhirk and Ben Chow, lends further credibility to allegations of coordinated market manipulation.

SOURCE:
x.com/SolanaFloor/st...

Context is written by people who use X, and appears when rated helpful by others. Find out more.

Cited in Hurlock v Kelsier Labs LLC
1:25cv03891 Decided 0/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.

11:18 PM · Feb 16, 2025 · **1.2M** Views

714 164 1.2K 498



**Evanss6** @Evan_ss6 · Feb 16, 2025 ···

**benchow.sol** @hellochow

Milestone moment for my friend Hayden.

What an insane opportunity to apply crypto towards generational change for a nation.

**Javier Milei** @JMilei · 1/30/25

LA TECNOLOGÍA ES ALIADA DE LA LIBERTAD

Hoy mantuvimos una muy interesante charla con el empresario Hayden Mark Davis, quien me estuvo asesorando sobre el impacto y las aplicaciones de la tecnología blockchain e inteligencia artificial en el país. Seguimos trabajando para Show more



16 · 7 · 466 · 25K

**Arnold Bernault** @ahitposter · Feb 16, 2025

> "Meteora and I personally ... do not receive knowledge or get involved with any offchain dealings"

> "I referred them to ... the team behind $MELANIA"

sounds like offchain dealings to me bruv

5 · 3 · 383 · 13K

**Retired Chad (Monad Arc)** @retiredchaddev · Feb 17, 2025

Man, this is a load of bullshit. Are you saying that you have never looked at the launches on the M3M3 platform that you promote as Meteora? Can you really not see the private vaults with around 200 wallets that buy up all the supply for all the launches on M3M3?!? It has been Show more

21 · 5 · 371 · 18K

Cited in Hurlock v Kelsier Labs LLC 1-25cv03891 Decided 9/29/26 Archived on 10/13/26 This document is protected by copyright. Further reproduction is prohibited without permission.

Cited in Hurlock v Kelsier Labs LLC
1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.