# This site can’t be reached

The connection was reset.

Try:

- Checking the connection
- Checking the proxy and the firewall
- Running Windows Network Diagnostics

ERR_CONNECTION_RESET

Reload

Details

Cited in Hurlock v Kelsier Labs LLC
1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.