# This site can’t be reached

**www.vivialalibertadproject.com**’s DNS address could not be found. Diagnosing the problem.

Try running Windows Network Diagnostics.

DNS_PROBE_STARTED

Reload

Cited in Hurlock v Kelsier Labs LLC
1-25cv03891 Decided 9/29/26
Archived on 10/13/26
This document is protected by copyright.
Further reproduction is prohibited without permission.